# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-2202
_____

Bruhn Farms Joint Venture

Plaintiff - Appellant

v.

Fireman's Fund Insurance Company

Defendant - Appellee
_____

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:13-cv-04106-LTS)
_____

**JUDGMENT**

Before SHEPHERD, BEAM and KELLY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

May 25, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans