IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BRUHN FARMS JOINT VENTURE,<br>Plaintiff(s),<br>vs.<br>FIREMAN'S FUND INSURANCE COMPANY,<br>Defendant(s).<br>Trial Dates   3/06/2017-3/10/2017 | **WITNESS & EXHIBIT LIST**<br>Case No.   C13-4106-CJW<br>Presiding Judge   C. J. Williams, Magistrate<br>Deputy Clerk   /s/ djs<br><br>Court Reporter   Shelly Semmler<br>Plaintiff Att'y   Donald Beattie<br>Defendant Att'y   W. Kurt Henke |

*Exhibit Receipted to Task Force Officer

**A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | Admitted? |
|---|---|---|---|
| 1 | RCIS 2012 Premium Payment for Each Field | 3/07/2017 | W/D |
| 2 | Depo Ex. 1 – Insurance Policy – General Provisions | 3/06/2017 | APT |
| 3 | Depo Ex. 2 – Hail Loss Summary | 3/06/2017 | APT |
| 4 | Depo Ex. 128 – Fields Insured with Premium 2012 | 3/06/2017 | APT |
| 5 | FFIC 253 – Insurance Application | 3/10/2017 | W/D |
| 6 | FFIC 488 – How Determined Payment For Each Line | 3/06/2017 | APT |
| 7 | FFIC 495-6  - Insurance Premium Email | 3/08/2017 | A |
| 8 | FFIC 1113 – Retention Policy | 3/10/2017 | W/D |
| 9 | FFIC – Fireman's Fund Balance Sheet | 3/09/2017 | A |
| 10 | FFIC & RCIS Operating Agreement | 3/10/2017 | W/D |
| 11 | Depo Ex. 38 – RCIS Loss #4 | 3/06/2017 | APT |
| 12 | Depo Ex. 39 – RCIS Loss #5 | 3/06/2017 | APT |
| 13 | Depo Ex. 37 – Soybean Loss Instruction | 3/06/2017 | APT |
| 14 | Depo Ex. 40 – RCIS 2012 Crop-Hail Loss | 3/06/2017 | APT |
| 15 | 11/01/12 Email –Should have Been Worked Much Sooner | 3/10/2017 | W/D |
| 16 | Depo Ex. 9 – Burkhart Notes | 3/07/2017 | W/D |
| 17 | Depo Ex. 55 – excerpts 01/14/13 Email | 3/08/2017 | A |
| 18 | Depo Ex. 12 – Fact Sheet & Strips | 3/06/2017 | APT |

