TRIAL EXHIBIT 2

# GENERAL PROVISIONS

**AGREEMENT TO INSURE:** We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions. If a conflict exists between the terms of the General Provis   ions and the Special Provisions, the terms of the Special Provisions will apply. If a conflict exists between the terms of a special crop endorsement and the General Provisions or Special Provisions, the special crop endorsement will apply.

## 1. COVERAGE.

We cover the crops specified at the locations described in the Schedule of Insurance.

We do not cover crops that have been damaged by an insured peril(s), as defined in the Special Provisions, prior to signing the application,   unless agreed to in writing   by us.

## 2. INSURANCE PERIOD.

The insurance is in effect from the time the crop is clearly visible above the ground until the crop is harvested, except as follows:

a.  Policy Provisions shall take effect the earlier of: 12:01 a.m. on the date following the   date you and the agent sign the application; or 2 hours from the time the application is received in the appropriate processing office.

b.  For some crops, there is an additional waiting period if shown in the Special Provisions or in a special crop endorsement.

c.  Coverage expires on the dates shown in the Special Provisions or special crop endorsement.

d.  *Increase of Existing Insurance*
Insurance added to this policy becomes effective at 12:01 a.m. on the date following the date you and the agent sign  the revised Schedule of Insurance; or 2 hours from the time the revised Schedule of Insurance is received in the appropriate processing office.  We will not increase insurance if damage by an insured peril has already occurred, unless agreed to in writing  by us.

e.  *Decrease of Existing Insurance*
Reduction or cancellation of insurance will be effective at 12:01 a.m. of the date requested.

f.  *Policy Term*
Your policy is in effect only until coverage expires and only for the crop year specified in the application.  If you elect to purchase a new policy for the next or future crop years, we reserve the right to change any terms or provisions of the policy contract.

## 3. DUTIES AFTER LOSS.

a.  *Your Duties Are:*
In case of a probable loss to crops insured un   der this policy you must:

(1) Give written notice to us within 10 days after the occurrence of one of the insured perils.

(2) Continue to care for each damaged field of insured crop until we have examined the field; provided, however, that with our wr itten consent, you may preserve representative samples       in each damaged field of insured crop .

(3) Allow us to examine the damaged crop as often as we reasonably require.

(4) Upon our request, provide a complete harvesting and marketing record of each insured crop .

(5) Upon our request, submit to an examination under oath.

(6) Sign a Withdrawal of Claim when our inspection of the crop determines that there is no payable loss under the terms of this policy.

(7) Within 60 days after your loss, unless we extend such time in writing, submit to us a signed statement in proof of loss declaring your loss and interest in the crop.

(8) If a claim is made on other insurance arising from the same occurrence for which a claim is made on this policy, upon our request, pr  ovide us with all claims material relating to the other insurance.

b.  *Our Duties Are:*
(1) Adjust all losses.

(2) Pay the loss within 30 days after we reach agreement with you, entry of a final judgment, or the filing of any appraisal award with us.

c.  *Adjustment Procedures.*
Both you and we agree that the percentage of loss will be determined using the crop -hail loss adjustment procedures published by National Crop Insurance Services, or in the absence of such procedures,  other

PLF 62

procedures as determined by us, for the particular crop insured and the applicable crop year.

d. *Deferred Adjustment.*
At times it may be necessary for us to defer the adjustment of a covered loss until the percentage of loss can be determined. You must continue to care for the damaged field of insured crop during this deferral period until the percentage of loss can be determined.

## 4. LOSS PAYMENT.

a. The amount payable per acre will be the limit of insurance applying on the date of the loss multiplied by the percentage of loss. However, the amount payable may not exceed the actual cash value of the portion of the crop destroyed by perils insured against.

b. If a crop loss is also covered by other crop -hail insurance, we will pay only the proportion of the loss that our limit of insurance bears to the total amount of insurance, provided, however that no crop insurance reinsured or approved by the Federal Crop Insurance Corporation will be prorated with this policy. If a crop loss is also covered by other insurance, including but not limited to the following examples, farm property insurance or farm and ranch insurance, then we will pay only for the excess of such loss beyond the amount due from such other insurance, whether collectible or not, and not exceeding our limits of insurance.

## 5. REDUCTION OF INSURANCE.
The limit of insurance applying to each acre of insured crop will be reduced:

a. By the gross percentage of loss determined for each loss.

b. By the same percentage as each acre of crop is harvested.

## 6. APPRAISAL.
If you and we fail to agree on the percentage of loss caused by one of the insured perils, the following procedure will be used:

a. The entire crop or a representative sample of the crop, as defined in the policy, must remain intact until a determination of the percentage of loss is rendered by these procedures.

b. One of us will demand in writing that the percentage of loss be set by appraisal.

c. Each of us will select a competent appraiser and notify the other of the appraiser's identity within 10 days after receipt of the written demand.

d. The two appraisers will then select a competent, impartial umpire. If within 10 days of the selection of the appraisers, the two appraisers are unable to agree upon an umpire, you or we can ask a judge of a court of record, in the state which the insured crop is grown, to select an umpire. If the court fails to act on the request within 30 days, you or we can ask the American Arbitration Association to select an umpire.

e. The appraisers will then set the percenta ge of loss in accordance with provision 3.c . The appraisers' written agreement will be final and binding upon you and us.

f. If the appraisers fail to agree within 10 days, they will submit their difference to the umpire. Written agreement signed by any tw o of these three will set the percentage of loss. This written report of an agreement will be final and binding upon you and us.

g. In the event you or we fail to select an appraiser within the time allowed herein, the appraiser selected by the other party will set the percentage of loss and his written report will be final and binding upon you and us.

h. The determination of the percentage of loss rendered by these procedures may be entered in any court of competent jurisdiction as a final judgment.

Each app raiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and compensation of the umpire will be paid equally by you and us.

We will not be held to have waived any of our rights by any act relating to the appraisal.

## 7. LIBERALIZATION.
If we adopt any revision which would broaden the coverage under this policy without additional premium, the broadened coverage will apply.

## 8. VARIATION IN ACREAGE IN CASE OF LOSS.
When the actual acreage of a crop differs from the number of acres stated by item in the Schedule of Insurance:

a. A revised Schedule of Insurance per acre will be obtained by dividing the limit of insurance by the actual acreage at the location for such item.

b. The total insurance per acre on your insured inter est will not exceed the value of the crop at the time of loss.

## 9. ENTIRE AGREEMENT, WAIVER OR CHANGE OF POLICY PROVISIONS.

RCIS GP 3 IA-MN(01-07)

PLF 63

This policy, the application as accepted by us, and any endorsements issued by us and attached hereto constitute the entire agreement between you and us. A waiver or change of any provision must be in writing and approved by us. Our request for an appraisal or examination will not waive any of our rights.

## 10. ASSIGNMENT OF INTEREST.
You may not assign your interest in this policy without our written consent.

## 11. ASSIGNMENT OF INDEMNITY.
You may assign to another party your right to an indemnity for the crop year only on our form and with our approval. The assignee will have the right to submit the loss notices and forms required by the policy.

## 12. CONCEALMENT OR FRAUD.
We do not provide coverage for any insured who has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, either before or after a loss.

## 13. CANCELLATION OF POLICY.
a. *By You:*
If you cancel or reduce coverage prior to inception of the insurance period, we will refund your paid premium for the amount of insurance canceled. If you cancel or reduce coverage during the insurance period, we will not refund any premium.

b. *By Us:*
We may cancel all or any part of the insurance provided by us at any time by notifying you in writing at least 10 days before the date and hour cancellation takes effect. Notices of cancellation may be delivered or mailed to you at your mailing address shown in the declarations. Proof of mailing will be sufficient proof of notice.

If we cancel all or any part of this policy, we will return the premium paid for the amount of insurance per acre on the portion canceled.

