**From:** Burkhart, Larry (RCIS)
**Sent:** Thursday, December 20, 2012 9:28 AM
**To:** Poverud, Rick D (RCIS)
**Subject:** Al Bruhn

This gives the policy information......total premium is almost ¼ M

FFIC 0495



```
Detail  Appl  ACS  Billing  Logging/Losses  Comm

Yr: 2012 Policy: 14-090-120853         Agency
BRUHN FARMS JOINT VENTURE              TERRY NIELSEN
14535 WALNUT AVE                       205 MAIN
MAPLETON, IA 51034                     PO BOX 37
Ph(s): (712)882-2735                   IDA GROVE, IA
Tax ID: XX-XXX9925                     Ph(s): (712)

                                       Created by:
Application
Crop           Acres      Liability    Gross Prem
TOTAL         11898.70    5924350.00   259567
CORN           3464.70    1732350.00    41908
RYE             300.00     225000.00     5730
SBEAN          7934.00    3967000.00   203919


RURAL COMMUNITY INSURANCE SERVICES
```

FFIC 0496

# RURAL COMMUNITY INSURANCE COMPANY
## RCIS℠

2012 PROOF OF LOSS
FIREMAN'S FUND INSURANCE

Date: 4/30/2013 9:51:46AM
Page 1 of 2


EXHIBIT 38
Griene 9-28-16 KEH

| POLICY NO. | CLAIM | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| IA-090-120863 | 216639-00 | None |

