# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

### Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 2190247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 4 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Damaged | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| Total | Avg Defol | Avg Defol |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |

FFIC 0342

# RURAL COMMUNITY INSURANCE COMPANY

RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Closed |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-080-1203803 | 06/11/2012 |

| Line No | Crop | Stage of Growth | Field Note | Form | Cty | Mgmt Land | Sec | Tws-Rng | Acres | Variety | Row Width | Delay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30.0 | SSBEAN | BASIC | | A | 133 | | 8 | 084N-042W | 1503.9 | | 15 | |

| Test | Line No | Crop | Field Note | Crop # Stated Per Acre Volume (1000) | Maria Remaining Per Acre Volume (10000) | % Loss from Stand Reduce v Stage | R-Stage Plants Disatory Tests | Plants to be Restored | Factor Rate | Restored Plants % Loss | R-Stage Pod Loss | Total Direct Damage (C-D-E) | Percent Crop Remaining (1-D/F) | Gross | Net | Annual Hail Loss % (F-H) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.0 | 6.0 | 83.2 | 0 | 0 | 6.0 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5.0 | 5.0 | 87.1 | 0 | 0 | 5.0 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.0 | 6.0 | 83.1 | 0 | 0 | 6.0 |
| 4 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 4 | 99.0 | 0 | 0 | 4 |

Remarks: light shatter, worked off strips.

Disc continuations: ☒ Skip ☐ Fill ☐ Prior

| | No. Fields | | % at Loss | | Total |
|---|---|---|---|---|---|
| | 2.8 | | 0.0 | | 6.0 |

FFIC 0343

4/30/2013   9:47:27 AM

Page 7 of 84

# RCIS — RURAL COMMUNITY INSURANCE COMPANY ℠

## Soybeans Survey Sheet

Claim Number: 21924700
Insured's Name: BRUHN FARMS JOINT VENTURE
Policy Number: IA-020-120553
Date Of Loss: 09/11/2012

Field Notes for Crop Line #30.0

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 16 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| B Use | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 16 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| B Use | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|
| 3 | 0 | 15 | 0 | 0 | 0 | 0 | 0 |
| B Use | | | | | | | |
| Plant # | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | |
| R Stages % Defol | | | | Total: 0 | | Avg Defol. 0 | 0 |

| | Total | Avg Defol. | % Loss |
|---|---|---|---|
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |

FFIC 0344

4/30/2015   9:47:27 AM

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21924T-00 | BRJHN FARMS JOINT VENTURE | IA-290-120680 | 09/11/2012 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | Total | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Dev'L | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | Total | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Dev'L | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FFIC 0345

4/26/2013   9:47:27AM

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 4 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS (SM)

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 2182247-00 | BRUHN FARMS JOINT VENTURE | IA-0501-120862 | 09/11/2012 |

| Unit No. | Crop | Farm | Crg | Asset Land | Sec | Twp-Rng | Acres | Initial Variety | Variety | Row Width | Color | Hail | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31.0 | SBEAN | BASIC | A | 430 | C | 01 | 1 DS4N/043W | 101 | X | | | 15 | | | |

| Test | DOL | SDA | Field Note | Crop N Status Per Acre V-Stage (12000) | Plants Remaining Per Acre V-Stage (11000) | % Loss from Plant Reduction V-Stage | R-Stage Plant Destroy Trans | Plants at the Earliest | Fraction Ripe | Factored Plants % Loss | R-Stage + Pod Loss | Net | Total 20(#d) Damage | Percent Crop Remaining (100-H) | Gross | Net | Adjust Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R7 | R9 | Field Note | O | O | O | O | O | O | O | 1.4 | O | 1.4 | 98.0 | O | O | 1.4 |
| 2 | R7 | R9 | X | O | O | O | O | O | O | O | 1.8 | O | 4.8 | 95.4 | O | O | 4.5 |
| 1 | DOL | SDA | X | O | O | O | O | O | O | O | Grass 1.8 | O | R-Stage + Pod 1.5 | (100-H) 98.2 | Gross O | Net O | 1.6 |
| | Stage of Growth | | | | | | | | | | | | | | | | |

| | X | Good | Fair | Poor | | | | No. Tests | Total | % of 350 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2.6 | 7.8 |
| | | | | | | | | | 3 | 3 |

Remarks:

Crop Condition:

4/30/2013  9:47:27AM

Page 210 of 64

FFIC 0346

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

## Soybeans Survey Sheet

| Claim Number | Insured Name | Policy Number | Date of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | 1A-090-120663 | 08/11/2012 |

