# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

## Soybeans Survey Sheet

4/30/2013 9:47:27AM

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21924700 | BRUHN FARMS JOINT VENTURE | IA-090-120863 | 09/11/2012 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining |
|---|---|---|---|---|
| 20 | 0 | 15 | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

| Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

FFIC 0367

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 1 of 24
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120855 | 08/11/2012 |

| Line No. | Crop | Form | Only | Acsm Land | Sec | D1 | Twp-Rng | Acres | Instd Variety | Variety | Row Width | Order | Plant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 400 | SBEAN | BASIC | 133 | | | 2 | 083N-043W | -62.2 | X | | 15 | | |

| Test | DCL | DCA | Field Note | A Only # Plants Per Acre V-Stage (1000) | B Plants Remaining Per Acre V-Stage (1000) | C % Loss From Stand Reduct V-Stage | D1 R-Stage Plant Density Total | Plants to be Factored | Factoring Points | Factored Plants % | E R-Stage Pod Loss Gross | Net | F Total Direct Damage (G-D=E) | G Percent Crop Remaining (100-F) | H Gross | Net (f+i) | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test | | | X | 0 | 0 | 0 | 0 | 0 | 0 | X | 19 | 0 | 19 | 81 | 0 | 4.4 | 23.1 |
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60.9 | 0 | 60.9 | 39.1 | 0 | 2.4 | 52.9 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47.2 | 0 | 47.2 | 52.8 | 0 | 2.6 | 49.8 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11.6 | 0 | 11.9 | 68.4 | 0 | 4.4 | 1.6 |
| 4 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32.2 | 0 | 32.2 | 67.8 | 0 | 3.4 | 35.8 |
| | | | | | | | | 0 | 0 | 0 | 13.5 | 0 | 13.5 | 86.5 | 0 | 4.3 | 17.8 |

| No. Tests | Total | % of Loss |
|---|---|---|
| 6 | 205.2 | 34.2 |

Remarks: shatter loss worked off strips.

Crop Condition: Good [ ]   Fair [X]   Poor [ ]

FFIC 0368

# RURAL COMMUNITY INSURANCE COMPANY

**RCIS** ℠

| Claim Number | Insured's Name | | Policy Number | Date Of Loss |
|---|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | | IA-090-1208/53 | 09/11/2012 |

**Soybeans Survey Sheet**

## Field Notes for Crop Line #40.0

### Test # 1

| | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

### Test # 2

| | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

### Test # 3

| | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| | | | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|
| | | | 0 | 0 | 0 |

FFIC 0369

4/30/2013  9:47:27AM

Page 43 of 84

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 3 of 24
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-080-120853 | 06/11/2012 |

## Soybeans Survey Sheet

### Test #4 — Total Nodes: 0 — Row Width: 15 — No. Plants Per 10' Row: Original 0, Remaining 0

Bruise

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

R Stages % Defol.

### Test #5 — Total Nodes: 0 — Row Width: 15 — No. Plants Per 10' Row: Original 0, Remaining 0

Bruise

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

R Stages % Defol.

### Test #6 — Total Nodes: 0 — Row Width: 15 — No. Plants Per 10' Row: Original 0, Remaining 0

Bruise

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

R Stages % Defol. | | | | | | Total 0 | 0 | 0 |

FFIC 0370

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 4 of 24
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

**Soybeans Survey Sheet**

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 2192247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/11/2012 |

| Line No. | Crop | Farm | Unit | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41.0 | SBEAN | BASIC | 133 | | | 14 | 083N-43W | 120 | X | | | | 15 | |

