RURAL COMMUNITY INSURANCE COMPANY

# RCIS <sup>SM</sup>

**Fact Sheet**

| Claim No. | Insured's Name | Policy No. | Date Of Loss |
|---|---|---|---|
| 219247-00 | BRUHN FARMS JOINT VENTURE | IA-090-120853 | 09/11/2012 |

## Comments:

shatter loss damage some very heavy, high liablitycoverage. All of the previous loss information is entered on items that had shatter on this loss no. There were six adjusters that went down and counted out the shatter on all of these acres. All counts were made following procedure. Insured did have enough samples to count scattered throughout the fields. Insured was contacted several times during this process. Insured would not take time go along on any of this. He had one of his people go around and show us the fields..Insured does not agree on the loss and will not sign. I am instructed to send it in for payment. All previous losses were worked by out of state adjusters., see attachments.

FFIC 0321

| SIGNATURE OF ADJUSTER | CODE NO. | DATE | HOUR |
|---|---|---|---|
| | 014483 | 04/30/2013 | 09:47:05 |

4/30/2013   9:47:05AM

Trial Ex. 18
Page 1 of 1
Page 001

Case 5:13-cv-04106-CJW   Document 149-12   Filed 03/13/17   Page 12 of 31
Case No. 13-CV-4106 CJW

**TRIAL EX. 20**

**Burkhart, Larry (RCIS)**

| | |
|---|---|
| **From:** | Burkhart, Larry (RCIS) |
| **Sent:** | Thursday, December 20, 2012 11:14 AM |
| **To:** | Poverud, Rick D (RCIS) |
| **Subject:** | Bruhn |

We did get the NOL 9/26, was assigned to adjuster 10/3 and first day worked on this claim was 10/22——5 or 6 adjuster worked 120 hours to complete the claim, Larry Grieme did the high dollar review on 10/23——some system issues make the history look a bit odd but if we would have had a signature we could have paid the claim the last week of October. After that, in early November, is when Larry and Galen went back to make sure we had not missed anything ....I asked them to do that to make sure we were going to pay the fair amount assuming we would not have a signature......we knew Al did not agree but they could not get in touch to discuss, supposedly. We paid around the first week of December without a signature. There is a chance that some of the early loss amounts were not brought forward to later claims after the system lost some of the information.....I am told. Also, we did pay the corn timely with signature not sure why not the beans, I have not talked to adjusters for information yet.

FFIC 0497

1



**Rural Community Insurance Services**
**Field Notes**

Insured: _____
Policy #: Home
Loss #: 142 00
Crop: _____
Item #: _____ Acres: _____
QR. _____ SEC _____
TWP 85 RGE 42

Section 25
Line (24)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 12 | 0 | 42 | 0 | 31 | 4 | 36 | 0 |
| 2 | 18 | 2 | 39 | 0 | 18 | 0 | 9 | 0 |
| 3 | 10 | 0 | 18 | 0 | 14 | 0 | 28 | 2 |
| 4 | 12 | 0 | 16 | 0 | 15 | 3 | 12 | 0 |
| 5 | 18 | 4 | 22 | 0 | 14 | 1 | 8 | 0 |
| 6 | 10 | 2 | 33 | 2 | 16 | 2 | 15 | 1 |
| 7 | 7 | 1 | 25 | 0 | 12 | 0 | 18 | 1 |
| 8 | 24 | 5 | 14 | 0 | 13 | 0 | 21 | 0 |
| 9 | 12 | 1 | 19 | 0 | 11 | 0 | 14 | 0 |
| 10 | 10 | 0 | 10 | 1 | 30 | 0 | 36 | 3 |
| TOTAL | | | | | | | | |

HA 5087 (04-94)

