

EXHIBIT
131
mab 1-12-17
PENGAD 800-631-6989

Line 24 – 142 acres
Test 1

## TEST #1 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| 1 | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |

Total: 0

### Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 12 | |
| 2 | 18 | 2 |
| 3 | 10 | |
| 4 | 12 | |
| 5 | 18 | 4 |
| 6 | 10 | 2 |
| 7 | 7 | 1 |
| 8 | 24 | 5 |
| 9 | 12 | 1 |
| 10 | 10 | |
| Add'l on ground | | |
| Total | 133 | 15 |
| % Gross Damage | 11.3 | |

OK        Close

Line 24 – 142 acres

Test 2



Line 24 – 142 acres
Test 3



Line 24 – 142 acres
Test 4



Line 24 – 142 acres
Test 5



Line 25 – 260 acres
Test 1



Line 25 – 260 acres
Test 2



TEST #2 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| 2 | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |

Total [  0  ]

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 20 | 6 |
| 2 | 14 | 5 |
| 3 | 19 | 3 |
| 4 | 23 | 9 |
| 5 | 28 | 8 |
| 6 | 23 | 10 |
| 7 | 24 | 11 |
| 8 | 22 | 10 |
| 9 | 14 | 9 |
| 10 | 17 | 6 |
| Addt'l on ground | | |
| Total | 204 | 77 |
| % Gross Damage | 37.7 | |

OK      Close

Line 25 – 260 acres
Test 3



Line 25 – 260 acres
Test 4



Line 25 – 260 acres
Test 5



| Plant No. | Pod Count on Plant Original | Lost |
|---|---|---|
| 1 | 29 | 10 |
| 2 | 28 | 10 |
| 3 | 13 | 8 |
| 4 | 21 | 7 |
| 5 | 17 | 6 |
| 6 | 25 | 14 |
| 7 | 19 | 6 |
| 8 | 8 | 4 |
| 9 | 21 | 12 |
| 10 | 14 | 12 |
| Addt'l on ground | | |
| Total | 195 | 89 |
| % Gross Damage | 45.6 | |

Line 25 – 260 acres
Test 6



Line 25 – 260 acres
Test 7



TEST #7 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | |

Total: 0

### Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 11 | 5 |
| 2 | 13 | 6 |
| 3 | 10 | 4 |
| 4 | 17 | 7 |
| 5 | 19 | 11 |
| 6 | 12 | 5 |
| 7 | 16 | 7 |
| 8 | 14 | 5 |
| 9 | 18 | 11 |
| 10 | 14 | 13 |
| Addt'l on ground | | |
| Total | 144 | 74 |
| % Gross Damage | 51.4 | |

OK        Close

Line 25 – 260 acres
Test 8



Line 25 – 260 acres
Test 9



| TEST #9 SOYBEAN FIELD NOTES | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | | | | | | | | | | | | | | | |
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | | | | | | | | | | | | | | | |
| 9 | | | | | ▼ | | | | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total [ 0 ]

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 12 | 10 |
| 2 | 18 | 9 |
| 3 | 16 | 10 |
| 4 | 20 | 11 |
| 5 | 22 | 15 |
| 6 | 17 | 7 |
| 7 | 14 | 8 |
| 8 | 23 | 20 |
| 9 | 20 | 15 |
| 10 | 20 | 16 |
| Addt'l on ground | | |
| Total | 182 | 121 |
| % Gross Damage | 66.5 | |

OK     Close

Line 25 – 260 acres
Test 10



Line 25 – 260 acres
Test 11



Line 28 – 620 acres
Test 1



Line 28 – 620 acres
Test 2



| | | No. Plants Per 10' Row | | Previous | Previous Cut off / | Previous Stand | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | Broken Over Payable % | Loss Payable % | | | |
| 2 | | | | V2 | 4.2 | 0.0 | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

Total    4.2

| | Pod Count on Plant | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 20 | 14 |
| 2 | 14 | 12 |
| 3 | 28 | 5 |
| 4 | 12 | 10 |
| 5 | 18 | 5 |
| 6 | 6 | 5 |
| 7 | 18 | 9 |
| 8 | 20 | 8 |
| 9 | 8 | 2 |
| 10 | 33 | 14 |
| Addt'l on ground | | |
| Total | 177 | 84 |
| % Gross Damage | 47.5 | |

OK      Close

Line 28 – 620 acres
Test 3



Line 28 – 620 acres
Test 4



TEST #4 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | V2 | 4.2 | 0.0 | | | | | | | | | | | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

Total: 4.2

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 14 | 5 |
| 2 | 25 | 7 |
| 3 | 18 | 3 |
| 4 | 37 | 10 |
| 5 | 13 | 2 |
| 6 | 23 | 1 |
| 7 | 18 | 6 |
| 8 | 24 | 2 |
| 9 | 8 | 8 |
| 10 | 25 | 4 |
| Addt'l on ground | | |
| Total | 205 | 48 |
| % Gross Damage | 23.4 | |

