Line 37 – 290 acres
Test 7



**TEST #7 SOYBEAN FIELD NOTES**

| Text # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| 7 | | | | ▼ | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total: 0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 13 | |
| 2 | 38 | 1 |
| 3 | 22 | |
| 4 | 28 | |
| 5 | 24 | |
| 6 | 12 | |
| 7 | 18 | |
| 8 | 31 | 1 |
| 9 | 12 | 1 |
| 10 | 17 | |
| Addt'l on ground | | |
| Total | 215 | 3 |
| % Gross Damage | 1.4 | |

OK          Close

Line 37 – 290 acres
Test 8



Line 37 – 290 acres
Test 9



Line 38 - 230 acres

Test 1



Line 38 – 230 acres

Test 2



Line 38 – 230 acres

Test 3



Line 39 – 1120 acres

Test 1



Line 39 – 1120 acres

Test 2



Line 39 – 1120 acres

Test 3



Line 39 – 1120 acres

Test 4



Line 39 – 1120 acres

Test 5



**TEST #5 SOYBEAN FIELD NOTES**

| | | No. Plants Per 10' Row | | Previous | Previous Cut off / | Previous Stand | |
|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | Broken Over Payable % | Loss Payable % | |
| 5 | | | | V2 | 6.6 | 0.0 | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total 6.6

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 15 | 2 |
| 2 | 22 | 4 |
| 3 | 28 | 4 |
| 4 | 12 | 2 |
| 5 | 13 | 4 |
| 6 | 24 | 3 |
| 7 | 22 | 2 |
| 8 | 18 | 3 |
| 9 | 14 | 4 |
| 10 | 45 | 8 |
| Addt'l on ground | | |
| Total | 213 | 36 |
| % Gross Damage | 16.9 | |

OK    Close

Line 39 – 1120 acres

Test 6



Line 39 – 1120 acres

Test 7



TEST #7 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 7 | | | | V2 | 6.6 | 0.0 |

| Bruise | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | | |

Total 6.6

Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 24 | 9 |
| 2 | 22 | 8 |
| 3 | 7 | 2 |
| 4 | 28 | 6 |
| 5 | 20 | 2 |
| 6 | 23 | 3 |
| 7 | 20 | 4 |
| 8 | 10 | 1 |
| 9 | 12 | |
| 10 | 27 | 5 |
| Addt'l on ground | | |
| Total | 193 | 40 |
| % Gross Damage | 20.7 | |

OK    Close

Line 39 – 1120 acres

Test 8



Line 39 – 1120 acres

Test 9



Line 39 – 1120 acres

Test 10



Line 39 – 1120 acres

Test 11



Line 39 – 1120 acres

Test 12



TEST #12 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 12 | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total 0

### Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 48 | 27 |
| 2 | 47 | 19 |
| 3 | 28 | 6 |
| 4 | 24 | 8 |
| 5 | 18 | 6 |
| 6 | 31 | 14 |
| 7 | 18 | 12 |
| 8 | 14 | 4 |
| 9 | 31 | 9 |
| 10 | 36 | 21 |
| Addt'l on ground | | |
| Total | 295 | 126 |
| % Gross Damage | 42.7 | |

OK     Close

Line 39 – 1120 acres

Test 13



TEST #13 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | Previous Cut off / | Previous Stand |
|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | Broken Over Payable % | Loss Payable % |
| 13 | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |

Total 0

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 10 | |
| 2 | 25 | 2 |
| 3 | 22 | 3 |
| 4 | 9 | 1 |
| 5 | 14 | 1 |
| 6 | 22 | 3 |
| 7 | 23 | 6 |
| 8 | 19 | 5 |
| 9 | 28 | 10 |
| 10 | 16 | 6 |
| Addt'l on ground | | |
| Total | 188 | 37 |
| % Gross Damage | 19.7 | |

OK     Close

Line 39 – 1120 acres

Test 14



Line 39 – 1120 acres

Test 15



Line 39 – 1120 acres

Test 16



Line 39 – 1120 acres

Test 17



TEST #17 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| 17 | | | | | | |

| Bruise Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total | 0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 36 | 2 |
| 2 | 39 | |
| 3 | 39 | 1 |
| 4 | 14 | |
| 5 | 36 | 1 |
| 6 | 20 | |
| 7 | 46 | 4 |
| 8 | 18 | |
| 9 | 26 | |
| 10 | 31 | 1 |
| Addt'l on ground | | |
| Total | 305 | 9 |
| % Gross Damage | 3 | |

OK          Close

Line 39 – 1120 acres

Test 18



Line 39 – 1120 acres

Test 19



TEST #19 SOYBEAN FIELD NOTES

| | Pod Count on Plant | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 48 | 18 |
| 2 | 18 | 4 |
| 3 | 8 | 4 |
| 4 | 17 | 7 |
| 5 | 17 | 2 |
| 6 | 25 | 12 |
| 7 | 30 | 8 |
| 8 | 38 | 10 |
| 9 | 18 | 8 |
| 10 | 36 | 31 |
| Addt'l on ground | | |
| Total | 255 | 104 |
| % Gross Damage | 40.8 | |