| 19 | 10/31/12 Email – High Dollar Loss on 6000 Acres | 3/07/2017 | W/D |
| --- | --- | --- | --- |
| 20 | 12/20/12 – Adjusters Work 10 Hour Days | 3/06/2017 | APT |
| 21 | Depo Ex. 22 – Part of Burkhart Crop | 3/10/2017 | W/D |
| 22 | Depo Ex. 59 – Actual Field Notes | 3/06/2017 | APT |
| 23 | Depo Ex. 131 – Screen Shots | 3/06/2017 | APT |
| 24 | Depo Ex. 10 and 41 – Quest Note Reassigning Claim | 3/06/2017 | APT |
| 25 | FFIC 1425 – FFIC 1427 – Notice of Loss | 3/06/2017 | APT |
| 26 | 01/24/13 Email -Hail Losses Paid FFIC 591, 594 & 595 | 3/07/2017 | W/D |
| 27 | FFIC 669 – FFIC 679 – Reporting lf All Hail Claims in Subject County | 3/06/2017 | APT |
| 28 | Depo Ex. 7 – Township Map of Bruhn & Neighbors | 3/06/2017 | APT |
| 29 | Depo Ex. 30 – 01/04/13 Email of Hansmeier | 3/06/2017 | APT |
| 30 | Depo Ex. 34 – Handwritten Map - Erlemeier | 3/10/2017 | W/D |
| 31 | FFIC 601 – FFIC 608 –Hail Losses Paid in Monona County | 3/07/2017 | W/D |
| 32 | FFIC 543, 546 & 547 – Sornson Hard to Get Ahold of | 3/10/2017 | W/D |
| 33 | Depo Ex. 4 – Sornson- Blame Bruhn for Delay | 3/06/2017 | APT |
| 34 | Depo Ex. 13 – Grieme Review | 3/06/2017 | APT |
| 35 | Depo Ex. 61 – Sornson Fact Sheet – Memo 01/11/13 | 3/08/2017 | A |
| 36 | Depo Ex. 62 – Sornson – Enough Strips Left | 3/10/2017 | W/D |
| 37 | Depo Ex. 31 – Fax POL Nov. 5 | 3/06/2017 | APT |
| 38 | Depo Ex. 48 – Grieme-Burkhart Email 12/17/12 | 3/06/2017 | APT |
| 39 | FFIC 1126 -1128 – Sornson –Adjuster's Special Report Delay Because of RCIS | 3/06/2017 | APT |
| 40 | FFIC 534 – 12/31/12 Email to Keep Emails to a Minimum | 3/06/2017 | APT |
| 41 | FFIC 656 – Company Lawyer | 3/08/2017 | W/D |
| 42 | FFIC 659 – Nelson Told to Stay Out of It | 3/10/2017 | W/D |
| 43 | FFIC 662 – Lawyer Wrote | 3/10/2017 | W/D |
| 44 | FFIC 667 – Record | 3/10/2017 | W/D |
| 45 | Depo FFIC 492 (Ex. 16 – partial) | 3/08/2017 | A |
| 46 | Dep. Ex. 22 (part) – November 19, 2012 Email | 3/10/2017 | W/D |
| 47 | Dep. Ex. 22 (part) – November 19, 2012 Email | 3/08/2017 | A |
| 48 | Depo Ex. 22 – Excerpt - Gutsy | 3/08/2017 | A |
| 49 | Depo Ex. 129 – Burkhart Denial Letter | 3/06/2017 | APT |
| 50 | FFIC 112 – Can't go Back- Deteriorate | 3/10/2017 | W/D |

| 51 | FFIC 494 – December 2012 Email | 3/10/2017 | W/D |
| 52 | FFIC 495 – Throwing People Under Bus | 3/06/2017 | APT |
| 53 | FFIC 537 – Need to Know Adjuster Information | 3/06/2017 | APT |
| 54 | FFIC 538 – 539 – Adjusters Monitor Their Claims | 3/10/2017 | W/D |
| 55 | FFIC 540 - Adjusters Have to Tell | 3/06/2017 | APT |
| 56 | Depo Ex. 55 - FFIC 551 – Adjusters Make Counts, No Efforts to Contact insured | 3/10/2017 | W/D |
| 57 | Depo Ex. 22 – Cerven Email FFIC 107 | 3/08/2017 | A |
| 58 | FFIC 112 – Got Rid of Bruhn Years Ago | 3/10/2017 | W/D |
| 59 | FFIC 489 – We have History with this Insured- Burkhart | 3/08/2017 | A |
| 60 | FFIC 1123 | 3/06/2017 | APT |
| 61 | FFIC 105-106 –Blame Bruhn for Delay | 3/10/2017 | W/D |
| 62 | Mewes Depo Ex. 82 | 3/06/2017 | APT |
| 63 | Mewes Depo Ex. 85 | 3/06/2017 | APT |
| 64 | Mewes Depo Ex. 86 | 3/06/2017 | APT |
| 65 | Mewes Depo Ex. 87 | 3/06/2017 | APT |
| 66 | Mewes Depo Ex. 88 | 3/06/2017 | APT |
| 67 | Mewes Depo Ex. 89 | 3/06/2017 | APT |
| 68 | Mewes Depo Ex. 90 | 3/06/2017 | APT |
| 69 | Mewes Depo Ex. 91 | 3/06/2017 | APT |
| 70 | Mewes Depo Ex. 92 | 3/06/2017 | APT |
| 71 | Mewes Depo Ex. 93 | 3/06/2017 | APT |
| 72 | Mewes Depo Ex. 94 | 3/06/2017 | APT |
| 73 | Mewes Depo Ex. 95 | 3/06/2017 | APT |
| 74 | Mewes Depo Ex. 96 | 3/06/2017 | APT |
| 75 | Mewes Depo Ex. 97 | 3/06/2017 | APT |
| 76 | Mewes Depo Ex. 98 | 3/06/2017 | APT |
| 77 | Mewes Depo Ex. 99 | 3/06/2017 | APT |
| 78 | Mewes Depo Ex. 100 | 3/06/2017 | APT |
| 79 | Mewes Depo Ex. 101 | 3/06/2017 | APT |
| 80 | Mewes Depo Ex. 102 | 3/06/2017 | APT |
| 81 | Mewes Depo Ex. 103 | 3/06/2017 | APT |
| 82 | Mewes Depo Ex. 104 | 3/10/2017 | W/D |