*(State law exceptions to the 10 days notice of cancellation, if any, are contained in the Special Provisions and/or state endorsements.)*

## 14. EXCLUSIONS.
We do not cover:
a. Loss from any peril not insured against, even though the loss may have occurred in conjunction with a peril insured against.

b. Consequential, or indirect damages, such as but not limited to diseases, insect infestation, lodging, loss of markets, etc.

c. Loss of any portion of a crop recoverable by harvesting equipment.

d. Loss due to your neglect or failure to harvest mature crops.

e. Injury or damage to the vegetative or flowering portion of any plant, tree or shrub, except to the extent that the injury results in a loss to that crop.

f. Any loss that has been contributed to by nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

g. Any loss caused in whole or in part due to pollution or contamination caused by the discharge or escape of any pollutants or contaminants.

## 15. ABANDONMENT OF CROP.
We will not accept abandonment to us of any interest in any crop.

## 16. SUIT AGAINST US.
You cannot bring suit or action against us unless you have complied with all of the policy provisions.

If you enter suit against us you must do so within 12 months of the occurrence causing loss or damage. *(State law exceptions to the 12 months limitation, if any, are contained in the Special Provisions and/or state endorsements.)*

## 17. CONFORMITY TO STATUTES.
If any terms of this policy are in conflict with statutes of the state in which this policy is issued, the policy will conform to such statutes.

## 18. SUBROGATION. (Recovery of loss from a third party)
Because you may be able to recover all or a part of your loss from someone other than us, you must do all you can to preserve any such rights. If we pay you for your loss, your right of recovery will belong to us. If we recover more than we paid you plus our expenses, the excess will be paid to you.

## 19. INSPECTIONS.
We will be permitted, but not obligated, to inspect your property and operations at any time. Neither our right to make inspections, nor the making thereof, nor any report thereon, will constitute an undertaking on your behalf or for your benefit or the benefit of others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

## 20. PRE-JUDGMENT INTEREST.
If you and we do not reach agreement on the amount of loss, and whether we determine the amount of loss through the appraisal process or you file suit against us, you are not entitled to pre-judgment interest.

3 of 3                                    RCIS GP 3 IA-MN(01-07)

PLF 64



**≊RCIS®**

3501 Thurston Avenue Anoka, MN 55303-1060

**2012 HAIL LOSS SUMMARY**
FIREMAN'S FUND INSURANCE COMPANY

DIRECT
Date: 12/03/12
Page: 1

| BRUHN FARMS JOINT VENTURE<br>14535 WALNUT AVE<br>MAPLETON          IA 51034 | Policy #: | 14-090-120853 |
| | Claim #: | 00219247-00 |
| | Date of Loss: | 9/11/2012 |

| 14-1252 TERRY NIELSEN AGENCY<br>205 MAIN<br>PO BOX 87<br>IDA GROVE          IA 51445-0087 | TOTAL AMOUNT OF CLAIM | $417,636.00 |
| | PREVIOUS PAID AMOUNTS | $.00 |
| | PREMIUM CREDIT | $184,578.00 |
| | AMOUNT OF CHECK | $233,058.00 |

| | Premium Balance Due: | .00  10/01/2012 |

| COUNTY | SEC | TWP | RNG | CROP | ACRES | INS PER ACRE | AGRD % OF LOSS | FORM | FACT % LOSS | PREV % PAID | AMOUNT OF INS. | TOTAL |
|--------|-----|-----|-----|------|-------|--------------|----------------|------|-------------|-------------|----------------|-------|
| MONONA | 25 | 084N | 043W | RYE | 300.00 | 500.00 | .00 | BASIC | 20.10 | 20.10 | 150000 | .00 |
| MONONA | 25 | 084N | 043W | RYE | 300.00 | 250.00 | .00 | BASIC | 20.10 | 20.10 | 75000 | .00 |
| MONONA | 25 | 085N | 042W | CORN | 8.00 | 500.00 | .00 | BASIC | .00 | .00 | 4000 | .00 |
| MONONA | 16 | 085N | 042W | CORN | 235.00 | 500.00 | .00 | BASIC | .00 | .00 | 117500 | .00 |
| MONONA | 10 | 085N | 043W | CORN | 150.00 | 500.00 | .00 | BASIC | .00 | .00 | 75000 | .00 |
| MONONA | 10 | 085N | 043W | CORN | 60.00 | 500.00 | .00 | BASIC | .00 | .00 | 30000 | .00 |
| MONONA | 01 | 084N | 043W | CORN | 156.00 | 500.00 | .00 | BASIC | .00 | .00 | 78000 | .00 |
| MONONA | 21 | 085N | 042W | CORN | 154.00 | 500.00 | .00 | BASIC | .00 | .00 | 77000 | .00 |
| MONONA | 02 | 085N | 043W | CORN | 150.00 | 500.00 | .00 | BASIC | .00 | .00 | 75000 | .00 |
| MONONA | 09 | 085N | 043W | CORN | 120.00 | 500.00 | .00 | BASIC | .00 | .00 | 60000 | .00 |
| MONONA | 16 | 085N | 043W | CORN | 155.00 | 500.00 | .00 | BASIC | .00 | .00 | 77500 | .00 |
| MONONA | 23 | 084N | 043W | CORN | 655.00 | 500.00 | 7.80 | BASIC | 7.80 | .00 | 327500 | 25545.00 |
| MONONA | 23 | 085N | 042W | CORN | 20.00 | 500.00 | .00 | BASIC | .00 | .00 | 10000 | .00 |
| MONONA | 23 | 085N | 042W | CORN | 130.00 | 500.00 | .00 | BASIC | .00 | .00 | 65000 | .00 |
| MONONA | 23 | 085N | 043W | CORN | 315.00 | 500.00 | .00 | BASIC | .00 | .00 | 157500 | .00 |
| MONONA | 03 | 085N | 043W | CORN | 155.00 | 500.00 | .00 | BASIC | .00 | .00 | 77500 | .00 |
| MONONA | 06 | 084N | 043W | CORN | 123.50 | 500.00 | .00 | BASIC | .00 | .00 | 61750 | .00 |
| MONONA | 08 | 082N | 042W | CORN | 72.00 | 500.00 | .00 | BASIC | .00 | .00 | 36000 | .00 |
| MONONA | 04 | 085N | 044W | CORN | 210.00 | 500.00 | .00 | BASIC | .00 | .00 | 105000 | .00 |
| CRAWFORD | 28 | 085N | 041W | CORN | 155.00 | 500.00 | .00 | BASIC | .00 | .00 | 77500 | .00 |
| WOODBURY | 20 | 086N | 043W | CORN | 200.00 | 500.00 | .00 | BASIC | .00 | .00 | 100000 | .00 |
| WOODBURY | 20 | 086N | 043W | CORN | 100.00 | 500.00 | .00 | BASIC | .00 | .00 | 50000 | .00 |
| WOODBURY | 04 | 087N | 045W | CORN | 140.00 | 500.00 | .00 | BASIC | .00 | .00 | 70000 | .00 |
| WOODBURY | 04 | 087N | 045W | CORN | 1.20 | 500.00 | .00 | BASIC | .00 | .00 | 600 | .00 |
| MONONA | 25 | 085N | 042W | SBEAN | 142.00 | 500.00 | 6.80 | BASIC | 6.80 | .00 | 71000 | 4828.00 |

hlsofagt

PLF 82

Trial Ex. 3
Case 5:13-cv-04106-CJW   Document 149-1   Filed 03/13/17   Page 4 of 28   EXHIBIT 2
Page 4 of 28
Case No. 13-CV-4106 CJW