**INSURED:**
BRUHN FARMS JOINT VENTURE
14535 WALNUT AVE
MAPLETON, IA 51034
(712) 882-2735

**DATE OF LOSS:** 08/16/2012

Loss # 4

**AGENT:**
141252
TERRY NIELSEN AGENCY
205 MAIN
PO BOX 87
IDA GROVE, IA 51445-0087
(712) 364-2431

| LINE ITEM | COUNTY | QTR. BLOCK | SEC. NO. | TWP. OR DIST. | RANGE | OPT. PROV. | CROP | PERIL | NO. ACRES | LIMIT PER ACRE | AGREED % OF LOSS | PREV. LOSS OR DED | FACTOR OR CUV. | NET LOSS | AMOUNT OF INS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | 133 | | 25 | 084N | 043W | BASIC | RYE | HAIL | 300 | 500 | 0 | | | | |
| 1.1 | 133 | | 25 | 084N | 043W | BASIC | RYE | HAIL | 300 | 250 | 0 | | | | |
| 2.0 | 133 | | 25 | 085N | 042W | BASIC | CORN | HAIL | 8 | 500 | 0 | | | | |
| 3.0 | 133 | | 16 | 085N | 042W | BASIC | CORN | HAIL | 235 | 500 | 0 | | | | |
| 4.0 | 133 | | 10 | 085N | 043W | BASIC | CORN | HAIL | 150 | 500 | 0 | | | | |
| 5.0 | 133 | | 10 | 085N | 043W | BASIC | CORN | HAIL | 60 | 500 | 0 | | | | |
| 6.0 | 133 | | 1 | 084N | 043W | BASIC | CORN | HAIL | 156 | 500 | 0 | | | | |
| 7.0 | 133 | | 21 | 085N | 042W | BASIC | CORN | HAIL | 154 | 500 | 0 | | | | |
| 8.0 | 133 | | 2 | 085N | 043W | BASIC | CORN | HAIL | 150 | 500 | 0 | | | | |
| 9.0 | 133 | | 9 | 085N | 043W | BASIC | CORN | HAIL | 120 | 500 | 0 | | | | |
| 10.0 | 133 | | 16 | 085N | 043W | BASIC | CORN | HAIL | 155 | 500 | 0 | | | | |
| 11.0 | 133 | | 23 | 084N | 043W | BASIC | CORN | HAIL | 655 | 500 | 8.9 | | | | |
| 12.0 | 133 | | 23 | 085N | 042W | BASIC | CORN | HAIL | 20 | 500 | 0 | | | | |
| 13.0 | 133 | | 23 | 085N | 042W | BASIC | CORN | HAIL | 130 | 500 | 0 | | | | |
| 14.0 | 133 | | 23 | 085N | 043W | BASIC | CORN | HAIL | 315 | 500 | 0 | | | | |
| 15.0 | 133 | | 3 | 085N | 043W | BASIC | CORN | HAIL | 155 | 500 | 0 | | | | |
| 16.0 | 133 | | 6 | 084N | 043W | BASIC | CORN | HAIL | 123.5 | 500 | 0 | | | | |
| 17.0 | 133 | | 8 | 082N | 042W | BASIC | CORN | HAIL | 72 | 500 | 0 | | | | |
| 18.0 | 133 | sw33-08 | 4 | 085N | 044W | BASIC | CORN | HAIL | 210 | 500 | 0 | | | | |
| 19.0 | 047 | | 28 | 085N | 041W | BASIC | CORN | HAIL | 155 | 500 | 0 | | | | |
| 20.0 | 193 | | 20 | 086N | 043W | BASIC | CORN | HAIL | 200 | 500 | 0 | | | | |
| 21.0 | 193 | | 20 | 086N | 043W | BASIC | CORN | HAIL | 100 | 500 | 0 | | | | |
| 22.0 | 193 | | 4 | 087N | 045W | BASIC | CORN | HAIL | 140 | 500 | 0 | | | | |
| 23.0 | 193 | | 4 | 087N | 045W | BASIC | CORN | HAIL | 1.2 | 500 | 0 | | | | |
| 24.0 | 133 | | 25 | 085N | 042W | BASIC | SBEAN | HAIL | 142 | 500 | 0 | | | | |
| 25.0 | 133 | | 6 | 083N | 042W | BASIC | SBEAN | HAIL | 260 | 500 | 0 | | | | |
| 26.0 | 133 | | 31 | 085N | 042W | BASIC | SBEAN | HAIL | 475 | 500 | 0 | | | | |
| 27.0 | 133 | | 31 | 085N | 042W | BASIC | SBEAN | HAIL | 69 | 500 | 0 | | | | |
| 28.0 | 133 | | 32 | 084N | 042W | BASIC | SBEAN | HAIL | 620 | 500 | 0 | | | | |
| 29.0 | 133 | | 8 | 084N | 042W | BASIC | SBEAN | HAIL | 230 | 500 | 0 | | | | |
| 30.0 | 133 | | 9 | 084N | 042W | BASIC | SBEAN | HAIL | 150.3 | 500 | 0 | | | | |
| 31.0 | 133 | | 1 | 084N | 043W | BASIC | SBEAN | HAIL | 101 | 500 | 0 | | | | |
| 32.0 | 133 | | 1 | 084N | 043W | BASIC | SBEAN | HAIL | 255 | 500 | 0 | | | | |
| 33.0 | 133 | | 6 | 084N | 043W | BASIC | SBEAN | HAIL | 20 | 500 | 0 | | | | |
| 34.0 | 133 | 35-085n | 2 | 084N | 043W | BASIC | SBEAN | HAIL | 70 | 500 | 0 | | | | |
| 35.0 | 133 | | 9 | 085N | 043W | BASIC | SBEAN | HAIL | 110 | 500 | 0 | | | | |
| 36.0 | 133 | 31,32,33 | 4 | 085N | 043W | BASIC | SBEAN | HAIL | 1276.5 | 500 | 0 | | | | |
| 37.0 | 133 | | 5 | 084N | 042W | BASIC | SBEAN | HAIL | 290 | 500 | 0 | | | | |
| 38.0 | 133 | | 7 | 085N | 043W | BASIC | SBEAN | HAIL | 230 | 500 | 0 | | | | |

FFIC 0304



RURAL COMMUNITY INSURANCE COMPANY | 2012 PROOF OF LOSS | Date: 4/30/2013 9:51:46AM
FIREMAN'S FUND INSURANCE | Page 2 of 2

| POLICY NO. | CLAIM | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| IA-090-120853 | 216639-00 | None |