Field Notes for Crop Line #31.0

### No. Plants Per 10' Row

| Test # | Total Nodes | Row Width | Original | Remaining |
|---|---|---|---|---|
| 1 | 0 | 16 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plants | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | % Loss 0 |

### No. Plants Per 10' Row

| Test # | Total Nodes | Row Width | Original | Remaining |
|---|---|---|---|---|
| 2 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plants | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | % Loss 0 |

### No. Plants Per 10' Row

| Test # | Total Nodes | Row Width | Original | Remaining |
|---|---|---|---|---|
| 3 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plants | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | % Loss 0 |

FFIC 0347

**RURAL COMMUNITY INSURANCE COMPANY**
**RCIS** SM

# Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Closed |
|---|---|---|---|
| 21924T-00 | BRUHN FARMS JOINT VENTURE | 14-090-120663 | 09/11/2012 |

| Line No. | Crop | | Farm | Unit | Sec | Twp-Rng | Acres | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32.0 | BEAN | BASIC | 133 | | | 084N-343W | 255 | | | | | | | | | | |

| Line No. | Crop | | Stage or Growth | DOA | Plant Note | Crop Plants Per Acre Voltage (1000) | Farms Remain'g Per Acre Acreage (1000) | % Loss From Stand Reseed V-Stage | R-Stage Plants Devstoy Total | Plants to be Restored | Restored Plants | Restored Plants % | R-Stage Pod Loss | | Total Direct Damage | Harvest Crop Remain'g | Gross | | Actual Hall Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A | B | C | D | | D2 | | Gross | Net | (C+E+D) | (100÷) | | Net | (E÷) |
| 1 Test | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.4 | 0 | 2.4 | 97.8 | 0 | 0 | 2.4 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10.2 | 0 | 10.2 | 89.8 | 0 | 0 | 10.2 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.5 | 0 | 3.5 | 96.5 | 0 | 0 | 3.5 |
| 4 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5.3 | 0 | 5.3 | 94.7 | 0 | 0 | 5.3 |
| 5 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8 | 0 | 0.8 | 99.2 | 0 | 0 | 0.8 |
| 6 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9.2 | 0 | 9.2 | 90.5 | 0 | 0 | 9.2 |

Crop Conditions: ☒ Good ☐ Fair ☐ Poor

No. Tests: 6   Total: 31.4   % of Loss: 5.12

Remarks:

FFIC 0348

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 7 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21924?-00 | BRUHN FARMS JOINT VENTURE | 14-090-20650 | 09/11/2012 |

## Field Notes for Crop Line #32.0

| Test # 1 | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Pl Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | % Loss 0 |

| Test # 2 | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Pl Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | % Loss 0 |

| Test # 3 | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Pl Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | % Loss 0 |

FFIC 0349

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 8 of 25
Case No. 13-CV-4106 CJW

# RCIS — Rural Community Insurance Company ℠

## Soybeans Survey Sheet

4/20/2013 2:47:27 AM

| Date Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-2047-00 | BRUHN FARMS JOINT VENTURE | 1A-0801-62653 | 08/11/2012 |

### Section 4

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stage | | | | 15 | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Compensation | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | | Avg Defol. 0 | % Loss 0 |

### Section 5

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stage | | | | 15 | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Compensation | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | | Avg Defol. 0 | % Loss 0 |

### Section 6

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stage | | | 15 | | | | | | | | | | | | | | | | | | | | | | | | | 0 | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Compensation | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | | Avg Defol. 0 | % Loss 0 |

FFIC 0350

Page 24 of 54

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 9 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS™

# Soybeans Survey Sheet

Claim Number: 2192247-00
Insured's Name: BRUHN FARMS JOINT VENTURE
Policy Number: IA-060-120853
Date of Loss: 08-11-2012

| Line No. | Crop | Type | Plant | Plant'g | Appr. Line | Sec | Two-Rhg | Acres | Indet Vndtcp | Variety | Row Width | Deter | Hail | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34.0 | SBEAN | BASIC | | 193 | 25.086n0A | 2 | 094N043W | 70. | X | | 1.0 | | | | | | |

Stage of Growth / Plant'd Ncts / Only # Planted Per Acre V-Stage (1000) / Plants Remaining Per Acre V-Stage (1000) / % Loss from Stand Reduct V-Stage / R-Stage Plants Quality Point / Plants to be Removed / Remaining Plants % Loss

Factored Plants

| Tag | Acc | DCA | Plnt'd Ncts | A | B | C | D1 | D2 | X |
|---|---|---|---|---|---|---|---|---|---|
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | R7 | R9 | X | 0 | 0 | 0 | 0 | 0 | 0 |