| | Stage of Growth | Plant Rate | | Orig # Plants Per Acre V-Stage (1500) | Plants Remaining Per Acre (1000) | % Loss from Stand Destroy V-Stage | Re-Stage Plants Destroy Totals | Plants to be Factored | Factor Rate | Factored Plants Loss | R-Stage Plus Loss | Total Direct Damage | Percent Crop Remaining | Gross | Net | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A | B | C | D1 | | D2 | | | Gross | Net | (Q+D+E) | (100-F) | | | (J+K) |
| Test | DOL | DOA | Plant Rate | | | | | | Area | Insrd Variety | Variety | | | Row Width | Detsr | Hold | |
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 77.7 | 0 | 77.7 | 22.3 | 0 | 0 | 77.7 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 83.5 | 0 | 83.5 | 16.5 | 0 | 0 | 83.5 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 84.3 | 0 | 84.3 | 15.7 | 0 | 0 | 84.3 |
| 4 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 81.4 | 0 | 81.4 | 18.6 | 0 | 0 | 81.4 |
| 5 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 36.4 | 0 | 36.4 | 63.6 | 0 | 0 | 36.4 |
| 6 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 61.9 | 0 | 61.9 | 38.1 | 0 | 0 | 61.9 |

| | | Total | | % of Loss | | | |
|---|---|---|---|---|---|---|---|
| | | | 425.2 | | | | |
| | | | 6 | No. Tests | | | |
| | | | 70.9 | | | | |

Crop Conditions: Good          Fair          Poor

Remarks: these counts were taken from samples left by harvest and was shatter loss.

FFIC 0371

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 5 of 24
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

**Soybeans Survey Sheet**

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21924??-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/17/2012 |

## Field Notes for Crop Line #41.0

| Test # 1 | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | 0 | 16 | Original | Remaining |
| Bruise | | | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R. Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

| Test # 2 | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | 0 | 15 | Original | Remaining |
| Bruise | | | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | Tota. | | |
| | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| Test # 3 | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | 0 | 15 | Original | Remaining |
| Bruise | | | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
| | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

FFIC 0372

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 6 of 24
Case No. 13-CV-4106 CJW

RURAL COMMUNITY INSURANCE COMPANY

RCIS℠

# Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | 1A-090-120853 | 09/11/2012 |

**Test # 4**

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 15 | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | 0 | |
| | | | 0 | 0 | | | | | | | | | | | | | | | | | | | | | Total | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Test # 5**

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 15 | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | 0 | |
| | | | 0 | 0 | | | | | | | | | | | | | | | | | | | | | Total | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Test # 6**

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 15 | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | 0 | |
| | | | 0 | 0 | | | | | | | | | | | | | | | | | | | | | Total | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FFIC 0373

# RCIS — RURAL COMMUNITY INSURANCE COMPANY

**Soybeans Survey Sheet**

| Field | Value |
|---|---|
| Insured's Name | BRUHN FARMS JOINT VENTURE |
| Client Number | 21 9247-00 |
| Policy Number | IA-090-120653 |
| Date Of Loss | 09/11/2012 |

| Line No. | Crop | | |
|---|---|---|---|
| 42.0 | SBEAN | BASIC | |

| Test | DOL | DOA | Field Note | Plants Orig # Per Acre V-Stage (1000) A | Plants Remaining Per Acre V-Stage (1000) B | % Loss From Stand Reduct V-Stage C | R-Stage Plants Destroy Totals D1 | Plants to be Flattened Trop-Rng | Factor Rate D2 | Initial Variety | Removed Plants % Loss | R-Stage Pod Loss Gross | R-Stage Pod Loss Net | Total Direct Damage (C+D+E) | Percent Crop Remaining (100-F) | Gross (FHG) | Net (T+J) | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | X | 0 | 2.1 | 0 | 2.1 | 97.9 | 0 | 0 | 2.1 |
| 2 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 1.7 | 0 | 1.7 | 98.3 | 0 | 0 | 1.7 |
| 3 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 2.9 | 0 | 2.9 | 97.1 | 0 | 0 | 2.9 |
| 4 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | | 0 | | 0 | 2.6 | 0 | 1.8 | 97.5 | 0 | 0 | 2.5 |
| 5 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 1.8 | 0 | 1.8 | 98.2 | 0 | 0 | 1.8 |
| 6 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 5.2 | 0 | 5.2 | 94.8 | 0 | 0 | 5.2 |
| 7 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 3.6 | 0 | 3.6 | 96.4 | 0 | 0 | 3.6 |
| 8 | RT.5 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 2.1 | 0 | 2.1 | 97.9 | 0 | 0 | 2.1 |

| | Fair | Poor | Total | No. Table | % of Loss |
|---|---|---|---|---|---|
| Crop Condition: X Good | | | 21.9 | 8 | 2.7 |