**Rural Community Insurance Services**

**Field Notes**

Insured: _____

Policy #: _____

Loss #: _____

Crop: _____

Item #: _28_ Acres: _620_

QR. _____ SEC _____

TWP _____ RGE _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 0 | 5⁴ | 2 | 44 | 2 | 11 | 1 |
| 2 | 9 | 1 | 23 | — | 14 | 0 | 13 | 2 |
| 3 | 29 | 5 | 8 | — | 8 | 0 | 10 | 1 |
| 4 | 37 | 2 | 18 | — | 33 | 4 | 19 | 8 |
| 5 | 22 | 3 | 38 | 4 | 16 | 1 | 26 | 2 |
| 6 | 12 | 0 | 26 | 1 | 36 | 4 | 15 | 6 |
| 7 | 35 | 1 | 29 | 3 | 27 | 2 | 17 | 3 |
| 8 | 20 | 0 | 28 | — | 31 | 0 | 14 | — |
| 9 | 23 | 0 | 3 | 1 | 16 | 0 | 23 | 9 |
| 10 | 25 | | 31 | 3 | 27 | 0 | 19 | 5 |
| TOTAL | 232 | | 268 | 14 | 252 | | 107 | |
| | /12 | | /11 | | /13 | | /37 | |
| | (5.2) | | (6.7) | | (5.2) | | | |

(346)

HA-5007 (04-94)