OK          Close

Line 28 – 620 acres
Test 5



TEST #5 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| 5 | | | | V2 | | 4.2 | | 0.0 | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | Avg Defol. | 0 | 0 |
| | | | | | | | | | | | | | | | | | | | | | 0 | | 0 |

Total: 4.2

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 19 | 2 |
| 2 | 16 | 2 |
| 3 | 43 | 7 |
| 4 | 25 | 7 |
| 5 | 39 | 10 |
| 6 | 23 | 3 |
| 7 | 30 | 11 |
| 8 | 28 | 5 |
| 9 | 36 | 6 |
| 10 | 32 | 5 |
| Addt'l on ground | | |
| Total | 291 | 58 |
| % Gross Damage | 19.9 | |

OK     Close

Line 28 – 620 acres
Test 6



Line 28 – 620 acres
Test 7



**TEST #7 SOYBEAN FIELD NOTES**

| Test # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| 7 | | | | V2 | 4.2 | 0.0 |

| Bruise Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

Total 4.2

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 16 | 3 |
| 2 | 10 | 1 |
| 3 | 27 | |
| 4 | 43 | 9 |
| 5 | 18 | 6 |
| 6 | 14 | 4 |
| 7 | 15 | 3 |
| 8 | 10 | 10 |
| 9 | 26 | 6 |
| 10 | 15 | 3 |
| Addt'l on ground | | |
| Total | 194 | 47 |
| % Gross Damage | 24.2 | |

OK      Close

Line 28 – 620 acres
Test 8



Line 28 – 620 acres
Test 9



TEST #9 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|
| | | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| Test # | Total Nodes | | | V2 | ▼ | | 4.2 | | 0.0 |
| 9 | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

Total 4.2

| | Pod Count on Plant | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 20 | 11 |
| 2 | 10 | 3 |
| 3 | 13 | 4 |
| 4 | 14 | 6 |
| 5 | 17 | |
| 6 | 22 | 8 |
| 7 | 20 | 5 |
| 8 | 6 | 3 |
| 9 | 24 | 11 |
| 10 | 24 | 7 |
| Addt'l on ground | | |
| Total | 170 | 58 |
| % Gross Damage | 34.1 | |

OK    Close

Line 28 – 620 acres
Test 10



TEST #10 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | V2 | 4.2 | 0.0 | | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

Total 4.2

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 15 | 2 |
| 2 | 16 | |
| 3 | 22 | 6 |
| 4 | 9 | 1 |
| 5 | 15 | 4 |
| 6 | 17 | 1 |
| 7 | 7 | 3 |
| 8 | 15 | |
| 9 | 15 | 2 |
| 10 | 14 | 4 |
| Addt'l on ground | | |
| Total | 145 | 23 |
| % Gross Damage | 15.9 | |

OK    Close

Line 28 – 620 acres
Test 11



TEST #11 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
| | | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| 11 | | | | V2 | | 4.2 | | 0.0 | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |

Total: 4.2

Pod Count on Plant

| Plant No. | Original | Lost |
| 1 | 20 | 4 |
| 2 | 30 | 1 |
| 3 | 20 | 1 |
| 4 | 12 | 2 |
| 5 | 16 | 6 |
| 6 | 42 | 25 |
| 7 | 43 | |
| 8 | 12 | |
| 9 | 29 | 4 |
| 10 | 21 | 1 |
| Addt'l on ground | | |
| Total | 245 | 44 |
| % Gross Damage | 18 | |

OK    Close

Line 29 – 230 acres
Test 1



Within the screenshot:

**TEST #1 SOYBEAN FIELD NOTES**

| Test # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|--------|-------------|--------------------------------|-----------|---------------------|------------------------------------------|-------------------------------|
| 1 | | | | | | |

| Bruise Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|----------------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|-------|-----------|--------|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total: 0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|-----------|----------|------|
| 1 | 29 | 1 |
| 2 | 38 | 3 |
| 3 | 17 | |
| 4 | 31 | 3 |
| 5 | 13 | |
| 6 | 16 | 2 |
| 7 | 32 | |
| 8 | 36 | 4 |
| 9 | 15 | 1 |
| 10 | 28 | 2 |
| Addt'l on ground | | 1 |
| Total | 255 | 16 |
| % Gross Damage | 6.3 | |

OK    Close

Line 29 – 230 acres
Test 2



Line 29 – 230 acres
Test 3



Line 29 – 230 acres
Test 4



FFIC 1344
Case 5:13-cv-04106-CJW   Document 149-13   Filed 03/13/17   Page 31 of 55