Line 39 – 1120 acres

Test 20



Line 40 – 152.2 acres

Test 1



Line 40 – 152.2 acres

Test 2



TEST #2 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| 2 | | | | V2 | 5.0 | 0.0 |

| Bruise Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total 5

| Plant No. | Pod Count on Plant Original | Lost |
|---|---|---|
| 1 | 10 | 5 |
| 2 | 48 | 38 |
| 3 | 21 | 8 |
| 4 | 64 | 48 |
| 5 | 38 | 21 |
| 6 | 31 | 12 |
| 7 | 58 | 38 |
| 8 | 10 | 4 |
| 9 | 20 | 10 |
| 10 | 43 | 25 |
| Addt'l on ground | | |
| Total | 343 | 209 |
| % Gross Damage | 60.9 | |

OK          Close

Line 40 – 152.2 acres

Test 3



TEST #3 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 3 | | | | V2 | 5.0 | 0.0 |

| | Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | Total | 5 | | | |

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 71 | 24 |
| 2 | 32 | 7 |
| 3 | 60 | 25 |
| 4 | 28 | 12 |
| 5 | 25 | 20 |
| 6 | 13 | 11 |
| 7 | 10 | 7 |
| 8 | 17 | 12 |
| 9 | 25 | 13 |
| 10 | 18 | 10 |
| Addt'l on ground | | |
| Total | 299 | 141 |
| % Gross Damage | 47.2 | |

OK    Close

Line 40 – 152.2 acres

Test 4



Line 40 – 152.2 acres

Test 5



Line 40 – 152.2 acres

Test 6



**TEST #6 SOYBEAN FIELD NOTES**

| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | |
|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | | Broken Over Payable % | | Loss Payable % | |
| 6 | | | | V2 | | | 5.0 | | 0.0 |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |

Total: 5

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 17 | |
| 2 | 23 | 1 |
| 3 | 44 | 7 |
| 4 | 32 | 1 |
| 5 | 25 | 5 |
| 6 | 33 | 2 |
| 7 | 32 | 4 |
| 8 | 43 | 11 |
| 9 | 21 | 2 |
| 10 | 55 | 11 |
| Addt'l on ground | | |
| Total | 325 | 44 |
| % Gross Damage | 13.5 | |

OK        Close

Line 41 – 120 acres

Test 1



Line 41 – 120 acres

Test 2



**TEST #2 SOYBEAN FIELD NOTES**

| Test # | Total Nodes | No. Plants Per 10' Row Original | Remaining | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | Total | | 0 | | |

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 7 | 1 |
| 2 | 8 | 8 |
| 3 | 11 | 10 |
| 4 | 10 | 9 |
| 5 | 6 | 6 |
| 6 | 16 | 14 |
| 7 | 19 | 17 |
| 8 | 6 | 5 |
| 9 | 18 | 15 |
| 10 | 8 | 6 |
| Addtl on ground | | |
| Total | 109 | 91 |
| % Gross Damage | 83.5 | |

OK     Close

FFIC 1402
Case 5:13-cv-04106-CJW   Document 149-14   Filed 03/13/17   Page 34 of 56

Line 41 – 120 acres

Test 3



Line 41 – 120 acres

Test 4



TEST #4 SOYBEAN FIELD NOTES

| | No. Plants Per 10' Row | | Previous | Previous Cut off / | Previous Stand |
|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | Broken Over Payable % | Loss Payable % |
| 4 | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total   0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 14 | 10 |
| 2 | 9 | 9 |
| 3 | 7 | 6 |
| 4 | 6 | 5 |
| 5 | 6 | 4 |
| 6 | 9 | 8 |
| 7 | 10 | 8 |
| 8 | 20 | 18 |
| 9 | 8 | 7 |
| 10 | 8 | 4 |
| Addt'l on ground | | |
| Total | 97 | 79 |
| % Gross Damage | 81.4 | |

OK          Close

Line 41 – 120 acres

Test 5



Line 41 – 120 acres

Test 6



TEST #6 SOYBEAN FIELD NOTES

| | | No. Plants Per 10' Row | | Previous | Previous Cut off / | Previous Stand | |
|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | Remaining | Stage Loss | Broken Over Payable % | Loss Payable % | |
| 6 | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total [ 0 ]

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 10 | 2 |
| 2 | 14 | 4 |
| 3 | 18 | 14 |
| 4 | 12 | 2 |
| 5 | 17 | 13 |
| 6 | 13 | 12 |
| 7 | 10 | 8 |
| 8 | 13 | 12 |
| 9 | 12 | 8 |
| 10 | 15 | 8 |
| Addt'l on ground | | |
| Total | 134 | 83 |
| % Gross Damage | 61.9 | |

OK          Close

FFIC 1406
Case 5:13-cv-04106-CJW   Document 149-14   Filed 03/13/17   Page 38 of 56
Case No. 13-CV-4106 CJW

Line 42 – 380 acres

Test 1



TEST #1 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 1 | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total | 0