| 83 | Others Than Bruhn Map | 3/10/2017 | W/D |
| 84 | Bruhn – Monona County | 3/10/2017 | W/D |
| 85 | Bruhn Summary Document (2012) | 3/10/2017 | W/D |
| 86 | Bruhn –Woodbury County | 3/10/2017 | W/D |
| 87 | 2012 Bean Map with Counties | 3/10/2017 | W/D |
| 88 | Crawford County Plat | 3/10/2017 | W/D |
| 89 | Monona County Plat | 3/10/2017 | W/D |
| 90 | Doubled Up | 3/10/2017 | W/D |
| 91 | Iowa Corn and Soybeans – Iowa State Publication | 3/07/2017 | W/D |
| 92 | Legal Fees Paid on Hail Case | 3/07/2017 | W/D |
| 93 | Settlement Demand | 3/10/2017 | W/D |
| 94 | Map showing Fields of Beans – All Counties | 3/10/2017 | W/D |
| 95 | Soil Map of All Fields | 3/10/2017 | W/D |
| 96 | Woodbury County Plat | 3/10/2017 | W/D |
| 97 | No Exhibit | | |
| 98 | Comparison of Field Notes & Screen Shots | 3/10/2017 | W/D |
| 99 | Comparison of Field Notes & Screen Shots – 2 | 3/10/2017 | W/D |
| 100 | Comparison of Filed Notes & Screen Shots - 3 | 3/10/2017 | W/D |
| 101 | Anderson Reports & CV Attached to Discovery | 3/10/2017 | W/D |
| 102 | Depo Ex. 106 – Anderson Hail Detection | 3/10/2017 | W/D |
| 103 | Depo Ex. 107 –Anderson Supporting Data | 3/10/2017 | W/D |
| 104 | Depo Ex. 108 – Anderson CV | 3/07/2017 | A |
| 105 | Depo Ex. 109 – Bruhn Field Locations | 3/06/2017 | APT |
| 106 | Depo Ex. 110 –County Map | 3/06/17 | APT |
| 107 | Depo Ex. 111 – Hail Index | 3/06/2017 | APT |
| 108 | Depo Ex. 112 – Hail Storm Outlook | 3/06/2017 | APT |
| 109 | Depo Ex. 113 – Storm Variability | 3/06/2017 | APT |
| 110 | Depo Ex. 116 – Coverage Map | 3/06/2017 | APT |
| 111 | Depo Ex. 117 – Data | 3/06/2017 | APT |
| 112 | Depo Ex. 118 – NOAA's Severe Weather Data | 3/06/2017 | APT |
| 113 | Depo Ex. 119 – NOAA's Weather & Climate | 3/06/2017 | APT |
| 114 | Depo Ex. 120 – NOAA | 3/06/2017 | APT |
| 115 | Depo Ex. 121 – Dual Polarization | 3/06/2017 | APT |