Policy #: 14-090-120853

Claim #: 00219247-00

| BRUHN FARMS JOINT VENTURE<br>14535 WALNUT AVE<br>MAPLETON        IA 51034 | | | | | | | 14-1252    TERRY NIELSEN AGENCY<br>205 MAIN<br>PO BOX 87<br>IDA GROVE       IA 51445-0087 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| COUNTY | SEC | TWP | RNG | CROP | ACRES | INS PER ACRE | AGRD % OF LOSS | FORM | FACT % LOSS | PREV % PAID | AMOUNT OF INS. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONONA | 06 | 083N | 042W | SBEAN | 260.00 | 500.00 | 52.20 | BASIC | 52.20 | .00 | 130000 | 67860.00 |
| MONONA | 31 | 085N | 042W | SBEAN | 475.00 | 500.00 | .00 | BASIC | .00 | .00 | 237500 | .00 |
| MONONA | 31 | 085N | 042W | SBEAN | 69.00 | 500.00 | .00 | BASIC | .00 | .00 | 34500 | .00 |
| MONONA | 32 | 084N | 042W | SBEAN | 620.00 | 500.00 | 35.30 | BASIC | 35.30 | 4.20 | 310000 | 96410.00 |
| MONONA | 08 | 084N | 042W | SBEAN | 230.00 | 500.00 | 4.40 | BASIC | 4.40 | .00 | 115000 | 5060.00 |
| MONONA | 09 | 084N | 042W | SBEAN | 150.30 | 500.00 | 5.60 | BASIC | 5.60 | .00 | 75150 | 4208.00 |
| MONONA | 01 | 084N | 043W | SBEAN | 101.00 | 500.00 | 2.60 | BASIC | 2.60 | .00 | 50500 | 1313.00 |
| MONONA | 01 | 084N | 043W | SBEAN | 255.00 | 500.00 | 5.20 | BASIC | 5.20 | .00 | 127500 | 6630.00 |
| MONONA | 06 | 084N | 043W | SBEAN | 20.00 | 500.00 | .00 | BASIC | .00 | .00 | 10000 | .00 |
| MONONA | 02 | 084N | 043W | SBEAN | 70.00 | 500.00 | 11.80 | BASIC | 11.80 | .00 | 35000 | 4130.00 |
| MONONA | 09 | 085N | 043W | SBEAN | 110.00 | 500.00 | .00 | BASIC | .00 | .00 | 55000 | .00 |
| MONONA | 04 | 085N | 043W | SBEAN | 1276.50 | 500.00 | .00 | BASIC | .00 | .00 | 638250 | .00 |
| MONONA | 05 | 084N | 042W | SBEAN | 290.00 | 500.00 | 3.60 | BASIC | 3.60 | .00 | 145000 | 5220.00 |
| MONONA | 07 | 085N | 043W | SBEAN | 230.00 | 500.00 | 1.90 | BASIC | 1.90 | .00 | 115000 | 2185.00 |
| MONONA | 23 | 084N | 043W | SBEAN | 1120.00 | 500.00 | 27.40 | BASIC | 27.40 | 6.60 | 560000 | 116480.00 |
| MONONA | 02 | 083N | 043W | SBEAN | 152.20 | 500.00 | 34.20 | BASIC | 34.20 | 5.00 | 76100 | 22221.00 |
| MONONA | 14 | 083N | 043W | SBEAN | 120.00 | 500.00 | 70.90 | BASIC | 71.40 | .00 | 60000 | 42840.00 |
| MONONA | 27 | 085N | 044W | SBEAN | 380.00 | 500.00 | 2.70 | BASIC | 2.70 | .00 | 190000 | 5130.00 |
| CRAWFORD | 07 | 085N | 041W | SBEAN | 155.00 | 500.00 | 8.80 | BASIC | 8.80 | .00 | 77500 | 6820.00 |
| WOODBURY | 30 | 086N | 042W | SBEAN | 75.00 | 500.00 | 2.30 | BASIC | 2.30 | 2.30 | 37500 | .00 |
| WOODBURY | 13 | 086N | 044W | SBEAN | 40.00 | 500.00 | .00 | BASIC | .00 | .00 | 20000 | .00 |
| WOODBURY | 18 | 086N | 043W | SBEAN | 120.00 | 500.00 | .00 | BASIC | .00 | .00 | 60000 | .00 |
| WOODBURY | 19 | 086N | 043W | SBEAN | 80.00 | 500.00 | .00 | BASIC | .00 | .00 | 40000 | .00 |
| WOODBURY | 18 | 087N | 043W | SBEAN | 40.00 | 500.00 | .00 | BASIC | .00 | .00 | 20000 | .00 |
| WOODBURY | 32 | 086N | 043W | SBEAN | 130.00 | 500.00 | .00 | BASIC | .00 | .00 | 65000 | .00 |
| WOODBURY | 34 | 086N | 043W | SBEAN | 110.00 | 500.00 | .00 | BASIC | .00 | .00 | 55000 | .00 |
| WOODBURY | 20 | 086N | 043W | SBEAN | 625.00 | 500.00 | .00 | BASIC | .00 | .00 | 312500 | .00 |
| WOODBURY | 21 | 086N | 043W | SBEAN | 230.00 | 500.00 | .00 | BASIC | .00 | .00 | 115000 | .00 |
| WOODBURY | 28 | 086N | 043W | SBEAN | 160.00 | 500.00 | .00 | BASIC | .00 | .00 | 80000 | .00 |
| WOODBURY | 25 | 086N | 043W | SBEAN | 72.00 | 500.00 | 2.10 | BASIC | 2.10 | .00 | 36000 | 756.00 |
| WOODBURY | 05 | 086N | 042W | SBEAN | 26.00 | 500.00 | .00 | BASIC | .00 | .00 | 13000 | .00 |

hisolagtof

PLF 83



EXHIBIT
128
mab 1-12-17
PENGAD 800-631-6989

# RCIS

Managing General Agents for:

## FIREMAN'S FUND INSURANCE COMPANY

2012 CROP HAIL INSURANCE
POLICY DECLARATION PAGE
ISSUE DATE: 6/07/2013

**1. INSURED INFORMATION**

BRUNS FARMS JOINT VENTURE

14515 WALNUT AVE
MAPLETON, IA 51034
(712) 882-2735
TAX ID: XX-XXX9925

LOSS PAYABLE:

**2. AGENT/AGENCY INFORMATION**

TERRY NIELSEN AGENCY
TERRY NIELSEN
205 MAIN
PO BOX 87
IDA GROVE IA 51445-0087
(712) 364-2431

**3. COUNTY** | IA-090-120853

**5. ACRES** | **6. LIABILITY** | **7. PREMIUM**

| 9. LINE | 10. COUNTY | 11. LOCATION ID | 12. LEGAL DESCRIPTION SECTION(S)-TWP(RNG) | 13. CROP | 14. SHARE | 15. POLICY FORM | 16. OPTIONS | 17. PREV LOSS | 18. TOTALS | 19. SPA LIABILITY | 20. LIABILITY | 21. RATE | 22. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 133-MONONA | | 025.026 | 06N4Y-043W | RYE | 1.000 | BASIC | | 047-CRAMFORD CORN | 155.00 | $500 | $150,000 | 3.00 | $4,500 |
| | | | | | | | | | SSEAN | 155.00 | $250 | $75,000 | 3.00 | $2,250 |
| | | | | | | | | | CORN | | | | | |
| 1.00 | 133-MONONA | EFFECTIVE: 05-11 | 12:01 AM | 06N4Y-043W | RYE | 1.000 | BASIC | | 047-CRAMFORD | 300.00 | $500 | $150,000 | 3.00 | $4,500 |
| 1.10 | 133-MONONA | EFFECTIVE: 05-2 | 025.026 12:01 AM | 06N3-043W | CORN | 1.000 | BASIC | | 133-MONONA | 8.00 | $500 | $4,000 | 3.30 | $132 |
| 2.00 | 133-MONONA | EFFECTIVE: 05-2 | 035 12:01 AM | 05N4-C42N | CORN | 1.000 | BASIC | | 133-MONONA | 235.00 | $500 | $117,500 | 3.30 | $3,763 |
| 3.00 | 133-MONONA | EFFECTIVE: 05-2 | 025 12:01 AM | 083N-042W | CORN | 1.000 | BASIC | | 133-MONONA | 150.00 | $500 | $75,000 | 3.30 | $2,725 |
| 4.00 | 133-MONONA | EFFECTIVE: 05-2 | 010 12:01 AM | 083N-043W | CORN | 1.000 | BASIC | | 193-WOODBURY | 60.00 | $500 | $30,000 | 2.30 | $690 |
| 5.00 | 133-MONONA | EFFECTIVE: 05-2 | 010 12:01 AM | 083N-043W | CORN | 1.000 | BASIC | | 193-WOODBURY | 156.00 | $500 | $78,000 | 2.30 | $1,794 |
| 6.00 | 133-MONONA | EFFECTIVE: 05-2 | 021 12:01 AM | 084N-039 | CORN | 1.000 | BASIC | | | 154.00 | $500 | $77,000 | 2.30 | $1,771 |
| 7.00 | 133-MONONA | EFFECTIVE: 05-2 | 12:01 AM | 06N-C42W | CORN | 1.000 | BASIC | | | | | | | |