| INSURED | | AGENT |
|---|---|---|
| BRUHN FARMS JOINT VENTURE | Loss # 4 | TERRY NIELSEN AGENCY |

| LINE ITEM | LOCATION | | | | | OPT. PROV. | CROP | PERIL | NO. ACRES | LIMIT PER ACRE | AGREED % OF LOSS | PREV. LOSS OR DED. | FACTOR OR CLA. | NET % LOSS | AMOUNT OF INS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COUNTY | QTR. BLOCK | SEC. NO. | TWP. OR DIST. | RANGE | | | | | | | | | | |
| 39.0 | 133 | | 23 | 084N | 043W | BASIC | SBEAN | HAIL | 1120 | 500 | 9.3 | | | | |
| 40.0 | 133 | | 2 | 083N | 043W | BASIC | SBEAN | HAIL | 152.2 | 500 | 0 | | | | |
| 41.0 | 133 | | 14 | 083N | 043W | BASIC | SBEAN | HAIL | 120 | 500 | 0 | | | | |
| 42.0 | 133 | | 27 | 085N | 044W | BASIC | SBEAN | HAIL | 380 | 500 | 0 | | | | |
| 43.0 | 047 | | 7 | 085N | 041W | BASIC | SBEAN | HAIL | 155 | 500 | 0 | | | | |
| 44.0 | 193 | | 30 | 086N | 042W | BASIC | SBEAN | HAIL | 75 | 500 | 0 | | | | |
| 45.0 | 193 | | 13 | 086N | 044W | BASIC | SBEAN | HAIL | 40 | 500 | 0 | | | | |
| 46.0 | 193 | | 18 | 086N | 043W | BASIC | SBEAN | HAIL | 120 | 500 | 0 | | | | |
| 47.0 | 193 | | 19 | 086N | 043W | BASIC | SBEAN | HAIL | 80 | 500 | 0 | | | | |
| 48.0 | 193 | | 18 | 087N | 043W | BASIC | SBEAN | HAIL | 40 | 500 | 0 | | | | |
| 49.0 | 193 | | 32 | 086N | 043W | BASIC | SBEAN | HAIL | 130 | 500 | 0 | | | | |
| 50.0 | 193 | | 34 | 086N | 043W | BASIC | SBEAN | HAIL | 110 | 500 | 0 | | | | |
| 51.0 | 193 | | 20 | 086N | 043W | BASIC | SBEAN | HAIL | 625 | 500 | 0 | | | | |
| 52.0 | 193 | | 21 | 086N | 043W | BASIC | SBEAN | HAIL | 230 | 500 | 0 | | | | |
| 53.0 | 193 | | 28 | 086N | 043W | BASIC | SBEAN | HAIL | 160 | 500 | 0 | | | | |
| 54.0 | 193 | | 25 | 086N | 043W | BASIC | SBEAN | HAIL | 72 | 500 | 0 | | | | |
| 55.0 | 193 | | 5 | 086N | 042W | BASIC | SBEAN | HAIL | 26 | 500 | 0 | | | | |

**Fraud Warning:**

ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

Is there any other like insurance on these crops?  [ ] Yes  [X] No

If "Yes": Name of Insurance Company _____  $ _____

"I agree that the Agreed % of Loss indicated above shall be the basis for calculating the full payment due, subject to all policy provisions, for all losses sustained to date. I declare that the facts stated herein are true, and I agree that this Proof of Loss shall be binding on both parties, subject to audit of the supporting papers and approval by the Company."

| SIGNATURE OF INSURED | DATE | | |
|---|---|---|---|
| X _____ | 10/01/2012 | | FFIC 0305 |

| SIGNATURE OF ADJUSTER | CODE NO. | DATE | HOUR |
|---|---|---|---|
| [signature] | 015124 | 10/01/2012 | 12:24 PM |

| SIGNATURE OF ADJUSTER #2 | CODE NO. | DATE | HOUR |
|---|---|---|---|
| [signature] | | 10/01/2012 | 12:25 PM |



# RURAL COMMUNITY INSURANCE COMPANY
# RCIS℠

**Fact Sheet**

| Claim No. | Insured's Name | Policy No. | Date Of Loss |
|---|---|---|---|
| 216639-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/16/2012 |

## Comments:

Visually inspected and adjusted corn fields as follows. Found no damage reaching a payable level in the following lines on policy IA-090-120853
Line 2,3,4,5,7,9,10,14,15,
Line 11 had payable loss brought forward from claim #214489.

Visually inspected and adjusted soybean fields as follows. Found no damage reaching payable levels in the following lines on policy IA-090-120853.
Lines 26,27,35,38,
Line 39 had payable loss.