R-Stage Plot Loss / Total Direct Damage / Percent Crop Remaining / Product Damage From Field Notes

| | Gross | Net | (C-D÷E) | (100÷F) | Gross | (H÷G) | (I÷J) |
|---|---|---|---|---|---|---|---|
| | 15.8 | 0 | 15.8 | 84.2 | 0 | 0 | 11.8 |
| | 1.1 | 0 | 1.1 | 98.9 | 0 | 0 | 1.1 |
| | 1.1 | 0 | 1.1 | 98.9 | 0 | 0 | 1.1 |
| | 11.8 | 0 | 11.8 | 88.2 | 0 | 0 | 11.8 |

Adj'd Hail Loss %

Total: No. Tests 47 / % of Loss 15.8

Crop Condition: Good / Fair X / Poor

Remarks:

FFIC 0351

# RURAL COMMUNITY INSURANCE COMPANY

**RCIS** ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | 1A-080-120853 | 09-11-2012 |

Field Notes for Crop Line #34.0

Test #

| Total Nodes | Row Width | No. Plants Per 10 Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 15 | Original | 0 | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| | | Remaining | 0 | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |

| | | | | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | 0 |
| Nodes Cut Off Broken | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Test #

| Total Nodes | Row Width | No. Plants Per 10 Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 15 | Original | 0 | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| | | Remaining | 0 | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |

| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off Broken | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Test #

| Total Nodes | Row Width | No. Plants Per 10 Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 15 | Original | 0 | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| | | Remaining | 0 | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |

| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off Broken | | | | | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FFIC 0352

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 4 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol./% of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

FFIC 0353

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 12 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| | |
|---|---|
| Claim Number: 219247-00 | Insured's Name: BRUHN FARMS JOINT VENTURE |
| Policy Number: IA-080-120853 | Date Of Loss: 08/11/2012 |

| Line No. | Crop | Stage of Growth | A Farm | B City | C Addtl Land | D1 Sect | Twp-Rng | D2 Acres | Total Variety | E Variety | F Row Width | G Dealer | H Hold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37.0 | SOYBEAN | BASIC | | 133 | | 5  084N-042W | | 290 | X | | 15 | | |

| Test | DOL | DCA | Field Note | Orig # Plants Per Acre V-Stage (100%) | Plants Remain'g Per Acre V-Stage (100%) | N. Lse From Stand Period V-Stage | R-Stage Determ Destroy Totals | Plants to be Factored | Factored Plants Rate | Factored Plants % Loss | R-Stage Pod Loss Gross | Net | Total Direct Damage (C+D+E) | Percent Crop Remaining (100-F) | Gross | Net (P=0) | Actual Hail Loss % (F=I) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 7 | 93 | 0 | 0 | 7 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9.2 | 0 | 9.2 | 90.8 | 0 | 0 | 9.2 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4.1 | 0 | 4.1 | 85.9 | 0 | 0 | 4.1 |
| 4 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2 | 0 | 1.2 | 98.8 | 0 | 0 | 1.2 |
| 5 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5.5 | 0 | 5.5 | 94.5 | 0 | 0 | 5.5 |
| 6 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.7 | 0 | 1.7 | 98.3 | 0 | 0 | 1.7 |
| 7 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.4 | 0 | 1.4 | 98.6 | 0 | 0 | 1.4 |
| 8 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9 | 0 | 0.9 | 99.2 | 0 | 0 | 0.8 |
| 9 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.5 | 0 | 1.5 | 98.4 | 0 | 0 | 1.6 |

Crop Conditions: Good ☐   Fair ☒ X   Poor ☐

Remarks: this was shatter loss worked off samples.

| | No. Tests | % of Loss | Total |
|---|---|---|---|
| | 9 | 32.5 | 3.6 |

FFIC 0354

Trial Ex. 12

Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 13 of 25

Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

RCIS ℠

Soybeans Survey Sheet

| Claim Number | Insured Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21Q247-00 | BRUHN FARMS JOINT VENTURE | JA-09C-120853 | 08/11/2012 |

## Field Notes for Crop Line #37.0

**Test # 1**

| | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | Total | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | % of Nodes | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | % Loss | 0 |

**Test # 2**

| | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | Total | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | % of Nodes | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | % Loss | 0 |

**Test # 3**

| | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | Total | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | % Loss | 0 |

FFIC 0355

# RCIS ℠ — RURAL COMMUNITY INSURANCE COMPANY

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 2-9247-00 | BRUHN FARMS JOINT VENTURE | IA-C90-1200653 | 09/11/2012 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Bruise | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | Total | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Bruise | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | Total | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Bruise | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | Total | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining |
|---|---|---|---|---|
| 7 | 0 | 15 | 0 | 0 |