Remarks: shatter loss (sight, worked loss off strips

FFIC 0374

FFIC 0375

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

# Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-060-1206853 | 09/11/2012 |

## Field Notes for Crop Line #42.0

### Test #1

| Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|
| 0 | 16 | 0 | 0 |

| Bruise | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| | R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

### Test #2

| Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|
| 0 | 15 | 0 | 0 |

| Bruise | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| | R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

### Test #3

| Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|
| 0 | 15 | 0 | 0 |

| Bruise | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total | % of Nodes | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nodes Cut Off/Broken | | | | | | | | | 0 | 0 | 0 | 0 |
| | R Stages % Defol. | | | | | | | | | | 0 | 0 | 0 |

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21924T-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

### Block (Test # 4)

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 4 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

### Block (Test # 5)

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 5 | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

### Block (Test # 6)

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 6 | 0 | 15 | 0 | 0 |

| | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

### Block (Test # 7)

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 7 | 0 | 15 | 0 | 0 |

| | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

### Block (Test # 8)

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| 8 | 0 | 15 | 0 | 0 |

FFIC 0376

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21 9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | 0 |
| | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| Test # | Total Nodes | Row Width 15 | No. Plants Per 10' Row Original | Remaining |
|---|---|---|---|---|
| 8 | 0 | | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | 0 |
| Bruise | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

4/30/2013 9:47:27AM

FFIC 0377

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 11 of 24
Case No. 13-CV-4106 CJW

4/30/2013    9:47:27AM

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120863 | 09/11/2012 |

| Line No. | Crop | Stage of Grown | Form | | | | Sec | Twp-Rng | Acres | Index Variety | Variety | Row Width | Direr | H&C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45.0 | SBEAN | | BASIC | | | | 7 | 09SN-241W | 165 | X | | 15 | | |

| Test | DOL | DOA | Field Note | Orig # Plants Per Acre V-Stage (1000) | # Plants Remaining Per Acre V-Stage (1000) | % Loss From Stand Special V-Stage | R-Stage Plants Destroy Total | Plants to be Factored | Factor Rate | Factored Plants % Loss | R-Stage Pod Loss | | | Total Direct Damage | | Percent Crop Remaining | Plant Damage From Field Nodes | | | Actual Hail Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Gross | Net | (C-D-E) | (100-F) | Gross | (H&G) | | | (F+I) |
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.4 | 0 | 1.4 | 98.6 | 0 | 0 | | | 1.4 |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.6 | 0 | 1.6 | 98.4 | 0 | 0 | | | 1.6 |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5.1 | 0 | 5.1 | 94.9 | 0 | 0 | | | 5.1 |
| 4 | R7 | R8 | X | 0 | 0 | 0 | | 0 | 0 | 0 | 2.8 | 0 | 2.8 | 97.2 | 0 | 0 | | | 2.8 |
| 5 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32.9 | 0 | 32.9 | 67.1 | 0 | 0 | | | 32.9 |

| | | | | | | | | | | | | | | Total | | % of Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | No. Tests | | 8.8 |
| | | | | | | | | | | | | | | 43.8 | | 8.8 |

Crop Conditions:  ☒ Good   ☐ Fair   ☐ Poor

Remarks:

FFIC 0378

# RCIS SM

## RURAL COMMUNITY INSURANCE COMPANY

Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21024T-00 | BRUHN FARMS JOINT VENTURE | IA-090-120653 | 09/11/2012 |

Field Notes for Crop Line #43.0

| | Total Nodes | Row Width | No. Plants Per 10 Row Original | Remaining |
|---|---|---|---|---|
| Test # 1 | 0 | 15 | 0 | 0 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

| | Total Nodes | Row Width | No. Plants Per 10 Row Original | Remaining |
|---|---|---|---|---|
| Test # 2 | 0 | 15 | 0 | 0 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

| | Total Nodes | Row Width | No. Plants Per 10 Row Original | Remaining |
|---|---|---|---|---|
| Test # 3 | 0 | 15 | 0 | 0 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |

FFIC 0379

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 13 of 24
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date of Loss |
|---|---|---|---|
| 21924-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 4 | 0 | 15 | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row | |
|---|---|---|---|---|
| | | | Original | Remaining |
| 5 | 0 | 15 | 0 | 0 |

| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

FFIC 0380

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS (SM)

**Soybeans Survey Sheet**

| Insured's Name | Policy Number | Date Of Loss |
|---|---|---|
| BRUHN FARMS JOINT VENTURE | IA-090-1206853 | 09/11/2012 |

| Claim Number |
|---|
| 21624700 |

| Line No. | Crop | Form | Crty | Agent Land | Sect | Twp/Rng | Acres | Insure Validity |
|---|---|---|---|---|---|---|---|---|
| 44.0 | SBEAN | BASIC | 193 | | 30 | 089N-042W | 75 | X |

| | Crop | Stage of Growth | Field New | Crop # Orignal Per Acre V-Stage (1000) | Plants Remain'g Per Acre V-Stage (1000) | % Loss Point Stand Reduct V-Stage | R-Stage Plants Destroy Totals | Plants to be Restored | Redckr Rate | Restored Plants % Loss | | Varlety | Row Width | Defer | Hold | Plant Damage From Jined Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A | B | C | D | D1 | | D2 | | E | F | G | H | 1 |
| | | | | | | | | | Restored Plants | | | | | | | |

| | | | | | | | Gross | Net | (C+D+E) | (100-F) | Gross | Net | Actual Hall Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Text | | | | | | | R-Stage Pred Loss | Total Direct Damage | Percent Crop Remain'g | Gross | Net | |
| 1 | V2 | DCA | X | 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | |
| 2 | V2 | V4 | X | 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 2.6 | 2.6 |
| | DOL | V4 | | | | | | | | | | | | | |

Crop Condition:   Good ☒  Fair ☐  Poor ☐

Remarks:

| | No. Tests | % of Loss |
|---|---|---|
| Total | 4.8 | 2 |
| | 2.3 | 2 |

FFIC 0381

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS℠

**Soybeans Survey Sheet**

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 218247-00 | BRUHN FARMS JOINT VENTURE | IA-090-1201853 | 09/11/2012 |

**Field Notes for Crop Line #44.0**

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining |
|---|---|---|---|---|
| 1 | 40 | 15 | 80 | 67 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

| Test # | Total Nodes | Row Width | No. Plants Per 10' Row Original | Remaining |
|---|---|---|---|---|
| 2 | 40 | 15 | 78 | 71 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | 0 | Avg Defol. 0 | 0 |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | Total 0 | Avg Defol. 0 | 0 |

FFIC 0382

# RURAL COMMUNITY INSURANCE COMPANY

## RCIS ℠

## Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | JA-090-120803 | 09/11/2012 |

| Line No. | Crop | Form | Qnty | Addnl Land | Seed | Two-Ping | Acres | Intent Verify |
|---|---|---|---|---|---|---|---|---|
| 54.0 | SBEAN | BASIC | 193 | | 25 | 096N-043W | 72 | X |

Factored Plants

| | Stage of Growth | Field Note | Only # Plants Per Acre V-Stage (1000) | Plants Remaining Per Acre V-Stage (1000) | % Loss From Stand Freeout V-Stage | R-Stage Plants Destroy Tools | Plants to be Resolved | Factor Rate | Factored Plants % Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | A | B | | | | | | |

Test

| Test | | DOL | Field Note | | | | | | Verify | Row Width | Defer | Hold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | 15 | | |
| 2 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 3 | R7 | R8 | X | 0 | 0 | 0 | 0 | 0 | 0 | | | |

| | | | Gross | Net | (C+D+E) | (100÷F) | | | |
|---|---|---|---|---|---|---|---|---|---|
| R-Stage Red Loss | | 1.6 | 0 | 1.8 | 96.9 | | | | |
| | | 1.7 | 0 | 1.7 | 98.3 | | | | |
| | | 3.1 | 0 | 3.1 | 98.4 | | | | |