Community Insurance Services

## Field Notes

```
    d: _____
Policy #: _____
Loss #: _____
Crop: _____
Item #: _____  Acres: _____
QR. _____  SEC _____
TWP _____ / RGE _____
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 17 | 8 | 13 | — | 3 | 0 | 36/ |
| 2 | 37 | 23 | 22 | — | 36 | 18 | 18 5 |
| 3 | 18 | 9 | 16 | 1 | 24 | 9 | 8 — |
| 4 | 29 | 6 | 8 | — | 11·11 | | 28 3 |
| 5 | 20 | 8 | 18 | 3 | 59 | 38 | 26 2 |
| 6 | 16 | 1 | 10 | 4 | 7 | 2 | 34 4 |
| 7 | 16·3 | | 17 | 3 | 17 | 5 | 64 7 |
| 8 | 18·10 | | 126 | | 5 | 1 | 4 1 |
| 9 | 33·12 | | 25 | 2 | 13 | 3 | 28 8 |
| 10 | 17 | 11 | 7 | 1 | 55 | 22 | 23 — |
| TOTAL | 222/ | | 148/ | | 231/ | | |
| | 91 | | 20 | | 88 | | |
| | 40.9 | | 13.5 | | 46.8 | | |

HA-5007 (04-94)

HA-5007 (04-94)

...ural Community Insurance Services

**Field Notes**

Insured: _____

Policy #: _____

Loss #: _____

Crop: _____

Item #: _____ Acres: _____

QR. _____ SEC _____

TWP _____ RGE _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 16 | 5 | 16 | 4 | 17 | 8 | 20 | 2 |
| 2 | 28 | 4 | 26 | 3 | 13 | 4 | 223 | |
| 3 | 16 | — | 27 | 10 | 11 | 3 | 18 | 1 |
| 4 | 21 | 7 | 38 | 10 | 12 | 5 | 26 | 6 |
| 5 | 13 | — | 36 | 7 | 9 | 5 | 14 | 1 |
| 6 | 9 | 1 | 26 | 9 | 9 | 2 | 223 | |
| 7 | 11 | 5 | 13 | 4 | 28 | 6 | 12 | 1 |
| 8 | 13 | 3 | 16 | 5 | 12 | 5 | 19 | 4 |
| 9 | 27 | 7 | 278 | | 17 | 12 | 16 | 1 |
| 10 | 25 | 1 | 10 | 1 | 16 | 2 | 124 | |
| TOTAL | | | | | | | | |

HA-5007 (04-94)

**Rural Community Insurance Services**

Bruhn Farms Field Notes

Insured: thorsens

Policy #: 120853

Loss #: 919747

Crop: S Beans

Item #: 31    Acres: 101 apx.

QR. _____ SEC _____

TWP _____ RGE _____

| | | | | | |
|---|---|---|---|---|---|
| 1 | 10+ | 8 - | | 11 | 0 |
| 2 | 22- | 6 - | | 31 | 0 |
| 3 | 25 | 25-1 | | 25 | — |
| 4 | 38-1 | 19-1 | | 35 | 1 |
| 5 | 23-1 | 14-1 | | 17 | 1 |
| 6 | 13-1 | 14-1 | | 13 | — |
| 7 | 33-1 | 19- | | 31 | 1 |
| 8 | 20- | 9- | | 20 | — |
| 9 | 33- | 23-2 | | 31 | — |
| 10 | 10+ | 16-1 | | 11 | — |
| TOTAL | | | | | |

HA-5007 (04-94)

# Rural Community Insurance Services
## Field Notes

Insured: Daum
Policy #: 120853
Loss #: 219247
Crop: 5 Beans
Item #: 32   Acres: 255
QR. _____ SEC _____
TWP _____ RGE _____

|   | 6 | 5 |
|---|---|---|
| 4 | 3 |   |
| 1 | 2 |   |

| # |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 1 | 9 | 1 | 17 | 0 | 34 | 0 | 28 | 2 |
| 2 | 11 | 0 | 15 | 0 | 10 | 0 | 28 | 6 |
| 3 | 41 | 3 | 13 | 1 | 20 | 2 | 48 | 2 |
| 4 | 45 | 0 | 26 | 4 | 14 | 1 | 30 | 1 |
| 5 | 43 | 0 | 32 | 3 | 38 | 3 | 41 | 4 |
| 6 | 15 | 0 | 18 | 1 | 14 | 0 | 51 | 3 |