Line 30 – 150.3 acres
Test 1



Line 30 – 150.3 acres
Test 2



Line 30 – 150.3 acres
Test 3



TEST #3 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 3 | | | | | | |

| | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | Avg Defol | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | Total | | 0 | | | |

Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 23 | |
| 2 | 19 | |
| 3 | 18 | |
| 4 | 15 | |
| 5 | 6 | 1 |
| 6 | 14 | 2 |
| 7 | 15 | 3 |
| 8 | 18 | 2 |
| 9 | 8 | 1 |
| 10 | 24 | 2 |
| Addt'l on ground | | |
| Total | 160 | 11 |
| % Gross Damage | 6.9 | |

OK     Close

Line 30 – 150.3 acres
Test 4



Line 30 – 150.3 acres
Test 5



Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 15 | |
| 2 | 25 | |
| 3 | 30 | 4 |
| 4 | 7 | |
| 5 | 18 | 1 |
| 6 | 16 | |
| 7 | 16 | |
| 8 | 28 | |
| 9 | 15 | 2 |
| 10 | 31 | 1 |
| Addt'l on ground | | |
| Total | 201 | 8 |
| % Gross Damage | 4 | |

Line 31 – 101 acres
Test 1



FFIC 1350
Case 5:13-cv-04106-CJW   Document 149-13   Filed 03/13/17   Page 37 of 55

Line 31 – 101 acres

Test 2



Line 31 – 101 acres
Test 3



| Plant No. | Pod Count on Plant | |
|---|---|---|
| | Original | Lost |
| 1 | 11 | |
| 2 | 21 | |
| 3 | 25 | |
| 4 | 35 | 1 |
| 5 | 22 | 1 |
| 6 | 13 | |
| 7 | 31 | 1 |
| 8 | 20 | |
| 9 | 31 | |
| 10 | 11 | |
| Addt'l on ground | | |
| Total | 220 | 3 |
| % Gross Damage | 1.4 | |

Line 32 – 255 acres
Test 1



| TEST #1 SOYBEAN FIELD NOTES |
|---|

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| 1 | | Original | Remaining | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | Total | 0 | |

### Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 9 | 1 |
| 2 | 11 | |
| 3 | 41 | 3 |
| 4 | 45 | |
| 5 | 43 | |
| 6 | 15 | |
| 7 | 6 | |
| 8 | 78 | 3 |
| 9 | 15 | |
| 10 | 77 | 1 |
| Addt'l on ground | | |
| Total | 340 | 8 |
| % Gross Damage | 2.4 | |

OK    Close

Line 32 – 255 acres
Test 2



Line 32 – 255 acres
Test 3



Line 32 – 255 acres
Test 4



Line 32 – 255 acres
Test 5



Line 32 – 255 acres
Test 6



Line 34 – 70 acres
Test 1



TEST #1 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| 1 | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |

Total: 0

Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 7 | |
| 2 | 10 | |
| 3 | 48 | 7 |
| 4 | 37 | 5 |
| 5 | 35 | 3 |
| 6 | 12 | 1 |
| 7 | 15 | 5 |
| 8 | 11 | |
| 9 | 14 | |
| 10 | 14 | 2 |
| Addt'l on ground | | |
| Total | 203 | 24 |
| % Gross Damage | 11.8 | |

OK     Close

Line 34 – 70 acres
Test 2



**TEST #2 SOYBEAN FIELD NOTES**

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 2 | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total | 0 |

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 11 | 1 |
| 2 | 19 | 2 |
| 3 | 6 | |
| 4 | 53 | 13 |
| 5 | 51 | 1 |
| 6 | 8 | 2 |
| 7 | 46 | |
| 8 | 17 | |
| 9 | 45 | 3 |
| 10 | 6 | |
| Addt'l on ground | | |
| Total | 262 | 22 |
| % Gross Damage | 8.4 | |

OK    Close

Line 34 – 70 acres
Test 3



| | | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | | |
| 3 | | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | |

Total   0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 12 | 1 |
| 2 | 11 | |
| 3 | 16 | 1 |
| 4 | 15 | 2 |
| 5 | 15 | 1 |
| 6 | 12 | |
| 7 | 18 | 1 |
| 8 | 10 | 3 |
| 9 | 12 | |
| 10 | 23 | 7 |
| Addt'l on ground | | |
| Total | 144 | 16 |
| % Gross Damage | 11.1 | |

OK          Close

Line 34 – 70 acres
Test 4



Line 37 – 290 acres
Test 1



Line 37 – 290 acres
Test 2



Line 37 – 290 acres
Test 3



Line 37 – 290 acres
Test 4



Line 37 – 290 acres
Test 5



Line 37 – 290 acres
Test 6



Trial Ex. 23
Case 5:13-cv-04106-CJW   Document 149-13   Filed 03/13/17   Page 55 of 55
Case No. 13-CV-4106 CJW

FFIC 1368