Pod Count on Plant

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 15 | 2 |
| 2 | 23 | |
| 3 | 20 | |
| 4 | 12 | |
| 5 | 32 | |
| 6 | 21 | 1 |
| 7 | 16 | 1 |
| 8 | 14 | |
| 9 | 11 | |
| 10 | 24 | |
| Add'l on ground | | |
| Total | 188 | 4 |
| % Gross Damage | 2.1 | |

OK    Close

Line 42 – 380 acres

Test 2



**TEST #2 SOYBEAN FIELD NOTES**

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 2 | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bruise | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | Total | 0 | |

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 18 | 1 |
| 2 | 11 | |
| 3 | 13 | |
| 4 | 23 | |
| 5 | 22 | |
| 6 | 20 | |
| 7 | 17 | 1 |
| 8 | 11 | |
| 9 | 15 | |
| 10 | 22 | 1 |
| Addt'l on ground | | |
| Total | 172 | 3 |
| % Gross Damage | 1.7 | |

OK     Close

Line 42 – 380 acres

Test 3



Line 42 – 380 acres

Test 4



Line 42 – 380 acres

Test 5



Line 42 – 380 acres

Test 6



Line 42 – 380 acres

Test 7



Line 42 – 380 acres

Test 8



Line 43 – 155 acres

Test 1



Line 43 – 155 acres

Test 2



TEST #2 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous | Previous Cut off / | Previous Stand | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Original | Remaining | Stage Loss | Broken Over Payable % | Loss Payable % | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total [ 0 ]

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 15 | |
| 2 | 19 | |
| 3 | 22 | |
| 4 | 17 | 1 |
| 5 | 15 | |
| 6 | 25 | |
| 7 | 20 | 1 |
| 8 | 14 | |
| 9 | 18 | |
| 10 | 23 | 1 |
| Addt'l on ground | | |
| Total | 188 | 3 |
| % Gross Damage | 1.6 | |

OK    Close

Line 43 – 155 acres

Test 3



TEST #3 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % |
|---|---|---|---|---|---|---|
| | | Original | Remaining | | | |
| 3 | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total: 0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 36 | 1 |
| 2 | 28 | |
| 3 | 56 | 6 |
| 4 | 32 | 1 |
| 5 | 38 | |
| 6 | 28 | 1 |
| 7 | 22 | 1 |
| 8 | 32 | 2 |
| 9 | 33 | 4 |
| 10 | 28 | 1 |
| Addt'l on ground | | |
| Total | 333 | 17 |
| % Gross Damage | 5.1 | |

OK          Close

Line 43 – 155 acres

Test 4



| | | No. Plants Per 10' Row | | Previous | | Previous Cut off / | | Previous Stand | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test # | Total Nodes | Original | | Remaining | | Stage Loss | | Broken Over Payable % | | Loss Payable % | | | | | | | | | | | | |
| 4 | | | | | | | ▼ | | | | | | | | | | | | | | | |
| Bruise | | | | | | | | | | | | | | | | | | | | | | |
| Plant # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | % of Nodes | % Loss |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | |

Total: 0

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | 27 | |
| 2 | 54 | |
| 3 | 18 | 1 |
| 4 | 22 | |
| 5 | 36 | 4 |
| 6 | 29 | |
| 7 | 18 | |
| 8 | 55 | 1 |
| 9 | 46 | 2 |
| 10 | 57 | 2 |
| Add'l on ground | | |
| Total | 362 | 10 |
| % Gross Damage | 2.8 | |

OK          Close

FFIC 1418

Line 43 – 155 acres

Test 5



TEST #5 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | | | | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |

Total    0

**Pod Count on Plant**

| Plant No. | Original | Lost |
|---|---|---|
| 1 | 7 | 3 |
| 2 | 9 | 1 |
| 3 | 8 | 2 |
| 4 | 8 | 4 |
| 5 | 12 | 6 |
| 6 | 5 | 5 |
| 7 | 4 | |
| 8 | 6 | 1 |
| 9 | 13 | 3 |
| 10 | 7 | 1 |
| Addt'l on ground | | |
| Total | 79 | 26 |
| % Gross Damage | 32.9 | |

OK          Close

Line 44 – 75 acres

Test 1



TEST #1 SOYBEAN FIELD NOTES

| Test # | Total Nodes | No. Plants Per 10' Row | | Previous Stage Loss | Previous Cut off / Broken Over Payable % | Previous Stand Loss Payable % | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Original | Remaining | | | | | | | | | | | | | | | | | | | | | | |
| 1 | 40 | 80 | 67 | V2 | 2.0 | 0.0 | | | | | | | | | | | | | | | | | | | |

| Bruise | | | | | | | | | | | | | | | | | | | | | Total | % of Nodes | % Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Nodes Cut Off/Broken | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | | | | | Avg Defol. | |
| R Stages % Defol. | | | | | | | | | | | | | | | | | | | | | | | |

Total  2

| Pod Count on Plant | | |
|---|---|---|
| Plant No. | Original | Lost |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| Addt'l on ground | | |
| Total | | |
| % Gross Damage | | |

OK    Close

Line 44 – 75 acres

Test 2



Line 54 – 72 acres

Test 1



Line 54 – 72 acres

Test 2



Line 54 – 72 acres

Test 3