| 116 | Depo Ex. 122 – Data Spreadsheet | 3/07/2017 | W/D |
| --- | --- | --- | --- |
| 117 | Depo Ex. 123 – Data Summary | 3/07/2017 | W/D |
| 118 | Map 1 – Anderson | 3/06/2017 | APT |
| 119 | Map 2 – Anderson | 3/06/2017 | APT |
| 120 | CV of Bruce Babcock | 3/10/2017 | W/D |
| 121 | Report of Bruce Babcock Dated 12/18/14 | 3/07/2017 | W/D |
| 122 | Soybean Growth Presentation | 3/10/2017 | W/D |
| 123 | Soybean Physiology | 3/10/2017 | W/D |
| 124 | Evaluating Hail Damage to Soybeans | 3/10/2017 | W/D |
| 125 | Evaluating Hail Damage to Soybeans | 3/10/2017 | W/D |
| 126 | Depo Ex. 124 – CV of Ben Parrott | 3/06/2017 | A |
| 127 | Depo Ex. 125 – Report of Ben Parrott | 3/10/2017 | W/D |
| 128 | Depo Ex. 126 – Planting Date | 3/06/2017 | APT |
| 129 | Planting Population in Soybeans | 3/10/2017 | W/D |
| 130 | Kansas State Agronomy Update | 3/10/2017 | W/D |
| 131 | MSU Soybean Growth Stages | 3/06/2017 | APT |
| 132 | Recovery & Assessment of Hail Damage | 3/10/2017 | W/D |
| 133 | No Exhibit | | |
| 134 | Soybean Growth Stages | 3/06/2017 | OS |
| 135 | Water Holding Capacity | 3/10/2017 | W/D |
| 136 | Tritsch Report #2 | 3/10/2017 | W/D |
| 137 | CV of David Tritsch | 3/08/2017 | A |
| 138 | Tritsch Report #1 | 3/10/2017 | W/D |
| 139 | Tritsch Report #3 | 3/10/2017 | W/D |
| 140 | Bufkin Calculations | 3/10/2017 | W/D |
| 141 | Defendant's Response to Request for Admissions Dated 02/13/14 | 3/10/2017 | W/D |
| 142 | Depo Ex. 27 – 720 7KShort | 3/10/2017 | W/D |
| 143 | No Exhibit | | |
| 144 | Depo Ex. 38 | 3/10/2017 | W/D |
| 145 | No Exhibit | | |
| 146 | No Exhibit | | |
| 147 | Depo Ex. 44 | 3/06/2017 | APT |
| 148 | Depo Ex. 45 | 3/06/2017 | APT |

| | | | |
|---|---|---|---|
| 149 | No Exhibit | | |
| 150 | No Exhibit | | |
| 151 | No Exhibit | | |
| 152 | Depo Ex. 66 | 3/06/2017 | APT |
| 153 | No Exhibit | | |
| 154 | Depo Ex. 127 | 3/10/2017 | W/D |
| 155 | No Exhibit | | |
| 156 | No Exhibit | | |
| 157 | Depo Ex. 130 | 3/08/2017 | W/D |
| 158 | No Exhibit | | |
| 159 | Depo Ex. 133 | 3/10/2017 | W/D |
| 160 | FFIC 308 – August Loss Noted | 3/10/2017 | W/D |
| 161 | Policy Declaration Page | 3/10/2017 | W/D |
| 162 | Excerpts from Defendant's Appeal Brief | 3/10/2017 | W/D |
| 163 | Excerpts from Defendant's Statement of Material Facts in Support of Motion for Summary Judgment | 3/10/2017 | W/D |
| 164 | Excerpts from Defendant's Brief in Support of Motion for Summary Judgment | 3/10/2017 | W/D |
| 165 | Excerpts from Defendant's Reply Brief in Support of Motion for Summary Judgment | 3/10/2017 | W/D |
| 166 | Paragraph 3 of Defendant's Motion for Summary Judgment | 3/10/2017 | W/D |
| 167 | No Exhibit | | |
| 168 | Allianz Global Corporate & Specialty 3M 2015 Results Update – May 2015 | 3/07/2017 | W/D |
| 169 | Allianz Global Corporate & Specialty 3M 2016 Results Update – May 2016 | 3/07/2017 | W/D |
| 170 | Allianz Global Corporate & Specialty 6M 2014 Results Update –August 2014 | 3/07/2017 | W/D |
| 171 | Allianz Global Corporate & Specialty 6M 2015 Results Update – August | 3/07/2017 | W/D |
| 172 | Allianz Global Corporate & Specialty 6M 2016 Results Update – August 2016 | 3/07/2017 | W/D |
| 173 | Allianz Global Corporate & Specialty 9M 2014 Results Update – November 2014 | 3/07/2017 | W/D |
| 174 | Allianz Global Corporate & Specialty 9M 2015 Results Update – November 2015 | 3/07/2017 | W/D |
| 175 | Allianz Global Corporate & Specialty 9M 2016 Results Update – November 2016 | 3/07/2017 | W/D |