**DISCLAIMER STATEMENT:** If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop lines after insurance has been attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

**OPTIONAL ENDORSEMENTS:** As required by the policy, Optional Endorsements selected for a crop on a binder will be applied to all lines of that crop.

**OPTIONAL ENDORSEMENTS**

| | | | |
|---|---|---|---|
| HA-090A | 05/10/12 | HA-2046 | 05/10/12 |
| HA-2092A | 05/10/12 | RCIS GPINED | 05/10/12 |

* REVISED *

THIS IS NOT A BILL: However, if you would like to pay your premium, mail to:

RCIS
P.O. Box 38
Anoka, MN 55303-0038

PAGE 1

GROUP DISCOUNT: ☐

**4. CROP** | A.CROP | B.TOTALS | PA | LIABILITY

| | | | |
|---|---|---|---|
| CORN | 155.00 | $77,530 | |
| SSEAN | 155.00 | $1,340 | |
| CORN | 2,868.50 | $32,950 | |
| RYE | 300.00 | $6,759 | |
| SBEAN | 6,071.00 | $151,759 | |
| CORN | 441.20 | $71,803 | |
| SBEAN | 1,708.00 | $93,805 | |

TOTALS: 11,698.70 | $55,926,350 | $259,567

NET PREMIUM: $245,976.00

GROSS PREMIUM: $259,567

PWP DISCOUNT: $12,591

FFIC 0001

HA-1007 (08-12)

9:16:20 DIRECT 14-1252

# RCIS

*Managing General Agents for:*

**FIREMAN'S FUND INSURANCE COMPANY**

**1. AGENT / AGENCY INFORMATION**

TERRY NIELSEN AGENCY
TERRY NIELSEN
205 MAIN
PO BOX #7
IDA GROVE IA 51445-C037
(712)364-2431

**2. AGENCY NUMBER:** 14-1252 01

**3. INSURED INFORMATION**

BRUHN FARMS JOINT VENTURE

14515 MAJKET AVE
MAPLETON IA 51034
(712)882-2735
TAX ID: XX-XXX9925

LOSS PAYABLE:

**POLICY NUMBER:** IA-090-120853

| 9. LINE | 10. COUNTY | 11. ADDITIONAL LOCATION ID | 12. LEGAL DESCRIPTION SECTION / TWP / RNG | 13. CROPS | 14. SHARE | 15. POLICY FORM | 16. POLICY OPTIONS | 17. PREV LOSS | 18. ACRES | 19. PAID | 20. LIABILITY | 21. RATE | 22. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.00 | 133-MONOTA | EFFECTIVE: 05-22 D02 009 | 085N-043K | CORN | 1.000 | BASIC | | | 150.00 | $500 | $75,000 | 2.30 | $1,725 |
| 9.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM 016 | 085N-043W | CORN | 1.000 | BASIC | | | 120.00 | $500 | $60,000 | 2.30 | $1,390 |
| 10.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM 023,025 | 065N-043W | CORN | 1.000 | BASIC | | | 155.00 | $500 | $77,500 | 2.30 | $1,783 |
| 11.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM 036 | 065N-043W | CORN | 1.000 | BASIC | | | 655.00 | $500 | $327,500 | 2.30 | $7,533 |
| 12.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM 023 | 085N-042K | CORN | 1.000 | BASIC | | | 20.00 | $500 | $10,000 | 2.30 | $230 |
| 13.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM 023 | 085N-042W | CORN | 1.000 | BASIC | | | 130.00 | $500 | $65,200 | 2.30 | $1,495 |
| 14.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM 003 | 085N-043W | CORN | 1.000 | BASIC | | | 315.00 | $500 | $157,500 | 2.30 | $3,623 |
| 15.00 | 133-MONONA | EFFECTIVE: 05-22 12:01 AM | 083N-043K | CORN | 1.000 | BASIC | | | 155.00 | $500 | $77,500 | 2.30 | $1,783 |

**8. TOTALS:**

| GROSS PREMIUM: | $258,567 |
|---|---|
| PHP DISCOUNT: | $12,531 |
| NET PREMIUM: | $245,978.00 |

GROUP DISCOUNT: ☐

DIRECT 14-1252

**DISCLAIMER STATEMENT:** If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop lines after insurance has attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

**OPTIONAL ENDORSEMENTS:** As required by the policy, Optional Endorsements selected for a crop on a policy will be applied to all lines of that crop.

**OPTIONAL ENDORSEMENTS**

*THIS IS NOT A BILL.* However, if you would like to pay your premium, mail to:

RCIS
P.O. Box 38
Anoka, MN 55303-0038

PAGE 2

9:18:20

FFIC 0003

HA-1007 (05-12)    * REVISED *

# RCIS

Managing General Agents for:

FIREMAN'S FUND INSURANCE COMPANY

**1. INSURED INFORMATION**

BROIN FARMS JOINT VENTURE
14535 WALNUT AVE
MADISTON IA 51034
(712) 882-2735
TAX ID: XX-XXX9925

LOSS PAYABLE:

**2. AGENT/AGENCY INFORMATION**

14-1252 01
TERRY NIELSEN
TERRY NIELSEN AGENCY
205 MAIN
PO BOX 87
IDA GROVE IA 51445-0287
(712) 364-2431

**3. POLICY NUMBER:** IA-090-120853

**4. GROUP:**  **5. ACRES:**  **6. LIABILITY:**  **7. PREMIUM:**

| 8. LINE | 9. STATE/COUNTY 10. TOWNSHIP | 11. ADDITIONAL LOCATION ID | 12. LEGAL DESCRIPTION SECTION-TWP-RNG | 13. CROP | 14. SHARE | 15. POLICY FORM | 16. OPTIONS | 17. PREV. LOSS% | 18. TOTAL ACRES | 19. IPA | 20. LIABILITY | 21. RATE | 22. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16.00 | 133-MONONA | | EFFECTIVE: 05-23 006 12:01 AM | 094N-043W | CORN | 1.000 | BASIC | | 123.50 | $500 | $61,750 | 2.30 | $1,420 |
| 17.00 | 133-MONONA | | EFFECTIVE: 05-23 008 12:01 AM | 092N-012K | CORN | 1.000 | BASIC | | 72.00 | $500 | $36,000 | 2.30 | $828 |
| 18.00 | 133-MONONA | | EFFECTIVE: 05-23 M-13-08&N-04W 004 12:01 AM | 093N-044N | CORN | 1.000 | BASIC | | 210.00 | $500 | $105,000 | 2.30 | $2,415 |
| 19.00 | 133-MONONA | | EFFECTIVE: 05-23 028 12:01 AM | 0855-043W | CORN | 1.000 | BASIC | | 155.05 | $500 | $77,500 | 2.10 | $1,628 |
| 20.00 | 047-CRAWFORD | | EFFECTIVE: 05-23 020,021 12:01 AM | 084N-043W | CORN | 1.000 | BASIC | | 200.00 | $500 | $100,000 | 3.30 | $3,300 |
| 21.00 | 193-WOODBURY | | EFFECTIVE: 05-23 020 12:01 AM | 086N-043W | CORN | 1.000 | BASIC | | 100.00 | $500 | $50,000 | 3.30 | $1,650 |
| 22.00 | 193-WOODBURY | | EFFECTIVE: 05-23 008 12:01 AM | 087N-045W | CORN | 1.000 | BASIC | | 140.00 | $500 | $70,000 | 3.30 | $2,310 |
| 23.00 | 193-WOODBURY | | EFFECTIVE: 05-23 024 12:01 AM | 087N-045W | CORN | 1.000 | BASIC | | 1.20 | $500 | $600 | 3.30 | $20 |
| 24.00 | 193-MONONA | | EFFECTIVE: 05-23 025G 12:01 AM | 085N-042W | SBEAN | 1.000 | BASIC | | 142.00 | $500 | $71,000 | 5.00 | $3,550 |

DISCLAIMER STATEMENT: If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop/crop lines after insurance has attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

OPTIONAL ENDORSEMENTS: As required by the policy, Optional Endorsements selected for a crop on a policy will be applied to all lines of that crop.

**OPTIONAL ENDORSEMENTS**

THIS IS NOT A BILL: However, if you would like to pay your premium, mail to:

RCIS
P.O. Box 38
Anoka, MN 55303-0038

GROUP DISCOUNT: ☐

GROSS PREMIUM: $258,567

FMP DISCOUNT:

NET PREMIUM: $245,976.00    NET DISCOUNT: $12,591

FFIC 0005

9:18:20    DIRECT 14-1252

HA-1007 [08-12]    * REVISED *

Case 5:13-cv-04106-LTS  Document 24-3  Filed 02/27/15  Page 11 of 82
Ex. 4
Case 5:13-cv-04106-CJW  Document 149-1  Filed 03/13/17  Page 8 of 28
Case No. 13-CV-4106 CJW

# RCIS

*Managing General Agents for:*

**FIREMAN'S FUND INSURANCE COMPANY**

**1. INSURED INFORMATION**

BRUIN FARMS JOINT VENTURE
14535 WALNUT AVE
MAPLETON IA, 51034
(712)}882-2735
TAX ID: XX-XXX9925

LOSS PAYABLE:

**2. AGENT/AGENCY INFORMATION**

14-1252 01
TERRY NIELSEN AGENCY
TERRY NIELSEN
205 MAIN
PO BOX 87
IDA GROVE IA 51445-0087
(712)364-2431

**POLICY NUMBER:** 14-090-120853

**3. COUNTRY** | **4. CROP** | **5. ACRES** | **6. LIABILITY** | **7. PREMIUM**

| LINE | 10. COUNTY | ADDITIONAL LOCATION ID | SECTION/S-TWP-RNG | CROP | SHARE | POLICY FORM | PREV. LOSS | ACRES | PAR. LIABILITY | RATE | PREMIUM |
|------|-----------|-------------------------|---------------------|-------|-------|-------------|------------|--------|-----------------|------|----------|
| 25.00 | 133-MONONA | EFFECTIVE: 05-23 | 036,007  083N-042N | SBEAN | 1.000 | BASIC | | 260.00 | $500 | $130,000 | 5.00 | $6,500 |
| 26.00 | 133-MONONA | EFFECTIVE: 05-2 | 031  063N-042N | SHEAN | 1.000 | BASIC | | 475.00 | $500 | $237,500 | 5.00 | $11,875 |
| 27.00 | 133-MONONA | EFFECTIVE: 05-2 | 032,033  065N-042N | CBEAN | 1.000 | BASIC | | 69.00 | $500 | $34,500 | 5.00 | $1,725 |
| 28.00 | 133-MONONA | EFFECTIVE: 05-2 | 006,009  085N-042N | SBEAN | 1.000 | BASIC | | 620.00 | $500 | $310,000 | 5.00 | $15,500 |
| 29.00 | 133-MONONA | EFFECTIVE: 05-2 | 009  085N-042N | SBEAN | 1.000 | BASIC | | 230.00 | $500 | $115,000 | 5.00 | $5,750 |
| 30.00 | 133-MONONA | EFFECTIVE: 05-2 | 009  083N-042N | SBEAN | 1.000 | BASIC | | 150.30 | $500 | $75,150 | 5.00 | $3,758 |
| 31.00 | 133-MONONA | EFFECTIVE: 05-2 | 001  084N-043N | SBEAN | 1.003 | BASIC | | 101.00 | $500 | $50,500 | 5.00 | $2,525 |
| 32.00 | 133-MONONA | EFFECTIVE: 05-2 | 006  084N-043N | SBEAN | 1.000 | BASIC | | 255.00 | $300 | $327,500 | 5.00 | $6,375 |
| 33.00 | 133-MONONA | EFFECTIVE: 05-23 | 006  084N-043N | SBEAN | 1.000 | BASIC | | 20.00 | $500 | $10,000 | 5.00 | $500 |

**DISCLAIMER STATEMENT:** If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop lines after insurance has attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

**OPTIONAL ENDORSEMENTS:** As required by the policy, Optional Endorsements selected for a crop on a policy will be applied to all lines of that crop.

**OPTIONAL ENDORSEMENTS**

THIS IS NOT A BILL: However, if you
would like to pay your premium, mail to:
RCIS
P.O. Box 38
Anoka, MN 55303-0038

GROUP DISCOUNT: ☐

GROSS PREMIUM: $259,567
PHP DISCOUNT:
NET PREMIUM: $32,591

FFIC 0007

HA-1007 (08-12)      * REVISED *      PAGE 4      9:18:20   DIRECT 14-1252

Case 5:13-cv-04106-LTS   Document 24-3   Filed 02/27/15   Page 12 of 82
Ex. 4
Case 5:13-cv-04106-CJW   Document 49-1   Filed 03/13/17   Page 9 of 28
Case No. 13-CV-4106 CJW

# RCIS®

Managing General Agents for:

**FIREMAN'S FUND INSURANCE COMPANY**

2012 CROP HAIL INSURANCE
POLICY DECLARATION PAGE
ISSUE DATE: 6/01/2012

**POLICY NUMBER:** IA-090-120853

FFIC 0009

## 1. INSURED INFORMATION

BURR FARMS JOINT VENTURE

14516 WALNUT AVE
MAPLETON IA 51034
(712)882-2735
TAX ID: XX-XXX9925

LOSS PAYABLE:

## 2. AGENT/AGENCY INFORMATION

14-1262 01
TERRY NIELSEN
TERRY NIELSEN AGENCY
205 MAIN
PO BOX 87
IDA GROVE IA 51445-0087
(712)364-2431

| 10. LINE | 11. COUNTY | 12. LEGAL DESCRIPTION | | 13. CROP | 14. SHARE | 15. POLICY FORM | 16. TOTALS: ACRES | 19. LIABILITY | 20. RATE | 21. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | | ADDITIONAL LOCATION ID | SECTION(S) | TWP-RANGE | | | | | |
| 34.00 | 133-MONONA | 35-085D043W EFFECTIVE: 05-23 | 002 12:01 AM | 084M-043W | SBEAN | 1.000 | BASIC | 70.00 | $500 | $35,000 | 5.00 | $1,750 |
| 35.00 | 133-MONONA | EFFECTIVE: 05-23 | 002 12:01 AM | 085D-043W | SBEAN | 1.000 | BASIC | 110.00 | $500 | $55,000 | 5.00 | $2,750 |
| 36.00 | 133-MONONA | 31,32,33-086004 EFFECTIVE: 05-23 | 004,005 006 12:01 AM | 085D-043W | SBEAN | 1.000 | BASIC | 1,276.50 | $500 | $638,250 | 5.00 | $31,913 |
| 37.00 | 133-MONONA | EFFECTIVE: 05-23 | 006 12:01 AM | 084M-042W | SBRAY | 1.000 | BASIC | 290.00 | $500 | $145,000 | 5.00 | $1,250 |
| 38.00 | 133-MONONA | EFFECTIVE: 05-23 | 018 027,008 12:01 PM | 085M-043W | SBRAY | 1.000 | BASIC | 230.00 | $500 | $115,000 | 5.00 | $5,750 |
| 39.00 | 133-MONONA | EFFECTIVE: 05-23 | 023,025 035 12:01 AM | 084M-043W | SBEAN | 1.000 | BASIC | 1,120.00 | $500 | $560,000 | 5.00 | $28,000 |
| 40.00 | 133-MONONA | EFFECTIVE: 05-23 | 002 036 12:01 AM | 083M-043W | SBRAY | 1.000 | BASIC | 152.20 | $500 | $76,100 | 5.00 | $3,805 |

**17. PREMIUM LOSS%** | **18. TOTALS:** | **A. CROP** | **B. ACRES** | **C. LIABILITY** | **D. PREMIUM**

GROUP DISCOUNT: ☐

GROSS PREMIUM: $288,567
PWP DISCOUNT: $12,591
NET PREMIUM: $245,976.00

DISCLAIMER STATEMENT: If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop lines after insurance has attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

OPTIONAL ENDORSEMENTS: As required by the policy, Optional Endorsements selected for a crop on a policy will be applied to all lines of that crop.

THIS IS NOT A BILL: However, if you would like to pay your premium, mail to:

RCIS
P.O. Box 39
Anoka, MN 55303-0038

HA-1007 (08-12) ▲ REVISED ★ PAGE 2 9:18:20 DIRECT 14-1252

Case 5:13-cv-04106-LTS   Document 24-3   Filed 02/27/15   Page 13 of 82
Ex. 4
Case 5:13-cv-04106-CJW   Document 149-1   Filed 03/13/17   Page 10 of 28
Case No. 13-CV-4106 CJW

Case 5:13-cv-04106-LTS   Document 24-3   Filed 02/27/15   Page 14 of 82
Ex. 4
Case 5:13-cv-04106-CJW   Document 149-1   Filed 03/13/17   Page 11 of 28
Case No. 13-CV-4106 CJW

# RCIS®

Managing General Agents for:

## FIREMAN'S FUND INSURANCE COMPANY

2012 CROP HAIL INSURANCE
POLICY DECLARATION PAGE
ISSUE DATE: 6/07/2012

POLICY NUMBER: IA-090-120853

**1A-1007 (08-12)**

BRUHN FARMS JOINT VENTURE
14575 WALNUT AVE
MAPLETON IA 51034
(712) 882-1715
TAX ID: XX-XXX9925

LOSS PAYABLE:

14-1152 01
TERRY NIELSEN
TERRY NIELSEN AGENCY
205 MAIN
PO BOX 87
IDA GROVE IA 51445-0097
(712)364-2431

| 9. LINE | 10. COUNTY | 11. ADDITIONAL LOCATION ID | 12. LEGAL DESCRIPTION SECTION | TWP-RNG | 13. CROP | 14. SHARE | 16. POLICY FORM | 17. PREV OPTIONS | 18. TOTALS ACRES | 19. IPA | 20. LIABILITY | 21. RATE | 22. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41.00 | 133-MONONA | | 014 12:01 AM | 083N-043W | SBEAN | 1.000 | BASIC | | 120.00 | $500 | $60,000 | 5.00 | $3,000 |
| 42.00 | 133-MONONA | | 012 12:01 AM | 083N-044W | SBEAN | 1.000 | BASIC | | 380.00 | $500 | $190,000 | 5.00 | $9,500 |
| 43.00 | 047-CRAWFORD | | 007 12:01 AM | 083N-041W | SBEAN | 1.000 | BASIC | | 155.00 | $500 | $77,500 | 5.60 | $4,340 |
| 44.00 | 191-WOODBURY | | 030 12:01 AM | 083N-042W | SBEAN | 1.000 | BASIC | | 75.00 | $500 | $37,500 | 6.30 | $2,363 |
| 45.00 | 191-WOODBURY | | 013 12:01 AM | 083N-044W | SBEAN | 1.000 | BASIC | | 40.00 | $500 | $20,000 | 6.30 | $1,260 |
| 46.00 | 191-WOODBURY | | 018 12:01 AM | 088N-043W | SBEAN | 1.000 | BASIC | | 120.00 | $500 | $60,000 | 6.30 | $3,780 |
| 47.00 | 191-WOODBURY | | 09 12:01 AM | 088N-043W | SBEAN | 1.000 | BASIC | | 80.00 | $500 | $40,000 | 6.30 | $2,520 |
| 48.00 | 191-WOODBURY | | 018 12:01 AM | 088N-043W | SBEAN | 1.000 | BASIC | | 40.00 | $500 | $20,000 | 6.30 | $1,260 |
| 49.00 | 191-WOODBURY | | 032 12:01 AM | 083N-043W | SBEAN | 1.000 | BASIC | | 130.00 | $500 | $65,000 | 6.30 | $4,095 |

DISCLAIMER STATEMENT: If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop lines after insurance has attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

OPTIONAL ENDORSEMENTS: As required by the policy, Optional Endorsements selected for a crop on a policy will be applied to all lines of that crop.

GROUP DISCOUNT: ☐

GROSS PREMIUM: $245,567
PHP DISCOUNT: $12,551
NET PREMIUM: $245,975.00
DIRECT 14-1252

THIS IS NOT A BILL: However, if you
would like to pay your premium, mail to:

RCIS
P.O. Box 38
Anoka, MN 55303-0038

PAGE 6

FFIC 0011

* REVISED *

9:18:20

# RCIS

*Managing General Agents for:*

**FIREMAN'S FUND INSURANCE COMPANY**

**1. INSURED INFORMATION** | **2. AGENT / AGENCY INFORMATION**

BROWN FARMS JOINT VENTURE
14515 WALNUT AVE
MAPLETON IA 51034
(712)882-2735
TAX ID: XX-XXX9925

14-1352 01
TERRY NIELSEN AGENCY
TERRY NIELSEN
205 MAIN
PO BOX 87
IDA GROVE IA 51445-0087
(712)364-2431

LOSS PAYABLE:

**POLICY NUMBER** IA-090-120853

**3/4. COUNTY** 4. CROP 5. ACRES

| 10. COUNTY | 11. ADDITIONAL LOCATION ID | 12. LEGAL DESCRIPTION SECTION(S) - TWP - RNG | 13. CROP | 14. SHARE | 15. POLICY FORM | 16. OPTIONS | 17. PREV LOSS% | 18. ACRES | 19. RATE/AMT | 20. LIABILITY | 21. RATE | 22. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50.00 | 193-WOODBURY | EFFECTIVE: 05-23 12:01 AM | 034 | 086N-043W | SBEAN | 1.000 | BASIC | | | 110.00 | $500 | $55,000 | 6.30 | $3,465 |
| 51.00 | 193-WOODBURY | EFFECTIVE: 05-23 12:01 AM | 026,027 029 | 086N-043W | SBEAN | 1.000 | BASIC | | | 625.00 | $500 | $312,500 | 6.30 | $19,699 |
| 52.00 | 193-WOODBURY | EFFECTIVE: 05-23 12:01 AM | 021 | 086N-043W | SBEAN | 1.000 | BASIC | | | 230.00 | $500 | $115,000 | 6.30 | $7,245 |
| 53.00 | 193-WOODBURY | EFFECTIVE: 05-23 12:01 AM | 028,032 | 086N-043W | SBEAN | 1.000 | BASIC | | | 160.00 | $500 | $80,000 | 6.30 | $5,040 |
| 54.00 | 193-WOODBURY | EFFECTIVE: 05-23 12:01 AM | 025 | 086N-043W | SBEAN | 1.000 | BASIC | | | 72.00 | $500 | $36,000 | 6.30 | $2,268 |
| 55.00 | 193-WOODBURY | EFFECTIVE: 05-23 12:01 AM | 005 | 086N-042W | SBEAN | 1.000 | BASIC | | | 26.00 | $500 | $13,000 | 6.30 | $819 |