FFIC 0306

| SIGNATURE OF ADJUSTER | CODE NO. | DATE | HOUR |
|---|---|---|---|
|  | 015124 | 04/30/2013 | 09:51:22 |

Case 5:13-cv-04106-CJW   Document 149-2   Filed 03/13/17   Page 5 of 15
Case No. 13-CV-4106 CJW



Claim 216639-00 Notes

This claim is being sent up in order for it to be re-asigned to another adjuster in the area. Larry Greimme is going to make the assignment. I was given the claim only to have a computer to work it on. The primary adjuster, Mike Gamber, had a glitch in his Quest Hail program that would not allow defoliation to be entered on a soybean hail loss. There has been another loss since the loss Mike and I worked, therefore there is a needd to now get both losses addressed. The agent is aware of the process this claim is takiing for re-assignment

Claim 216639-00 Notes

FFIC 0307

# RCIS — RURAL COMMUNITY INSURANCE COMPANY

## Corn Survey Sheet

| Claim No. | Insured's Name | | | Policy No. | Date Of Loss |
|---|---|---|---|---|---|
| 216639-00 | BRUHN FARMS JOINT VENTURE | | | 1A-090-120653 | 08/16/2012 |

| Line No. | Crop | Farm | Unit | Add'l Land | Sec | Twp-Rng | Acres | Stage Mod | Hod | Dater |
|---|---|---|---|---|---|---|---|---|---|---|
| 11.0 | CORN | BASIC | 133 | | 23 | 084N-043W | 655 | | | |

| | | Green Snap | | | Plants Destroyed % | | Plants Indv Eval % | | Ear Damage % | | Total Olnsd | % Crop Remain | % Leaf Area Dstry | Gross Leaf Loss | Net Leaf Loss | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test | DOL | Stage of Growth | Actual Green Snap Loss | Grig # Pints Per 1/100 Acre | # Pt Total Dstry Per 1/100 Acre | Brian Std # Plnts Per 1/100 Acre | | | | | | | | | | |
| | | | A | B | C | D Gross | D Net | E Gross | E Net | F Gross | F Net | G (D+E+F) | H (100-G) | I | J | K (I×J) | L (G+K) |
| 1 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 35 | 8 | 8 | 8 |
| 2 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 30 | 6 | 6 | 6 |
| 3 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 45 | 12 | 12 | 12 |
| 4 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 40 | 10 | 10 | 10 |
| 5 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 35 | 8 | 8 | 8 |
| 6 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 40 | 10 | 10 | 10 |
| 7 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 35 | 8 | 8 | 8 |
| 8 | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 40 | 10 | 10 | 10 |
| B | LM | LD | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 35 | 8 | 8 | 8.9 |

Crop Conditions: Good　X Fair　　Poor

| Green Snap Total | | Hail Total | |
|---|---|---|---|
| Number of Tests | | Number of Tests | 9 |
| Green Snap Loss | | Hail Loss | 50 |

Remarks: Brought loss forward from Claim #214489.

FFIC 0308



FFIC 0309

# RURAL COMMUNITY INSURANCE COMPANY — RCIS

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 216639-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/16/2012 |

| Line No. | Crop | Farm | Cnty | Addn Land | Sec | Twp-Rng | Acres | Indst. Variety | Variety | Row Width | Dater | Hale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39.0 | SBEAN | BASIC | 133 | | 23 | D84N-043W | 1120 | X | | 15 | | |