FFIC 0356

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 140-5   Filed 03/13/17   Page 15 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

**RCIS** sm

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 2192247-00 | BRUHN FARMS JOINT VENTURE | IA-0901-23353 | 09/11/2012 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 9 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 8 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | 0 |

FFIC 0357

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 16 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

# Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 2192247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

| Line No. | Crop | Form | Only | Acct/ Land | Sec | Trgt-Ring | Acres | | Viability | Row Width | Color | Hold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D1 | | D2 | | E | | | |
| 35.0 | SBEAN | BASIC | 133 | | 7 | 0880-0430W | 230 | Inset/ Variety: X | | 16 | | |

### Stage of Growth

| | | Field Note | Corp # Plants Per Acre (x100) | Plants Remain'g Per Acre (x100) | % Loss From Stand Reduct. V-Stage | Re-Stage Plants Destroy Take | Plants to be Restored | Restor'd Plants Rate | Restored Plants % | R-Stage Pod Loss | | Total Direct Damages | Percent Crop Remaining | Gross | Net | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Restored Plants | | Grnter | Net | (C+D+E) | (100-F) | | (H×G) | (F-I) |

Restored Plants

Plant Damage From Plant Notes

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tall | DOL | DCA | – | | | | | | | Grnter | | | | | | | |
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 1 | 2.1 | 0 | 2.1 | 97.9 | 0 | 0 | 2.1 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 1 | 2.7 | 0 | 2.7 | 97.3 | 0 | 0 | 2.7 |
| 3 | R7 | R8 | X | | | | | | 1 | | 0 | | 99 | 0 | 0 | |

| | Total | | | |
|---|---|---|---|---|
| No. Tests | 5.8 / 3 | | | |
| % at Loss | 1.9 / 3 | | | |

Remarks: Right shatter loss. only 3 samples left in field.

Crop Conditions:   X  Good      Fair      Poor

FFIC 0358

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 17 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| | |
|---|---|
| Claim Number: 219247-00 | Policy Number: IA-090-120853 |
| Insured's Name: BRUHN FARMS JOINT VENTURE | Date of Loss: 06/11/2012 |

Field Notes for Crop Line #38.0

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

R Stages % Defol. | Total | 0 | % Loss 0

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | 0 | 16 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | |

Bruise

Plant # 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 | Total Avg Defol.
Nodes Cut Off/Broken

R Stages % Defol. | Total 0 | Avg Defol. 0 | % Loss 0

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | |

Bruise

Plant # 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 | Total Avg Defol.
Nodes Cut Off/Broken

R Stages % Defol. | Total 0 | Avg Defol. 0 | % Loss 0

4/30/2013 9:47:27AM

FFIC 0359

# RURAL COMMUNITY INSURANCE COMPANY
## RCIS℠

**Soybeans Survey Sheet**

| Insured's Name | Policy Number | Date Of Loss |
|---|---|---|
| BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

| Line No. | Crop | Form | Org# Plts Per Acre V=Stage (1000) | Plants Remaing Per Acre (1000) | Assnt Land | Sec | Twp-Rng | Acres | Index Variety |
|---|---|---|---|---|---|---|---|---|---|
| 35.0 | SBEAN | BASIC | A | 133 | C | 23 | 084N043W | 1120 | X |

| Test | DOL | Crop | DCA | Field Note | A | B | C | D1 | D2 | Factored Plants % Loss | R-Stage Pod Loss Gross | R-Stage Pod Loss Net | Total Direct Damage (C+D+E) | Percent Crop Remaing | Plant Damage Gross | Net (HKG) | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 2.5 | 0 | 2.5 | 97.5 | 0 | 84.4 | 86.9 |
| 2 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 4.4 | 0 | 4.4 | 95.6 | 0 | 8.3 | 10.7 |
| 3 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 7.2 | 0 | 7.2 | 92.8 | 0 | 6.1 | 13.3 |
| 4 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 4.1 | 0 | 4.1 | 95.9 | 0 | 6.3 | 10.4 |
| 5 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 16.9 | 0 | 18.9 | 83.1 | 0 | 5.5 | 22.4 |
| 6 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 3.9 | 0 | 3.9 | 96.1 | 0 | 6.3 | 10.2 |
| 7 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 20.7 | 0 | 20.7 | 79.3 | 0 | 5.2 | 25.9 |
| 8 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 61.1 | 0 | 61.1 | 38.9 | 0 | 2.6 | 83.7 |
| 9 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 42.4 | 0 | 42.4 | 57.6 | 0 | | 42.4 |
| 10 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 42.2 | 0 | 42.2 | 57.8 | 0 | | 42.2 |
| 11 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 21.6 | 0 | 21.6 | 78.4 | 0 | | 21.6 |
| 12 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 42.7 | 0 | 42.7 | 57.3 | 0 | | 42.7 |
| 13 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 19.7 | 0 | 16.7 | 80.3 | 0 | | 19.7 |
| 14 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 11.7 | 0 | 11.7 | 88.3 | 0 | | 11.7 |
| 15 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 28.9 | 0 | 28.9 | 71.1 | 0 | | 28.9 |
| 16 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 17.9 | 0 | 17.9 | 82.1 | 0 | | 17.9 |
| 17 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 97 | 0 | | 3 |
| 18 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 35.7 | 0 | 35.7 | 64.3 | 0 | | 35.7 |
| 19 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 40.8 | 0 | 40.5 | 59.2 | 0 | | 40.5 |
| 20 | R7 | | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 17.3 | 0 | 17.3 | 82.7 | 0 | | 17.3 |