Plant Damage From Field Notes

| Gross | Net | Actual Hail Loss % |
|---|---|---|
| 0 | 0 | 1.6 |
| 0 | 0 | 1.7 |
| 0 | 0 | 3.1 |

| | No. Tests | % of Loss |
|---|---|---|
| Total | 3 | 6.4 |
| | | 2.1 |

Crop Conditions

| | Good | Fair | Poor |
|---|---|---|---|
| | X | | |

Remarks:   light shatter loss

FFIC 0383

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 17 of 24
Case No. 13-CV-4106 CJW

# RURAL COMMUNITY INSURANCE COMPANY℠

## RCIS

Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120860 | 08/11/2012 |

Field Notes for Crop Line #54.0

### Test # 1

| | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R.Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |

### Test # 2

| | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| | 0 | 15 | 0 | 0 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R.Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |

### Test # 3

| | Total Nodes | Row Width | No. Plants Per 10' Row Original | No. Plants Per 10' Row Remaining |
|---|---|---|---|---|
| | 0 | 16 | 0 | 0 |

| | Total | Avg Defol. | % of Nodes | % Loss |
|---|---|---|---|---|
| R.Stages % Defol. | 0 | 0 | 0 | 0 |
| Nodes Cut Off/Broken | 0 | | | |
| Plant # | | | | |
| Bruise | | | | |

FFIC 0384

Trial Ex. 12

Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 18 of 24

Case No. 13-CV-4106 CJW



FFIC 0385

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 149-6   Filed 03/13/17   Page 19 of 24
Case No. 13-CV-4106 CJW



Soybeans Survey Sheet

RURAL COMMUNITY INSURANCE COMPANY

RCIS℠

Claim Number: 219247-00

Insured's Name: BRUHN FARMS JOINT VENTURE

Policy Number: IA-090-120863

Date Of Loss: 09/11/2012

| Line # 29.0000 | Crop SBEAN | County 133 | Twnship/Rnge 084N-042W | Section 8 |
| Line # 30.0000 | Crop SBEAN | County 133 | Twnship/Rnge 084N-042W | Section 9 |
| Line # 31.0000 | Crop SBEAN | County 133 | Twnship/Rnge 084N-043W | Section 1 |

FFIC 0386

4/30/2013    8:47:27 AM

Page 00 of 64

Trial Ex. 12
Case 5:13-cv-04106-CJW   Document 140-6   Filed 03/13/17   Page 20 of 24
Case No. 13-CV-4106 CJW



RURAL COMMUNITY INSURANCE COMPANY ℠

RCIS

Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 21-9247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 08/15/2012 |

| Line # 32.0000 | Crop SBEAN | County 133 | Twnshp/Rng 084N-043W | Section 1 |
|---|---|---|---|---|

| Line # 34.0000 | Crop SBEAN | County 133 | Twnshp/Rng 084N-043W | Section 2 |
|---|---|---|---|---|

| Line # 37.0000 | Crop SBEAN | County 133 | Twnshp/Rng 084N-042W | Section 5 |
|---|---|---|---|---|

FFIC 0387

4/30/2012    9:47:27AM

Page 62 of 64



RURAL COMMUNITY INSURANCE COMPANY

RCIS ℠

Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-090-1208E3 | 09/11/2012 |

| Line #: 38.0000 | Crop: SBEAN | County: 133 | Twnshp/Rng: 085N-043W | Section: 7 |
|---|---|---|---|---|

| Line #: 39.0000 | Crop: SBEAN | County: 133 | Twnshp/Rng: 084N-043W | Section: 23 |
|---|---|---|---|---|

| Line #: 40.0000 | Crop: SBEAN | County: 133 | Twnshp/Rng: 083N-043W | Section: 2 |
|---|---|---|---|---|

FFIC 0388



FFIC 0389

Page 63 of 64



RURAL COMMUNITY INSURANCE COMPANY

**RCIS** ℠

Soybeans Survey Sheet

| Claim Number | Insured's Name | Policy Number | Date Of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-080-120853 | 05/11/2012 |

| Line # | Crop | County | Twnshp/Rng | Section |
|---|---|---|---|---|
| 44.0000 | SBEAN | 193 | 086N-042W | 30 |

| Line # | Crop | County | Twnshp/Rng | Section |
|---|---|---|---|---|
| 54.0000 | SBEAN | 193 | 086N-043W | 25 |

FFIC 0390