| 7 | 6 | 0 | 33 | 1 | 33 |  | 34 | 3 |
| 8 | 18 | 3 | 28 | 11 | 26 |  | 27 | 6 |
| 9 | 16 | 0 | 20 | 0 | 14 | 1 | 33 | 0 |
| 10 | 77 | 1 | 23 | 2 | 31 | 3 | 41 | 2 |
| TOTAL |  |  |  |  |  |  |  |  |

HA-5007 (04-94)



| | |
|---|---|
| 37-0 | 31-3 |
| 22-0 | 19-0 |
| 16 | |
| 33 | 15-1 |
| 16 | 9-0 |
| 24 | 14-2 |
| 23-1 | 6-0 |
| 15-0 | 42-7 |
| 35-0 | 10-1 |
| 18-1 | 8-1 |
| | 9-0 |

**Rural Community Insurance Services**

**Field Notes**

Insured: Hansen

Policy #: _____

Loss #: _____

Crop: _____

Item #: _34_ Acres: _70_

QR. _____ SEC _____

TWP _____ RGE _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 7- | | 11 | 1 | 12-4 | 24 | 4 |
| 2 | 10-1 | | 19 | 2 | 11- | 28 | 5 |
| 3 | 48-2 | | 6 | — | 16-1 | 36 | 20 |
| 4 | 37-5 | | 53 | 13 | 15-2 | 33 | 3 |
| 5 | 35-3 | | 51 | 1 | 15-1 | 38 | 6 |
| 6 | 12-1 | | 8 | 2 | 12- | 19 | 1 |
| 7 | 15-5 | | 46 | — | 18-1 | 25 | — |
| 8 | 11- | | 17 | — | 10-3 | 16 | 2 |
| 9 | 14- | | 45 | 3 | 12-0 | 11 | — |
| 10 | 14-2 | | 6 | — | 23-1 | 30 | — |
| TOTAL | | | | | | | |

HA-5007 (04-94)

①

**Rural Community Insurance Services**
**Field Notes**

Insured: Al Bruhn

Policy #: _____

Loss #: _____

Crop: _____

Item #: 37  Acres: 290

QR. _____  SEC 5

TWP 84  RGE 42

| | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|
| see back of page | | | | | | | | |

| | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|
| **1** | 18 | 2 | 12 | 1 | 14 | 1 | 48 | 0 |
| **2** | 48 | 8 | 16 | 2 | 12 | 1 | 36 | 0 |
| **3** | 44 | 2 | 28 | 1 | 31 | 2 | 9 | 0 |
| **4** | 18 | 2 | 19 | 4 | 27 | 0 | 19 | 0 |
| **5** | 29 | 1 | 24 | 2 | 17 | 1 | 31 | 2 |
| **6** | 38 | 3 | 28 | 3 | 22 | 0 | 31 | 1 |
| **7** | 38 | 1 | 19 | 2 | 32 | 2 | 14 | 0 |
| **8** | 31 | 1 | 34 | 1 | 12 | 0 | 9 | 0 |
| **9** | 10 | 0 | 34 | 4 | 25 | 0 | 28 | 0 |
| **10** | 26 | 1 | 14 | 1 | 27 | 2 | 31 | 0 |
| **TOTAL** | 300 | 21 | 228 | 21 | 219 | 9 | 256 | 3 |
| | 7.0 | | 9.2 | | 4.1 | | 1.2 | |

HA-5007 (04-94)

Trial Ex. 22
Case 5:13-cv-04106-CJW   Document 109-12   Filed 03/13/17   Page 11 of 31
Page 09
Case No. 13-CV-4106 CJW



①

**Rural Community Insurance Services**
**Field Notes**

Insured: _Bruhn_

Policy #: _____

Loss #: _____

Crop: _____

Item #: 37  Acres: 290

QR. _____ SEC 5

TWP 84 RGE 42

| | 5 | | 6 | | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 0 | 12 | 0 | 13 | 0 | 28 | 0 |
| 2 | 14 | 1 | 12 | 1 | 38 | 1 | 16 | 0 |
| 3 | 19 | 1 | 15 | 0 | 22 | 0 | 32 | 0 |
| 4 | 16 | 0 | 25 | 0 | 28 | 0 | 14 | 0 |
| 5 | 13 | 1 | 22 | 1 | 24 | 0. | 34 | 1 |
| 6 | 38 | 6 | 23 | 2 | 12 | 0 | 26 | 0 |