| | | | |
|---|---|---|---|
| 176 | Allianz Global Corporate & Specialty 12M 2016 Results Update – February 2016 | 3/07/2017 | W/D |
| 177 | Allianz Global Corporate & Specialty 2014 Results Update – February 2015 | 3/07/2017 | W/D |
| 178 | Allianz Global Corporate & Specialty – Annual Report 2011 | 3/07/2017 | W/D |
| 179 | Allianz Global Corporate & Specialty – Annual Report 2012 | 3/07/2017 | W/D |
| 180 | Allianz Global Corporate & Specialty – Annual Report 2013 | 3/07/2017 | W/D |
| 181 | Allianz Global Corporate & Specialty – Annual Report 2014 | 3/07/2017 | W/D |
| 182 | Allianz Global Corporate & Specialty – Annual Report 2015 | 3/07/2017 | W/D |
| 183 | Allianz Global Corporate & Specialty – Q1 2014 Results Update – May 2014 | 3/07/2017 | W/D |
| 184 | AMB Credit Report – July 2013 – Fireman's Fund Insurance Company | 3/07/2017 | W/D |
| 185 | Zurich Press Statement – April 2016 – Acquisition of RCIS | 3/07/2017 | W/D |
| 186 | Zurich to Acquire RCIS – Zurich Publication | 3/07/2017 | W/D |
| 187 | FFIC 491- 12/17/12 Nelson to Burkhart | 3/07/2017 | W/D |
| 188 | No Exhibit | | |
| 189 | FFIC 505 – About DeJong | 3/10/2017 | W/D |
| 190 | FFIC 531 ProAg No Claim in Woodbury County | 3/10/2017 | W/D |
| 191 | FFIC 579 – Drought Claims Paid in Monona County | 3/07/2017 | W/D |
| 192 | FFIC 583 – List of Drought Claims Paid in Monona County | 3/07/2017 | W/D |
| 193 | FFIC 589 – Drought Claims Paid | 3/07/2017 | W/D |
| 194 | FFIC 649 – Noting COL from ProAg of 7/20 | 3/07/2017 | W/D |
| 195 | Burkhart Email of 12/27/12 | 3/07/2017 | W/D |
| 196 | Depo Ex. 29 – DeJong Email | 3/07/2017 | W/D |
| 197 | 07/16/13 Henke Refusing to Make Settlement on Claim | 3/07/2017 | W/D |
| 198 | Bean Master Short | 3/07/2017 | W/D |
| 199 | 12/27/12 Email ProAg Says No Loss Claimed Woodbury | 3/07/2017 | W/D |
| 200 | Depo Ex. 83 | 3/06/2017 | W/D |
| 201 | Adjuster Expense Logs | 3/07/2017 | A |
| 202 | Adjuster Expense Log Summary | 3/10/2017 | W/D |
| 203 | Composite Spreadsheet | 3/07/2017 | W/D |
| 204 | Depo Ex. 87 – Meek | 3/10/2017 | W/D |
| 205 | FFIC 323 & FFIC 324 – 2 Photographs by Grieme | 3/06/2017 | APT |
| 206 | No Exhibit | | |