**DISCLAIMER STATEMENT:** If a revised Schedule of Insurance (SOI) is not furnished to us within 10 days of planting/seeding being complete for the crops listed on the binder, coverage will continue and premium will be charged based upon the original information submitted on the binder. If you choose to cancel bound crop lines after insurance has attached, cancellation provisions contained in the Crop Hail policy will determine the procedure that will be followed.

**OPTIONAL ENDORSEMENTS:** As required by the policy, Optional Endorsements selected for a crop on a policy will be applied to all lines of that crop.

**OPTIONAL ENDORSEMENTS**

*THIS IS NOT A BILL; However, if you would like to pay your premium, mail to:*

RCIS
P.O. Box 38
Anoka, MN 55303-0038

GROUP DISCOUNT: ☐

GROSS PREMIUM: $256,567

PMP DISCOUNT: $11,592

NET PREMIUM: $245,975.00

FFIC 0013

HA-1007 (08-12)        ◄ REVISED ►        PAGE 7        9:18:20   DIRECT 14-1352

TRIAL EX. 6

Losses    Logging    Remarks    Disbursement    History    Hail exit

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK     DIRECT BILL
BROHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s): (712)364-2431

                                      Created by: HAASE01
Losses  Claim #:   219247 00
S  Line      Cty Location  Crop  Form Desc      Peril       Acres             IPA Agrd %
12 24.0      133 085N 042W SBEAN BASIC          HA          142.00      500.00    6.80
   Liab:        71000 * Factor: 1.000 * Net %:   6.80 = Claim amt:     4828.00

12 25.0      133 083N 042W SBEAN BASIC          HA          260.00      500.00   52.20
   Liab:       130000 * Factor: 1.000 * Net %:  52.20 = Claim amt:    67860.00

                                                                      More...

RURAL COMMUNITY INSURANCE SERVICES              CHR103      6/07/13  09:28:38

FFIC 0473

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s): (712)364-2431

                                   Created by: HAASE01

Losses  Claim #:   219247 00
| S | Line | Cty | Location | Crop | Form | Desc | Peril | Acres | | IPA Agrd % |
|---|------|-----|----------|------|------|------|-------|-------|---|------------|
| 12 | 26.0 | 133 | 085N 042W | SBEAN | BASIC | | HA | 475.00 | 500.00 | |
| | Liab: | | 237500 * Factor: 1.000 * Net %: | | | | | = Claim amt: | | |
| 12 | 27.0 | 133 | 085N 042W | SBEAN | BASIC | | HA | 69.00 | 500.00 | |
| | Liab: | | 34500 * Factor: 1.000 * Net %: | | | | | = Claim amt: | | |

                                                          **More...**

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103      6/07/13  09:28:38

FFIC 0474

Losses   Logging   Remarks   Disbursement   History   Hail exit

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK      DIRECT BILL
BRUHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s): (712)364-2431

Created by: HAASE01

Losses  Claim #:   219247 00
S  Line    Cty Location  Crop  Form Desc      Peril       Acres             IPA Agrd %
12 28.0    133 084N 042W SBEAN BASIC          HA          620.00       500.00  35.30
   Liab:     310000 * Factor: 1.000 * Net %:  31.10 = Claim amt:   96410.00

12 29.0    133 084N 042W SBEAN BASIC          HA          230.00       500.00   4.40
   Liab:     115000 * Factor: 1.000 * Net %:   4.40 = Claim amt:    5060.00

                                                                      More...

RURAL COMMUNITY INSURANCE SERVICES           CHR103      6/07/13  09:28:38

FFIC 0475

Losses    Logging    Remarks    Disbursement    History    Hail exit

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK      DIRECT BILL
BRUEN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s): (712)882-2735                    IDA GROVE, IA 51445-0087
Tax ID: XX-XXX9925                      Ph(s): (712)364-2431

                                        Created by: HAASE01
Losses  Claim #:   219247 00
S  Line     Cty Location   Crop  Form Desc      Peril       Acres          IPA Agrd %
12 30.0     133 084N 042W SBEAN BASIC           HA        150.30    500.00    5.60
   Liab:     75150 * Factor: 1.000 * Net %:     5.60 = Claim amt:   4208.00

12 31.0     133 084N 043W SBEAN BASIC           HA        101.00    500.00    2.60
   Liab:     50500 * Factor: 1.000 * Net %:     2.60 = Claim amt:   1313.00

                                                                      More...

RURAL COMMUNITY INSURANCE SERVICES           CHR103      6/07/13  09:28:38

FFIC 0476

Trial Ex. 6

```
Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
14535 WALNUT AVE                      205 MAIN
MAPLETON, IA 51034                    PO BOX 87
Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431
```

                                     Created by: HAASE01

```
Losses  Claim #:    219247 00
S  Line    Cty Location  Crop  Form Desc      Peril        Acres             IPA Agrd %
12 32.0    133 084N 043W SBEAN BASIC          HA          255.00        500.00    5.20
   Liab:     127500 * Factor: 1.000 * Net %:  5.20 = Claim amt:       6630.00

12 33.0    133 084N 043W SBEAN BASIC          HA           20.00        500.00
   Liab:      10000 * Factor: 1.000 * Net %:        = Claim amt:
```

                                                                      More...

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103       6/07/13  09:28:38

FFIC 0477

Losses   Logging   Remarks   Disbursement   History   Hail exit

Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
14535 WALNUT AVE                      205 MAIN
MAPLETON,IA 51034                     PO BOX 87
Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431

                                    Created by: HAASE01
Losses  Claim #:   219247 00
S  Line     Cty Location  Crop  Form Desc      Peril      Acres        IPA Agrd %
12 34.0     133 084N 043W SBEAN BASIC           HA        70.00       500.00  11.80
   Liab:      35000 * Factor: 1.000 * Net %:  11.80 = Claim amt:      4130.00

12 35.0     133 085N 043W SBEAN BASIC           HA       110.00       500.00
   Liab:      55000 * Factor: 1.000 * Net %:        = Claim amt:

                                                                    More...

RURAL COMMUNITY INSURANCE SERVICES           CHR103      6/07/13  09:28:38

FFIC 0478

Losses    Logging    Remarks    Disbursement    History    Hail exit

Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
14535 WALNUT AVE                      205 MAIN
MAPLETON,IA 51034                     PO BOX 87
Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431

                              Created by: HAASE01

Losses  Claim #:   219247 00
S  Line    Cty Location  Crop  Form Desc        Peril      Acres        IPA  Agrd %
12 36.0    133 085N 043W SBEAN BASIC            HA        1276.50      500.00
   Liab:   638250 * Factor: 1.000 * Net %:             = Claim amt:

12 37.0    133 084N 042W SBEAN BASIC            HA         290.00      500.00   3.60
   Liab:   145000 * Factor: 1.000 * Net %:    3.60 = Claim amt:       5220.00

                                                                     More...