| Test | DOL | DCA | Stage of Growth | Field Note | A Orig # Plants Per Acre V-Stage (1000) | B Plants Remaining Per Acre V-Stage (1000) | C % Loss from Stand Reduc V-Stage | D1 R-Stage Plants Destroy Tot/a | Plants to be Rescored | D2 Rescored Plants Factor Rate | Factored Plants % Loss | E Gross | R-Stage Pod Loss Net | F Total Direct Damage (C+D+E) | G Percent Crop Remain'g (100-F) | H Gross | Plant Damage From Field Notes Net (NxG) | I Actual Hail Loss % (F÷) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R3.5 | R5 | | X | 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2 | 7.6 | 7.6 |
| 2 | R3.5 | R5 | | X | 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.9 | 11 | 11 |
| 3 | R3.5 | R5 | | X | 160 | 160 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.5 | 13 | 13 |
| 4 | R3.5 | R5 | | X | 167.5 | 167.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 3 | 11.2 | 11.2 |
| 5 | R3.5 | R5 | | X | 160 | 160 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.8 | 9.4 | 9.4 |
| 6 | R3.5 | R5 | | X | 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.4 | 8 | 8 |
| 7 | R3.5 | R5 | | X | 175 | 175 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 3 | 13.2 | 13.2 |
| 8 | R3.5 | R5 | | X | 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.4 | 7 | 7 |
| 9 | R3.5 | R5 | | X | 170 | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.6 | 7.5 | 7.5 |
| 10 | R3.5 | R5 | | X | 175 | 175 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.6 | 9.6 | 9.6 |
| 11 | R3.5 | R5 | | X | 175 | 175 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.6 | 9.5 | 9.5 |
| 12 | R3.5 | R5 | | X | 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.8 | 10.3 | 10.3 |
| 13 | R3.5 | R5 | | X | 177.5 | 177.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.6 | 7.6 | 7.6 |
| 14 | R3.5 | R5 | | X | 175 | 175 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.6 | 7.6 | 7.6 |
| 15 | R3.5 | R5 | | X | 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 2.4 | 5.4 | 5.4 |

| | Total | No. Tests | % of Loss |
|---|---|---|---|
| | 138.8 | 15 | 9.3 |

Crop Conditions: X Good  Fair  Poor

Remarks:

FFIC 0310

RURAL COMMUNITY INSURANCE COMPANY SM

RCIS

Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 216639-30 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/16/2012 |

Field Notes for Crop Line #39.0

### Test #1

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 1 | 260 | 15 | 180 | 180 |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | 5 | 15 | 10 | 5 | 5 | 10 | 5 | 10 | 20 | 15 | | | | | | | | | | | 10.5 | Avg Defol. | 2 |

### Test #2

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 2 | 260 | 15 | 67 | 61 |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | 25 | 20 | 15 | 10 | 20 | 20 | 15 | 20 | 10 | 15 | | | | | | | | | | | 170 | Avg Defol. | 9 |
| | | | | | | | | | | | | | | | | | | | | | Total | | 2.8 |

### Test #3

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 3 | 260 | 15 | 45 | 45 |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | 20 | 25 | 15 | 10 | 25 | 15 | 15 | 20 | 20 | 15 | | | | | | | | | | | 180 | Avg Defol. | 9 |
| | | | | | | | | | | | | | | | | | | | | | Total | | 2.8 |

4/30/2013 9:51:47AM  Page 2 of 7

FFIC 0311

Trial Ex. 11
Case 5:13-cv-04106-CJW Document 149-2 Filed 03/13/17 Page 10 of 15
Page 008
Case No. 13-CV-4106 CJW

# RCIS - RURAL COMMUNITY INSURANCE COMPANY

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 21-6638-00 | BRUHN FARMS JOINT VENTURE | IA-090-120833 | 03/15/2012 |

### Test # 4

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 256 | 15 | Original | Remaining |
| | | 48 | 48 |

| | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | R. Stages % Defol. | 20 | 15 | 20 | 15 | 15 | 25 | 20 | 15 | 25 | 20 | | | | | | | | | | | 190 | 10 | 3 |

### Test # 5

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 260 | 15 | Original | Remaining |
| | | 45 | 45 |

| | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | R. Stages % Defol. | 10 | 15 | 20 | 20 | 15 | 20 | 15 | 20 | 25 | 15 | | | | | | | | | | | 180 | 9 | 2.8 |

### Test # 6

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 260 | 15 | Original | Remaining |
| | | 53 | 53 |

| | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | R. Stages % Defol. | 15 | 20 | 10 | 15 | 20 | 15 | 10 | 22 | 5 | 15 | | | | | | | | | | | 147 | 7 | 2.4 |

### Test # 7

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 260 | 15 | Original | Remaining |
| | | 50 | 50 |

FFIC 0312

Trial Ex. 11
Case 5:13-cv-04106-CJW   Document 140-2   Filed 03/13/17   Page 11 of 15
Page 009
Case No. 13-CV-4106 CJW