Crop Condition:  ☐ Good  ☒ Fair  ☐ Poor

| Total | 547.4 |
|---|---|
| No. fields | 20 |
| % of Loss | 27.4 |

Remarks: these samples were left at harvest and counts were recorded.

Page 34 of 64

FFIC 0360

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 19 of 25
Case No. 13-CV-4106 CJW

# RCIS℠
## RURAL COMMUNITY INSURANCE COMPANY

# Soybeans Survey Sheet

| Client Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/1/2012 |

## Field Notes for Crop Line #39.0

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Out Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Out Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | 0 | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Out Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | Total 0 | 0 |

FFIC 0361

## RCIS℠ RURAL COMMUNITY INSURANCE COMPANY

### Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | 1A-090-120853 | 08/11/2012 |



| Test # | Total Nodes | Row Width | No. Plants Per 10' Row |
|---|---|---|---|
| 4 | 0 | 15 | Original 0 / Remaining 0 |

| R Stages % Defol. | | | |
|---|---|---|---|

| Nodes Cut Off/Broken | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | Avg Defol. 0 | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row |
|---|---|---|---|
| 5 | 0 | 15 | Original 0 / Remaining 0 |

| R Stages % Defol. | | | |
|---|---|---|---|

| Nodes Cut Off/Broken | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 0 | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | Avg Defol. 0 | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row |
|---|---|---|---|
| 6 | 0 | 15 | Original 0 / Remaining 0 |

| R Stages % Defol. | | | |
|---|---|---|---|

| Nodes Cut Off/Broken | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 0 | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | Avg Defol. 0 | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row |
|---|---|---|---|
| 7 | 0 | 15 | Original 0 / Remaining 0 |

Total: 0 / 0 / 0 / 0

FFIC 0362

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 148-5   Filed 03/13/17   Page 21 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21924T-00 | BRUHN FARMS JOINT-VENTURE | IA-090-120853 | 09/11/2012 |

### Bruise

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| | | | | | | | | | | | | | | | | | | | | | | 0 | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 8 | 0 | 15 | 0 | 0 |

### Bruise

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | Total | Avg Defol. | |
| | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 9 | 0 | 15 | 0 | 0 |

### Bruise

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | Total | Avg Defol. | % Loss |
| | | | | | | | | | 0 | 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 10 | 0 | 16 | 0 | 0 |

FFIC 0363

Trial Ex. 12

Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 22 of 25

Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

**Bruise**

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

R Stages % Defol.

| Total | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

**Test #** | **12**

| | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| | 0 | 15 | 0 | 0 |

R Stages % Defol.

**Bruise**

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

R Stages % Defol.

| Total | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

**Test #** | **13**

| | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| | 0 | 15 | 0 | 0 |

FFIC 0364

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-5   Filed 03/13/17   Page 23 of 25
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120863 | 08/11/2012 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 14 | 0 | 15 | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 |
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 15 | 0 | 15 | 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 16 | 0 | 16 | 0 | 0 |

FFIC 0365

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

### Soybeans Survey Sheet

| Client Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 219247-0C | BRUHN FARMS JOINT VENTURE | IA-090-120863 | 09/11/2012 |

**Test # 17**

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | |

No. Plants Per 10' Row — Original: 0 / Remaining: 0

**Test # 18**

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | |

No. Plants Per 10' Row — Original: 0 / Remaining: 0

**Test # 19**

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 19 | 0 | 15 | 0 | 0 |

FFIC 0366

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 148-5   Filed 03/13/17   Page 25 of 25
Case No. 13-CV-4106 CJW