| 7 | 19 | 1 | 31 | 0 | 18 | 0 | 22 | 0 |
| 8 | 21 | 0 | 37 | 0 | 31 | 1 | 31 | 1 |
| 9 | 33 | 0 | 24 | 0 | 12 | 1 | 21 | 0 |
| 10 | 24 | 2 | 41 | 0 | 17 | 0 | 26 | 0 |
| TOTAL | 217 | 12 | 242 | 4 | 215 | 3 | 250 | 2 |

5.5 | 1.7 | 1.4 | 08

HA-5007 (04-94)

③

**Rural Community Insurance Services**
**Field Notes**

Insured: _____

Policy #: _____

Loss #: _____

Crop: _____

Item #: 37   Acres: _____

QR. _____ SEC _____

TWP _____ RGE _____

|  | a |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 1 | 36 | 0 |  |  |  |  |  |  |
| 2 | 18 | 0 |  |  |  |  |  |  |
| 3 | 27 | 0 |  |  |  |  |  |  |
| 4 | 34 | 2 |  |  |  |  |  |  |
| 5 | 44 | 1 |  |  |  |  |  |  |
| 6 | 22 | 0 |  |  |  |  |  |  |
| 7 | 17 | 0 |  |  |  |  |  |  |
| 8 | 23 | 0 |  |  |  |  |  |  |
| 9 | 18 | 0 |  |  |  |  |  |  |
| 10 | 12 | 1 |  |  |  |  |  |  |
| TOTAL | 251 | 4 |  |  |  |  |  |  |

1.6

HA-5007 (04-94)

**Rural Community Insurance Services**

**Field Notes**

Insured: GRELL FARM

Policy #: ITEM

Loss #: Line 38

Crop: 230 ASB

Item #: _____ Acres: _____

QR. _____ SEC _____

TWP _____ RGE _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 7 | - | 10 | - | 48 | - | |
| 2 | 13 | - | 11 | - | 39 | - | |
| 3 | 16 | - | 18 | - | 24 | - | |
| 4 | 48 | 1 | 36 | 2 | 362 | | |
| 5 | 19 | - | 19 | - | 27 | - | |
| 6 | 23 | 2 | 21 | 1 | 44 | - | |
| 7 | 19 | 1 | 23 | 2 | 21 | 1 | |
| 8 | 10 | - | 9 | - | 27 | - | |
| 9 | 9 | - | 23 | - | 19 | 1 | |
| 10 | 24 | - | 18 | - | 28 | - | |
| TOTAL | | 4 | | 5 | | 4 | |

HA-5007 (04-94)

**Rural Community Insurance Services**

**Field Notes**

Insured: Bruhn farm center tp

Policy #:

Loss #: See map back page

Crop:

Item #: 39  Acres: 1120

QR. _____ SEC 26 + 35

TWP 84  RGE 43

| | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 18 | 0 | 10 | 0 | 27 | 3 | 47 | 2 |
| 2 | 24 | 0 | 14 | 1 | 10 | 0 | 22 | 0 |
| 3 | 24 | 1 | 12 | 0 | 9 | 0 | 27 | 2 |
| 4 | 22 | 0 | 15 | 2 | 15 | 1 | 24 | 1 |
| 5 | 18 | 0 | 22 | 0 | 13 | 0 | 6 | 0 |
| 6 | 28 | 0 | 32 | 0 | 14 | 1 | 19 | 1 |
| 7 | 10 | 2 | 25 | 1 | 8 | 2 | 14 | 0 |
| 8 | 13 | 1 | 8 | 1 | 4 | 0 | 22 | 2 |
| 9 | 22 | 0 | 8 | 0 | 22 | 1 | 34 | 1 |
| 10 | 24 | 1 | 12 | 2 | 16 | 2 | 29 | 1 |
| TOTAL | 203 | 5 | 158 | 7 | 138 | 10 | 244 | 10 |
| | 2.5 | | 4.4 | | 7.2 | | 4.1 | |

HA-5007 (04-94)



②

**Rural Community Insurance Services**

**Field Notes**

Insured: Al Bruhn

Policy #: _____

Loss #: _____

Crop: _____

Item #: 39    Acres: 1120

QR. _____ SEC 26-35

TWP 84 RGE 42

|  | 5 |  | 6 |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 1 | 15 | 2 | 28 | 3 |  |  |  |