| Marked | | Date Offered | Admitted? |
|---|---|---|---|
| 207 | FFIC 498 | 3/06/2017 | APT |
| 208 | Dep. Ex. 14 | 3/06/2017 | APT |
| 209 | Dep. Ex. 17 | 3/10/2017 | W/D |
| 210 | Dep. Ex. 20 | 3/07/2017 | W/D |
| 211 | Dep. Ex. 64 | 3/06/2017 | APT |
| 212 | FFIC 78 | 3/07/2017 | W/D |
| 213 | FFIC 80 | 3/07/2017 | W/D |
| 214 | FFIC 81 | 3/06/2017 | APT |
| 215 | Winquist Statement | 3/06/2017 | APT |
| 216 | Map #1 | 3/10/2017 | W/D |
| 217 | Map #2 | 3/10/2017 | W/D |
| 218 | Map #3 | 3/10/2017 | W/D |
| 219 | Map #4 | 3/10/2017 | W/D |
| 220 | Map #5 | 3/10/2017 | W/D |
| 221 | Tritsch Attachment | 3/10/2017 | W/D |
| 222 | Anderson Attachments | 3/10/2017 | W/D |
| 223 | RCIS Statement | 3/10/2017 | W/D |
| 250 | PA Pro Ag Notice of Prevented Planting or Damage or Loss **(Proffer only - did not go to jury)** | 3/10/2017 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | Admitted? |
|---|---|---|---|
| A | Policy Declarations (FFIC 1-14) | 3/06/2017 | APT |
| B | Policy Provisions (FFIC 15-21) | 3/06/2017 | APT |
| C | Burkhart Letter (FFIC 22 & 81) | 3/10/2017 | W/D |
| D | NCIS Soybean Manual (FFIC 186-238) | 3/10/2017 | W/D |
| E | Claim Packet Loss # 1 (FFIC 255-261) | 3/10/2017 | W/D |
| F | Claim Packet Loss # 2 (FFIC 262-300) | 3/10/2017 | W/D |
| G | Claim Packet Loss # 3 (FFIC 301-303) | 3/10/2017 | W/D |
| H | Claim Packet Loss # 4 (FFIC 304-316) | 3/06/2017 | W/D |
| I | Claim Packet Loss # 5 (FFIC 317-390) | 3/06/2017 | W/D |
| J | Loss Payment Summary (FFIC 391-488) | 3/10/2017 | W/D |
| K | John Expert Report | 3/10/2017 | W/D |
| L | John Brown CV | 3/09/2017 | A |
| M | John Brown Presentation | 3/09/2017 | A |

| | | | |
|---|---|---|---|
| N | John Brown Video Clip 1 | 3/10/2017 | W/D |
| O | John Brown Video Clip 2 | 3/10/2017 | W/D |
| P | John Brown Video Clip 3 | 3/10/2017 | W/D |
| Q | John Brown Video Clip 4 | 3/10/2017 | W/D |
| R | 2012 Western Research Farm Summary | 3/06/2017 | OS |
| S | Clif Parker Expert Report | 3/10/2017 | W/D |
| T | Greg Meek Expert Report | 3/10/2017 | W/D |
| U | Steve Griffin Expert Report | 3/10/2017 | W/D |
| V | Steve Griffin CV | 3/10/2017 | W/D |
| W | John Mewes Expert Report | 3/10/2017 | W/D |
| X | John Mewes CV | 3/09/2017 | A |
| Y | Crawford County FSA Records (2012) | 3/10/2017 | W/D |
| Z | Monona County FSA Records (2012) | 3/10/2017 | W/D |
| AA | Woodbury County FSA Records (2012) | 3/10/2017 | W/D |
| BB | Records from Berne Cooperative | 3/09/2017 | A |
| CC | Records from Mapleton Grain | 3/09/2017 | A |
| DD | Field Plats (To be Prepared) | 3/10/2017 | W/D |
| EE | Summary of Plant And Harvest Dates (To be Prepared) | 3/10/2017 | W/D |
| FF | RCIS Notes (FFIC 27-29, 71-77, 79, 82-83, 181-184) | 3/06/2017 | W/D |
| GG | ProAg APH Data (FFIC 30-59) **(Proffer only- did not go to jury)** | 3/09/2017 | A |
| HH | Galen Sornson Summary/Notes (FFIC 89, 1126, 1128, 1146, 1163-1165) | 3/06/2017 | APT |
| II | Larry Grieme Summary (FFIC 90) | 3/06/2017 | APT |
| JJ | Craig Woodford Summary (FFIC 91) | 3/10/2017 | W/D |
| KK | Mike Gamber Summary (FFIC 92) | 3/06/2017 | APT |
| LL | Clay Manes Summary (FFIC 93) | 3/10/2017 | W/D |
| MM | Curtis Windquist Summary (FFIC 95) | 3/06/2017 | APT |
| NN | Jim Baldwin Summary (FFIC 96) | 3/10/2017 | W/D |
| OO | ProAg Production Worksheets (Sbs) (FFIC 144-180) **(Proffer only - did not go to jury)** | 3/09/2017 | A |
| PP | Notice of Loss Documents FFIC 245, 1425-1427) | 3/06/2017 | APT |
| QQ | Iowa Corn and Soybean County Yields (FFIC 507-530) | 3/10/2017 | W/D |
| RR | Monona County Claim Data (FFIC 579-581, 592-599) | 3/10/2017 | W/D |
| SS | ProAg Production Worksheets (Corn) (FFIC 610-647) | 3/10/2017 | W/D |