RURAL COMMUNITY INSURANCE SERVICES            CHR103      6/07/13  09:28:38

FFIC 0479

Losses   Logging   Remarks   Disbursement   History   Hail exit

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s):  (712)364-2431

                                 Created by: HAASE01

Losses  Claim #:   219247 00
S  Line     Cty Location  Crop  Form Desc       Peril     Acres            IPA Agrd %
12 38.0     133 085N 043W SBEAN BASIC            HA        230.00     500.00   1.90
   Liab:    115000 * Factor: 1.000 * Net %:    1.90 = Claim amt:    2185.00

12 39.0     133 084N 043W SBEAN BASIC            HA        1120.00    500.00  27.40
   Liab:    560000 * Factor: 1.000 * Net %:    20.80 = Claim amt:   116480.00

                                                              **More...**

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103      6/07/13  09:28:38

FFIC 0480

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON, IA 51034                      PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s): (712)364-2431

                                    Created by: HAASE01

Losses  Claim #:   219247 00
S  Line   Cty Location  Crop  Form Desc      Peril       Acres            IPA Agrd %
12 40.0   133 083N 043W SBEAN BASIC          HA          152.20     500.00   34.20
   Liab:      76100 * Factor: 1.000 * Net %:  29.20 = Claim amt:  22221.00

12 41.0   133 083N 043W SBEAN BASIC          HA          120.00     500.00   70.90
   Liab:      60000 * Factor: 1.000 * Net %:  71.40 = Claim amt:  42840.00

                                                            **More...**

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103      6/07/13  09:28:38


FFIC 0481

Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
14535 WALNUT AVE                      205 MAIN
MAPLETON,IA 51034                     PO BOX 87
Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431

                                 Created by: HAASE01
Losses  Claim #:   219247 00
S  Line   Cty Location  Crop  Form Desc    Peril      Acres           TPA Agrd %
12 42.0   133 085N 044W SBEAN BASIC        HA        380.00      500.00    2.70
   Liab:     190000 * Factor: 1.000 * Net %:    2.70 = Claim amt:   5130.00

12 43.0   047 085N 041W SBEAN BASIC        HA        155.00      500.00    8.80
   Liab:     77500 * Factor: 1.000 * Net %:    8.80 = Claim amt:   6820.00

                                                          **More...**

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103      6/07/13  09:28:38

FFIC 0482

Losses   Logging   Remarks   Disbursement   History   Hail exit

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK      DIRECT BILL
BRUHN FARMS JOINT VENTURE                TERRY NIELSEN AGENCY
14535 WALNUT AVE                         205 MAIN
MAPLETON,IA 51034                        PO BOX 87
Ph(s):  (712)882-2735                    IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                      Ph(s): (712)364-2431

                                  Created by: HAASE01
Losses   Claim #:   219247 00
S  Line     Cty Location  Crop  Form Desc      Peril      Acres          IPA Agrd %
12 44.0     193 086N 042W SBEAN BASIC          HA         75.00       500.00    2.30
   Liab:      37500 * Factor: 1.000 * Net %:          = Claim amt:

12 45.0     193 086N 044W SBEAN BASIC          HA         40.00       500.00
   Liab:      20000 * Factor: 1.000 * Net %:          = Claim amt:

                                                                    **More...**

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103      6/07/13  09:28:38

FFIC 0483

Losses   Logging   Remarks   Disbursement   History   Hail exit

```
Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
14535 WALNUT AVE                      205 MAIN
MAPLETON,IA 51034                     PO BOX 87
Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431
```

```
                                    Created by: HAASE01
Losses  Claim #:   219247 00
S  Line     Cty Location  Crop  Form Desc     Peril       Acres           IPA Agrd %
12 46.0     193 086N 043W SBEAN BASIC         HA          120.00     500.00
   Liab:      60000 * Factor: 1.000 * Net %:        = Claim amt:

12 47.0     193 086N 043W SBEAN BASIC         HA           80.00     500.00
   Liab:      40000 * Factor: 1.000 * Net %:        = Claim amt:
```

More...

**RURAL COMMUNITY INSURANCE SERVICES**          CHR103      6/07/13   09:28:38

FFIC 0484

Losses   Logging   Remarks   Disbursement   History   Hail exit

Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
14535 WALNUT AVE                      205 MAIN
MAPLETON,IA 51034                     PO BOX 87
Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431

                                    Created by: HAASE01
Losses  Claim #:   219247 00
S  Line      Cty Location  Crop  Form Desc      Peril      Acres        IPA Agrd %
12 48.0      193 087N 043W SBEAN BASIC          HA         40.00     500.00
   Liab:     20000 * Factor: 1.000 * Net %:           = Claim amt:

12 49.0      193 086N 043W SBEAN BASIC          HA         130.00    500.00
   Liab:     65000 * Factor: 1.000 * Net %:           = Claim amt:

                                                              **More...**

**RURAL COMMUNITY INSURANCE SERVICES**        CHR103      6/07/13  09:28:38

FFIC 0485

Losses   Logging   Remarks   Disbursement   History   Hail exit

```
Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s):  (712)364-2431
```

                                  Created by: HAASE01
```
Losses   Claim #:   219247 00
S  Line   Cty Location  Crop  Form Desc      Peril      Acres        IPA Agrd %
12 50.0   193 086N 043W SBEAN BASIC           HA        110.00     500.00
   Liab:    55000 * Factor: 1.000 * Net %:        = Claim amt:

12 51.0   193 086N 043W SBEAN BASIC           HA        625.00     500.00
   Liab:   312500 * Factor: 1.000 * Net %:        = Claim amt:
```

                                                            **More...**

RURAL COMMUNITY INSURANCE SERVICES             CHR103     6/07/13  09:28:38

FFIC 0486

```
Yr: 2012 Policy: 14-090-120853           Agency: 141252-01-ANOK    DIRECT BILL
BRUIN FARMS JOINT VENTURE                TERRY NIELSEN AGENCY
14535 WALNUT AVE                         205 MAIN
MAPLETON,IA 51034                        PO BOX 87
Ph(s):  (712)882-2735                    IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                      Ph(s): (712)364-2431


                                    Created by: HAASE01
Losses  Claim #:    219247 00
S  Line    Cty Location  Crop  Form Desc      Peril      Acres        IPA Agrd %
12 52.0    193 086N 043W SBEAN BASIC          HA         230.00    500.00
   Liab:    115000 * Factor: 1.000 * Net %:        = Claim amt:

12 53.0    193 086N 043W SBEAN BASIC          HA         160.00    500.00
   Liab:     80000 * Factor: 1.000 * Net %:        = Claim amt:

                                                                  More...

RURAL COMMUNITY INSURANCE SERVICES              CHR103     6/07/13  09:28:38
```

FFIC 0487

```
Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK    DIRECT BILL
BRUHN FARMS JOINT VENTURE               TERRY NIELSEN AGENCY
14535 WALNUT AVE                        205 MAIN
MAPLETON,IA 51034                       PO BOX 87
Ph(s):  (712)882-2735                   IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                     Ph(s): (712)364-2431
```

Created by: HAASE01

Losses  Claim #:   219247 00

| S | Line | Cty | Location | Crop | Form | Desc | Peril | Acres | IPA | Agrd % |
|---|------|-----|----------|------|------|------|-------|-------|-----|--------|
| 12 | 54.0 | 193 | 086N 043W | SBEAN | BASIC | | HA | 72.00 | 500.00 | 2.10 |
| | Liab: | | 36000 * Factor: 1.000 * Net %: | | | | 2.10 = Claim amt: | | 756.00 | |
| 12 | 55.0 | 193 | 086N 042W | SBEAN | BASIC | | HA | 26.00 | 500.00 | |
| | Liab: | | 13000 * Factor: 1.000 * Net %: | | | | = Claim amt: | | | |

Bottom

RURAL COMMUNITY INSURANCE SERVICES          CHR103     6/07/13  09:28:38

FFIC 0488