# RCIS — RURAL COMMUNITY INSURANCE COMPANY
## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 216839-00 | BRUHN FARMS JOINT VENTURE | IA-090-120353 | 08/16/2012 |

### Test #8

| Bruise | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R. Stages % Defol. | 25 | 20 | 15 | 15 | 20 | 25 | 15 | 10 | 20 | 25 | | | | | | | | | | | 190 | Avg Defol. 10 | 3 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 8 | 260 | 15 | 55 | 55 |

### Test #9

| Bruise | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R. Stages % Defol. | 10 | 15 | 10 | 15 | 15 | 20 | 15 | 10 | 15 | 20 | 15 | | | | | | | | | | 145 | Avg Defol. 7 | 2.4 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 9 | 260 | 15 | 49 | 49 |

### Test #10

| Bruise | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R. Stages % Defol. | 10 | 15 | 15 | 20 | 15 | 10 | 15 | 15 | 20 | 25 | | | | | | | | | | | 155 | Avg Defol. 8 | 2.6 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 10 | 260 | 15 | 50 | 50 |

FFIC 0313

# Soybeans Survey Sheet

**RURAL COMMUNITY INSURANCE COMPANY RCIS**

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 216035-00 | BRUHN FARMS JOINT VENTURE | IA-090-120953 | 08/16/2012 |

### Test # 11

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 260 | 15 | Original | Remaining |
| | | 50 | 50 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | 15 | 15 | 20 | 19 | 15 | 10 | 15 | 10 | 15 | 20 | | | | | | | | | | | 154 | Avg Defol. | |
| | | | | | | | | | | | | | | | | | | | | | | 8 | 2.6 |
| Total | | | | | | | | | | | | | | | | | | | | | | | 2.6 |

### Test # 12

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 260 | 15 | Original | Remaining |
| | | 55 | 55 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | 15 | 20 | 25 | 20 | 15 | 10 | 25 | 20 | 15 | 20 | | | | | | | | | | | 185 | Avg Defol. | |
| | | | | | | | | | | | | | | | | | | | | | | 9 | 2.8 |
| Total | | | | | | | | | | | | | | | | | | | | | | | 2.8 |

### Test # 13

| Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|
| 260 | 15 | Original | Remaining |
| | | 51 | 51 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | 20 | 15 | 15 | 20 | 10 | 10 | 15 | 20 | 10 | 15 | 10 | | | | | | | | | | 150 | Avg Defol. | |
| | | | | | | | | | | | | | | | | | | | | | | 8 | 2.8 |
| Total | | | | | | | | | | | | | | | | | | | | | | | 2.8 |

4/20/2013 9:51:47AM
Page 5 of 7
FFIC 0314
Trial Ex. 11
Case 5:13-cv-04106-CJW Document 149-2 Filed 03/13/17 Page 13 of 15
Page 611
Case No. 13-CV-4106 CJW

# RCIS — RURAL COMMUNITY INSURANCE COMPANY

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 216639-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/16/2012 |

### Test #13

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 13 | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 150 | 0 | |
| R.Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. 0 | 2.5 / 2.5 |

### Test #14

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 14 | 260 | 15 | 60 | 50 |

| Bruise | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | 150 | 0 | |
| R.Stages % Defol. | 15 | 20 | 10 | 15 | 15 | 20 | 10 | 15 | 10 | 20 | | Avg Defol. 0 | 8 / 2.5 2.5 |

### Test #15

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 15 | 260 | 15 | 53 | 53 |

| Bruise | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| Nodes Cut Off/Broken | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 140 | 0 | |
| R.Stages % Defol. | 10 | 10 | 15 | 15 | 10 | 15 | 20 | 10 | 20 | 15 | Total | Avg Defol. 0 | 7 / 2.4 2.4 |

FFIC 0315

# Soybeans Survey Sheet

**RURAL COMMUNITY INSURANCE COMPANY — RCIS**

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 216629-C0 | BRUHN FARMS JOINT VENTURE | IA-D90-120853 | 05/18/2012 |

| Line # | Crop | County | Twnshp/Rng | Section |
|---|---|---|---|---|
| 39.0000 | SBEAN | 133 | 084N-043W | 23 |



FFIC 0316