| 2 | 22 | 4 | 14 | 0 |  |  |  |
| 3 | 28 | 4 | 13 | 1 |  |  |  |
| 4 | 12 | 2 | 22 | 0 |  |  |  |
| 5 | 13 | 4 | 23 | 1 |  |  |  |
| 6 | 24 | 3 | 25 | 1 |  |  |  |
| 7 | 22 | 2 | 18 | 0 |  |  |  |
| 8 | 18 | 3 | 20 | 1 |  |  |  |
| 9 | 14 | 4 | 28 | 1 |  |  |  |
| 10 | 45 | 8 | 12 | 0 |  |  |  |
| TOTAL | 213 | 36 | 203 | 8 |  |  |  |

16 9/- / 3.9

HA-5007 (04-94)

(3)

**Rural Community Insurance Services**
**Field Notes**

Insured: EAST SIDE Road

Policy #: _____

Loss #: _____

Crop: SB

Item #: 39  Acres: _____

QR. _____  SEC 35

TWP 84  RGE 43

see drawing on back

| | 7 | | 8 | | 9 | | 10 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 9 | 22 | 18 | 28 | 12 | 12 | 4 |
| 2 | 22 | 8 | 29 | 20 | 24 | 8 | 9 | 2 |
| 3 | 7 | 2 | 29 | 22 | 13 | 2 | 10 | 4 |
| 4 | 28 | 6 | 19 | 7 | 12 | 4 | 20 | 12 |
| 5 | 20 | 2 | 20 | 10 | 44 | 28 | 14 | 2 |
| 6 | 23 | 3 | 22 | 15 | 28 | 12 | 28 | 8 |
| 7 | 20 | 4 | 20 | 19 | 22 | 7 | 20 | 8 |
| 8 | 10 | 1 | 28 | 12 | 19 | 4 | 22 | 12 |
| 9 | 12 | 0 | 22 | 8 | 18 | 5 | 28 | 15 |
| 10 | 27 | 5 | 23 | 12 | 32 | 22 | 29 | 14 |
| TOTAL | 193 | 40 | 234 | 143 | 245 | 107 | 192 | 81 |

$20\frac{1}{2}$     $61\frac{1}{2}$ / $43\frac{2}{}$     $42\frac{2}{}$

HA-5007 (04-94)



④

**Rural Community Insurance Services**
**Field Notes**

Insured: Brehn

Policy #: _____

Loss #: _____

Crop: SB

Item #: 39  Acres: 35

QR. E½  SEC 20

TWP 84  RGE 43

| | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 0 | 48 | 27 | 10 | 0 | 28 | 4 |
| 2 | 18 | 1 | 47 | 19 | 25 | 2 | 13 | 1 |
| 3 | 18 | 0 | 28 | 6 | 22 | 3 | 18 | 1 |
| 4 | 30 | 12 | 24 | 8 | 9 | 1 | 32 | 6 |
| 5 | 9 | 1 | 18 | 6 | 14 | 1 | 18 | 2 |
| 6 | 24 | 2 | 31 | 14 | 22 | 3 | 30 | 2 |
| 7 | 20 | 3 | 18 | 12 | 23 | 6 | 32 | 6 |
| 8 | 20 | 2 | 14 | 4 | 19 | 5 | 19 | 2 |
| 9 | 30 | 10 | 31 | 9 | 28 | 10 | 14 | 1 |
| 10 | 21 | 12 | 36 | 21 | 16 | 6 | 19 | 1 |
| TOTAL | 199 | 43 | 295 | 126 | 188 | 37 | 223 | 26 |
| | 21 6/ | | 42 7/ | | 19 3/ | | 11 2/ | |

HA-5007 (04-94)

⑤

**Rural Community Insurance Services**

**Field Notes**

Insured: Al Breuhn

Policy #: _____

Loss #: _____

Crop: _____

Item #: 39   Acres: ~~39~~

QR. E½   SEC 35

TWP 84   RGE 43

| | 15 | | 16 | | 17 | | |
|---|---|---|---|---|---|---|---|
| 1 | 18 | 4 | 8 | 0 | 36 | 2 | |
| 2 | 21 | 3 | 28 | 8 | 39 | 0 | |
| 3 | 42 | 14 | 14 | 2 | 39 | 1 | |
| 4 | 26 | 8 | 36 | 6 | 14 | 0 | |
| 5 | 28 | 4 | 18 | 3 | 36 | 1 | |
| 6 | 20 | 4 | 14 | 3 | 20 | 0 | |
| 7 | 12 | 1 | 18 | 4 | 46 | 0 | |
| 8 | 42 | 19 | 18 | 1 | 18 | 0 | |