| | | | |
|---|---|---|---|
| TT | Hail Summary Data (FFIC 669-679) | 3/06/2017 | APT |
| UU | NCIS Corn Manual (FFIC 702-724) | 3/10/2017 | W/D |
| VV | Proof of Loss Faxed to Alan Bruhn FFIC 1130-1133, 1147, 1166) | 3/06/2017 | APT |
| WW | Field Counts (FFIC 1168-1196) | 3/10/2017 | W/D |
| XX | Galen Sornson's Plat Book (FFIC 1212-1287) | 3/10/2017 | W/D |
| YY | Quest Screenshots with Field Counts (FFIC 1314-1424) | 3/10/2017 | W/D |
| ZZ | 2012 ProAg MPCI Documents (Crawford) | 3/10/2017 | W/D |
| AAA | 2012 ProAg MPCI Documents (Monona) | 3/10/2017 | RSO |
| BBB | 2012 ProAg MPCI Documents (Woodbury) | 3/10/2017 | W/D |
| CCC | Pioneer Delivery Tickets | 3/10/2017 | W/D |
| DDD | Spreadsheet with RMA Cause of Loss Data for 2012 | 3/10/2017 | W/D |
| EEE | Plaintiff's Tax Returns | 3/10/2017 | W/D |
| FFF | Curt Thompson Summary (FFIC 94) | 3/10/2017 | W/D |
| GGG | Ex. 3 to Brad Nelson Letter | 3/10/2017 | W/D |
| | | | |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Kirk Lacey | 3/06 | 1:13 PM | 3/06 | 1:53 PM |
| 2 | Jeremy Blake | 3/06 | 1:54 PM | 3/06 | 2:10 PM |
| 3 | Benjamin Parrott | 3/06 | 2:12 PM | 3/06 | 3:39 PM |
| 4 | Terry Nielsen | 3/06 | 3:39 PM | 3/06 | 5:06 PM |
| 5 | Larry Grieme | 3/07 | 8:33 AM | 3/07 | 11:20 AM |
| 6 | Christopher Anderson | 3/07 | 11:23 AM | 3/07 | 11:56 AM |
| 7 | Galen Sornson | 3/07 | 11:57 AM | 3/07 | 2:15 PM |
| 8 | Ryan Gotto | 3/07 | 2:16 PM | 3/07 | 2:52 PM |
| 9 | Larry Burkhart **(Proffer only 3/9/2017 8:01-8:15 AM)** | 3/08 | 8:32 AM | 3/08 | 12:10 PM |
| 10 | David Alan Tritsch | 3/08 | 12:11 PM | 3/08 | 2:25 PM |
| 11 | Alan Bruhn | 3/08 | 2:25 PM | 3/09 | 12:20 PM |
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | John Brown | 3/09 | 8:44 | 3/09 | 10:02 |
| 2 | Gregory Meek | 3/09 | 12:23 | 3/09 | 2:12 |

Witness & Exhibit List (continued)

| 3 | John Mewes | 3/09 | 2:14 | 3/09 | 2:50 |
|---|---|---|---|---|---|
|   |   |   |   |   |   |