| 9 | 8 | 3 | 12 | 1 | 26 | 0 | |
| 10 | 29 | 11 | 18 | 5 | 31 | 1 | |
| TOTAL | 246 | 71 | 184 | 33 | 305 | 9 | |

28½        17½        3.2

HA-5007 (04-94)

**Rural Community Insurance Services**

**Field Notes**

Insured: Al Bruhn

Policy #: _____

Loss #: _____

Crop: _____

Item #: _____ Acres: _____

QR. _____ SEC _____

TWP _____ RGE _____

*see page # 3*

| | 18 | | 19 | | 20 | | |
|---|---|---|---|---|---|---|---|
| 1 | 24 | 9 | 48 | 18 | 5 | 1 | |
| 2 | 18 | 2 | 18 | 4 | 20 | 2 | |
| 3 | 21 | 1 | 8 | 4 | 10 | 1 | |
| 4 | 22 | 14 | 17 | 7 | 17 | 2 | |
| 5 | 21 | 12 | 17 | 2 | 13 | 2 | |
| 6 | 18 | 2 | 25 | 12 | 32 | 4 | |
| 7 | 29 | 12 | 30 | 8 | 29 | 6 | |
| 8 | 15 | 10 | 38 | 6 | 32 | 10 | |
| 9 | 12 | 2 | 18 | 8 | 23 | 2 | |
| 10 | 19 | 7 | 36 | 31 | 21 | 5 | |
| TOTAL | 199 | 71 | 255 | 104 | 202 | 35 | |

$35\frac{1}{2}$     $40\frac{8}{2}$     $17\frac{3}{2}$

HA-5007 (04-94)

70 ²

**Rural Community Insurance Services**

**Field Notes**

Insured: Al BRUNN

Policy #: _____

Loss #: _____

Crop: _____

Item #: 41    Acres: 120

QR. _____   SEC 14

TWP 83   RGE 43

| | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 24 | 7 | 1 | 24 | 23 | 14 | 10 |
| 2 | 14 | 12 | 8 | 8 | 32 | 28 | 9 | 9 |
| 3 | 18 | 12 | 11 | 10 | 8 | 8 | 7 | 6 |
| 4 | 26 | 21 | 10 | 9 | 25 | 25 | 6 | 5 |
| 5 | 22 | 12 | 6 | 6 | 27 | 25 | 6 | 4 |
| 6 | 10 | 10 | 16 | 14 | 25 | 20 | 9 | 8 |
| 7 | 12 | 11 | 19 | 17 | 35 | 28 | 10 | 8 |
| 8 | 10 | 7 | 6 | 5 | 20 | 18 | 20 | 18 |
| 9 | 18 | 14 | 18 | 15 | 31 | 18 | 8 | 7 |
| 10 | 12 | 6 | 8 | 6 | 8 | 5 | 8 | 4 |
| TOTAL | 166 | 129 | 107 | 91 | 235 | 198 | 97 | 79 |

77 ²    83 ⁵⁻¹    84.³    81 ⁴

HA-5007 (04-94)

**Rural Community Insurance Services**

**Field Notes**

Insured: Beuhn

Policy #: _____

Loss #: _____

Crop: _____

Item #: 41   Acres: 120

QR. _____   SEC 14

TWP 83   RGE 43

| | 5 | | 6 | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 0 | 10 | 2 | | | | |
| 2 | 20 | 12 | 14 | 4 | | | | |
| 3 | 14 | 4 | 18 | 14 | | | | |
| 4 | 20 | 6 | 12 | 2 | | · | | |
| 5 | 13 | 7 | 17 | 13 | | | | |
| 6 | 22 | 3 | 13 | 12 | | | | |
| 7 | 5 | 0 | 10 | 8 | | | | |
| 8 | 18 | 5 | 13 | 12 | | | | |
| 9 | 20 | 12 | 12 | 8 | | | | |
| 10 | 14 | 7 | 15 | 8 | | | | |
| TOTAL | 154 | 56 | 134 | 83 | | | | |

36 4/    61 9/

HA-5007 (04-94)

*Bruhn Farms*

**Rural Community Insurance Services**

**Field Notes**

Insured: _MC MASTER_

Policy #: _Line 42_

Loss #: _219247_

Crop: _380 A SB_

Item #: _____ Acres: _____

QR. _____ SEC _____

TWP _____ RGE _____

| | 8 | 7 | |
|---|---|---|---|
| | 5 | 6 | |
| | 4 | 3 | |
| | 1 | 2 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | | | | | | | |
| **2** | | | | | | | |
| **3** | | | | | | | |
| **4** | | | | | | | |
| **5** | | | | | | | |
| **6** | | | | | | | |
| **7** | | | | | | | |
| **8** | | | | | | | |
| **9** | | | | | | | |
| **10** | | | 140/4 | | 24/0 | | |
| **TOTAL** | 10/4 | 8/3 | | | | | |

165/3   191/10   22/8   140/3

HA-5007 (04-94)

Page 624
Case No. 13-CV-4106 CJW
Case 5:13-cv-04106-CJW   Document 149-12   Filed 03/13/17   Page 26 of 31

**Rural Community Insurance Services**

**Field Notes**

Insured: Larsie

Policy #: _____

Loss #: 155 a.

Crop: section

Item #: 43    Acres: _____

QR. 85    SEC 41

TWP _____ RGE _____

43

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | 28 | 0 | 15 | 0 | 36 | 1 | 27 | 0 |
| **2** | 36 | 0 | 19 | 0 | 27 | 0 | 54 | 0 |
| **3** | 28 | 1 | 22 | 0 | 56 | 6 | 18 | 1 |
| **4** | 18 | 0 | 17 | 1 | 32 | 1 | 22 | 0 |
| **5** | 29 | 0 | 15 | 0 | 38 | 0 | 36 | 4 |
| **6** | 34 | 1 | 25 | 0 | 12 | 0 | 29 | 0 |
| **7** | 26 | 0 | 20 | 1 | 28 | 1 | 18 | 0 |
| **8** | 19 | 1 | 14 | 0 | 22 | 1 | 55 | 1 |
| **9** | 25 | 0 | 18 | 0 | 32 | 2 | 46 | 2 |
| **10** | 31 | 0 | 23 | 1 | 33 | 4 | 57 | 2 |
| **TOTAL** | | | | | | | | |

5E    E center center

Back page

HA-5007 (04-94)



NE
7-3
9-1
8-2
8-4
12-6
5-5
4-0
6-1
13-3
7-1

**Rural Community Insurance Services**

**Field Notes**

Insured: _CANSINK PLACE_

Policy #: _Line#44_

Loss #: _15 A 8B_

Crop: _____

Item #: _____ Acres: _____

QR. _____ SEC _____

TWP _____ RGE _____

*No Loss*
*No strips*
*No*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | | | | | | | |
| **2** | | | | | | | |
| **3** | | | | | | | |
| **4** | | | | | | | |
| **5** | | | | | | | |
| **6** | | | | | | | |
| **7** | | | | | | | |
| **8** | | | | | | | |
| **9** | | | | | | | |
| **10** | | | | | | | |
| TOTAL | | | | | | | |

HA-5007 (04-94)

**Rural Community Insurance Services**
**Field Notes**

Insured: _____
Policy #: ELSE
Loss #: Line #54
Crop: 72A
Item #: _____ Acres: _____
QR. _____ SEC _____
TWP _____ RGE _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 26 | → | 23 | — | 21 | — | |
| 2 | 28 | – | 32 | – | 30 | 1 | |
| 3 | 38 | – | 12 | 1 | 14 | 2 | |
| 4 | 12 | – | 24 | – | 12 | – | |
| 5 | 25 | – | 19 | 1 | 23 | 1 | |
| 6 | 27 | – | 33 | 2 | 27 | 2 | |
| 7 | 19 | 3 | 10 | – | 18 | – | |
| 8 | 20 | 1 | 21 | 1 | 21 | 1 | |
| 9 | 25 | – | 22 | – | 33 | – | |
| 10 | 36 | – | 23 | – | 30 | – | |
| TOTAL | | 4 | | 5 | | 7 | |

HA-5007 (04-94)



EXHIBIT

59

mab 11-15-16

PENGAD 800-631-6989