Claim 216639-00 Notes

*10-16*

This claim is being sent up in order for it to be re-asigned to another adjuster in the area. Larry Greimme is going to make the assignment. I was given the claim only to have a computer to work it on. The primary adjuster, Mike Gamber, had a glitch in his Quest Hail program that would not allow defoliation to be entered on a soybean hail loss. There has been another loss since the loss Mike and I worked, therefore there is a needd to now get both losses addressed. The agent is aware of the process this claim is takiing for re-assignment .



Claim 216639-00 Notes



**Notes**                                                                              x

| Note Date / Time CST | Description | Note By |
|---|---|---|
| 10/01/2012 07:16 PM | may try cell 712-880-2639. | AGNIELS |

Close



```
Session A - [24 x 80]
File  Edit  View  Communication  Actions  Window  Help

Host: Pdcds.corp.rcis.comg    Port: 23         Workstation ID:              [ Disconnect ]


        Losses    Logging    Remarks    Disbursement    History    Hail exit


        Yr: 2012 Policy: 14-090-120853        Agency: 141252-01-ANOK    NON GUARANTEE
        BRUHN FARMS JOINT VENTURE             TERRY NIELSEN AGENCY
        14535 WALNUT AVE                      205 MAIN ST
        MAPLETON,IA 51034                     PO BOX 87
        Ph(s):  (712)882-2735                 IDA GROVE, IA  51445-0087
        Tax ID:  XX-XXX9925                   Ph(s): (712)364-2431  COLLECT STATUS

                                    —

                                              Created by: HAASE01

        Logging  Claim #:   219247  00       ─────────────────────────────────
        Date policy effective:   5/10/2012    SSO received date: 11/28/2012
        Date of loss:            9/11/2012    Logged by: QUEST
        Notice of loss received:  9/26/2012 AGN  Proof of loss signature:
        Proof worksheet printed: 10/03/2012   Claim keyed date:       11/30/2012
        Inspection hours:           120.00    Status:   PROCESSED 12/03/2012
                                              Take premium:           YES
                                              CHC:    014 184 STEVE A KEVORKIAN IN
                                              ACR:    014 184 STEVE A KEVORKIAN IN
                                              ADJ:    014 483 GALEN SORNSON INACTI

        RURAL COMMUNITY INSURANCE SERVICES        CHR103    1/19/17  14:33:47


MA  A              MW                              10/037
IB02 - Session successfully started                        HP Officejet 4630 series on USB001
```



Losses    Logging    Remarks    Disbursement    History    Hail exit

Yr: 2012 Policy: 14-090-120853          Agency: 141252-01-ANOK     NON GUARANTEE
BRUHN FARMS JOINT VENTURE                TERRY NIELSEN AGENCY
14535 WALNUT AVE                         205 MAIN ST
MAPLETON,IA 51034                        PO BOX 87
Ph(s):  (712)882-2735                    IDA GROVE, IA  51445-0087
Tax ID:  XX-XXX9925                      Ph(s):  (712)364-2431  COLLECT STATUS

                                         Created by: HAASE01

History for  Claim #:   219247 00

     1 NOTICE OF LOSS                              10/01/2012  19:17:02

                                                                   Bottom
     RURAL COMMUNITY INSURANCE SERVICES          CHR103     1/19/17  14:53:13

MA       A          MW                              16/044

TRIAL EX. 27

## Hail Claim Summary
### Crawford, Woodbury, Monona Counties

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-005331 | SBEAN | 206495-0 | CRAWFORD | 1 | 085N | 041W | 5/24/2012 | | H | 4.80 |
| 14-090-005331 | CORN | 206495-1 | CRAWFORD | 1 | 085N | 041W | 5/24/2012 | | H | 13.90 |
| 14-090-005331 | CORN | 206495-1 | CRAWFORD | 6 | 085N | 040W | 5/24/2012 | | H | 18.30 |
| 14-090-091333 | CORN | 218622-0 | CRAWFORD | 1 | 084N | 037W | 7/25/2012 | | H | 11.80 |
| 14-090-091333 | CORN | 218622-0 | CRAWFORD | 1 | 084N | 037W | 7/25/2012 | | W | 8.00 |
| 14-090-091333 | CORN | 218622-0 | CRAWFORD | 2 | 084N | 037W | 7/25/2012 | | H | 28.40 |
| 14-090-091333 | CORN | 218622-0 | CRAWFORD | 2 | 084N | 037W | 7/25/2012 | | W | 8.00 |
| 14-090-091333 | CORN | 218622-0 | CRAWFORD | 7 | 084N | 037W | 7/25/2012 | | H | 14.40 |
| 14-090-091333 | CORN | 218622-0 | CRAWFORD | 7 | 084N | 037W | 7/25/2012 | | W | 8.00 |
| 14-090-092406 | CORN | 214445-0 | CRAWFORD | 11 | 084N | 037W | 7/25/2012 | | H | 6.20 |
| 14-090-092406 | CORN | 214445-0 | CRAWFORD | 2 | 084N | 037W | 7/25/2012 | | H | 28.40 |
| 14-090-092406 | CORN | 214445-0 | CRAWFORD | 7 | 084N | 037W | 7/25/2012 | | H | 14.40 |
| 14-090-092406 | CORN | 218887-0 | CRAWFORD | 11 | 084N | 037W | 7/25/2012 | | W | 8.00 |
| 14-090-092406 | CORN | 218887-0 | CRAWFORD | 2 | 084N | 037W | 7/25/2012 | | W | 8.00 |
| 14-090-092406 | CORN | 218887-0 | CRAWFORD | 7 | 084N | 037W | 7/25/2012 | | W | 8.00 |
| 14-090-109456 | CORN | 218337-0 | CRAWFORD | 28 | 084N | 041W | 9/8/2012 | | H | 10.60 |
| 14-090-109456 | CORN | 218337-1 | CRAWFORD | 28 | 084N | 041W | 9/8/2012 | | H | 10.60 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 4 | 084N | 041W | 8/16/2012 | | H | 38.00 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 7 | 084N | 041W | 8/16/2012 | | H | 17.00 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 17 | 084N | 041W | 8/16/2012 | | H | 44.30 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 18 | 084N | 041W | 8/16/2012 | | H | 43.70 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 20 | 084N | 041W | 8/16/2012 | | H | 53.40 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 25 | 084N | 041W | 8/16/2012 | | H | 0.10 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 27 | 085N | 041W | 8/16/2012 | | H | 8.80 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 29 | 084N | 041W | 8/16/2012 | | H | 10.80 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 31 | 085N | 041W | 8/16/2012 | | H | 2.40 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 31 | 084N | 041W | 8/16/2012 | | H | 17.00 |
| 14-090-109464 | CORN | 216685-0 | CRAWFORD | 7 | 083N | 041W | 8/16/2012 | | H | 5.50 |
| 14-090-109464 | SBEAN | 216685-0 | CRAWFORD | 6 | 084N | 041W | 8/16/2012 | | H | 8.40 |
| 14-090-109464 | SBEAN | 216685-0 | CRAWFORD | 8 | 084N | 041W | 8/16/2012 | | H | 13.70 |
| 14-090-109464 | SBEAN | 216685-0 | CRAWFORD | 31 | 085N | 041W | 8/16/2012 | | H | 22.40 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 4 | 084N | 041W | 8/16/2012 | | H | 100.00 |

FFIC 669

## Hail Claim Summary
### Crawford, Woodbury, Monona Counties

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 7 | 084N | 041W | 8/16/2012 | | H | 55.42 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 17 | 084N | 041W | 8/16/2012 | | H | 100.00 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 18 | 084N | 041W | 8/16/2012 | | H | 100.00 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 20 | 084N | 041W | 8/16/2012 | | H | 100.00 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 25 | 084N | 041W | 8/16/2012 | | H | 1.52 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 27 | 085N | 041W | 8/16/2012 | | H | 5.91 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 29 | 084N | 041W | 8/16/2012 | | H | 38.18 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 31 | 085N | 041W | 8/16/2012 | | H | 11.30 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 31 | 084N | 041W | 8/16/2012 | | H | 56.94 |
| 14-090-109464 | CORN | 216685-1 | CRAWFORD | 7 | 083N | 041W | 8/16/2012 | | H | 18.77 |
| 14-090-109464 | SBEAN | 216685-1 | CRAWFORD | 6 | 084N | 041W | 8/16/2012 | | H | 20.15 |
| 14-090-109464 | SBEAN | 216685-1 | CRAWFORD | 8 | 084N | 041W | 8/16/2012 | | H | 32.88 |
| 14-090-109464 | SBEAN | 219902-0 | CRAWFORD | 31 | 085N | 041W | 8/16/2012 | | H | 53.76 |
| 14-090-109470 | CORN | 216941-0 | CRAWFORD | 5 | 083N | 041W | 7/25/2012 | | H | 15.60 |
| 14-090-109470 | CORN | 216941-1 | CRAWFORD | 5 | 083N | 041W | 7/25/2012 | | H | 15.60 |
| 14-090-109471 | CORN | 214433-0 | CRAWFORD | 27 | 084N | 038W | 7/25/2012 | | H | 34.60 |
| 14-090-109471 | CORN | 214433-0 | CRAWFORD | 33 | 084N | 038W | 7/25/2012 | | H | 2.90 |
| 14-090-109471 | CORN | 214433-0 | CRAWFORD | 33 | 084N | 038W | 7/25/2012 | | H | 12.00 |
| 14-090-109471 | CORN | 214433-1 | CRAWFORD | 27 | 084N | 038W | 7/25/2012 | | H | 34.60 |
| 14-090-109471 | CORN | 214433-1 | CRAWFORD | 33 | 084N | 038W | 7/25/2012 | | H | 2.90 |
| 14-090-109471 | CORN | 214433-1 | CRAWFORD | 33 | 084N | 038W | 7/25/2012 | | H | 12.00 |
| 14-090-109485 | CORN | 216880-0 | CRAWFORD | 24 | 084N | 037W | 7/25/2012 | | H | 6.10 |
| 14-090-109485 | CORN | 216880-0 | CRAWFORD | 20 | 084N | 037W | 7/25/2012 | | H | 11.80 |
| 14-090-109485 | CORN | 216880-0 | CRAWFORD | 19 | 084N | 037W | 7/25/2012 | | H | 21.40 |
| 14-090-109485 | CORN | 216880-1 | CRAWFORD | 24 | 084N | 037W | 7/25/2012 | | H | 6.10 |
| 14-090-109485 | CORN | 216880-1 | CRAWFORD | 20 | 084N | 037W | 7/25/2012 | | H | 11.80 |
| 14-090-109485 | CORN | 216880-1 | CRAWFORD | 19 | 084N | 037W | 7/25/2012 | | H | 21.40 |
| 14-090-109494 | CORN | 214454-0 | CRAWFORD | 36 | 085N | 038W | 7/25/2012 | | H | 63.10 |
| 14-090-109494 | CORN | 214454-1 | CRAWFORD | 36 | 085N | 038W | 7/25/2012 | | H | 63.10 |
| 14-090-109495 | CORN | 214455-0 | CRAWFORD | 36 | 085N | 038W | 7/25/2012 | | H | 63.10 |
| 14-090-109495 | CORN | 214455-1 | CRAWFORD | 36 | 085N | 038W | 7/25/2012 | | H | 63.10 |
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 9 | 085N | 037W | 7/25/2012 | | H | 9.10 |

FFIC 670

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 15 | 085N | 037W | 7/25/2012 | | H | 2.10 |
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 29 | 085N | 037W | 7/25/2012 | | H | 24.70 |
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 31 | 085N | 037W | 7/25/2012 | | H | 40.20 |
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 32 | 085N | 037W | 7/25/2012 | | H | 19.10 |
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 3 | 084N | 037W | 7/25/2012 | | H | 22.40 |
| 14-090-109502 | CORN | 214452-0 | CRAWFORD | 4 | 084N | 037W | 7/25/2012 | | H | 22.40 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 9 | 085N | 037W | 7/25/2012 | | H | 9.10 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 15 | 085N | 037W | 7/25/2012 | | H | 2.10 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 29 | 085N | 037W | 7/25/2012 | | H | 24.70 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 31 | 085N | 037W | 7/25/2012 | | H | 40.20 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 32 | 085N | 037W | 7/25/2012 | | H | 19.10 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 3 | 084N | 037W | 7/25/2012 | | H | 22.40 |
| 14-090-109502 | CORN | 214452-1 | CRAWFORD | 4 | 084N | 037W | 7/25/2012 | | H | 22.40 |
| 14-090-111261 | SBEAN | 218772-0 | CRAWFORD | 6 | 084N | 039W | 9/6/2012 | | H | 32.20 |
| 14-090-111261 | SBEAN | 218772-0 | CRAWFORD | 6 | 084N | 039W | 9/6/2012 | | H | 30.40 |
| 14-090-111261 | SBEAN | 218772-1 | CRAWFORD | 6 | 084N | 039W | 9/6/2012 | | H | 32.20 |
| 14-090-111261 | SBEAN | 218772-1 | CRAWFORD | 6 | 084N | 039W | 9/6/2012 | | H | 30.40 |
| 14-090-111261 | SBEAN | 220155-0 | CRAWFORD | 20 | 085N | 041W | 5/25/2012 | | H | 32.10 |
| 14-090-111261 | SBEAN | 220155-0 | CRAWFORD | 29 | 085N | 041W | 5/25/2012 | | H | 39.20 |
| 14-090-111261 | SBEAN | 220155-0 | CRAWFORD | 30 | 085N | 041W | 5/25/2012 | | H | 38.80 |
| 14-090-112972 | SBEAN | 219898-0 | CRAWFORD | 11 | 085N | 041W | 5/24/2012 | | H | 3.20 |
| 14-090-113705 | CORN | 209518-1 | CRAWFORD | 6 | 082N | 037W | 6/10/2012 | | H | 1.60 |
| 14-090-113705 | CORN | 209518-2 | CRAWFORD | 6 | 082N | 037W | 6/10/2012 | | H | 1.60 |
| 14-090-114671 | CORN | 214620-0 | CRAWFORD | 20 | 084N | 037W | 7/25/2012 | | H | 38.20 |
| 14-090-118454 | CORN | 217614-0 | CRAWFORD | 11 | 083N | 038W | 7/25/2012 | | H | 29.00 |
| 14-090-118454 | CORN | 217614-1 | CRAWFORD | 11 | 083N | 038W | 7/25/2012 | | H | 29.00 |
| 14-090-120853 | SBEAN | 219247-0 | CRAWFORD | 7 | 085N | 041W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 8.80 |
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 4 | 082N | 040W | 7/26/2012 | | H | 14.20 |
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 4 | 082N | 040W | 7/26/2012 | | H | 11.10 |
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 3 | 082N | 040W | 7/26/2012 | | H | 12.40 |
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 3 | 082N | 040W | 7/26/2012 | | H | 19.30 |
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 6 | 082N | 040W | 7/26/2012 | | H | 0.10 |

FFIC 671

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 5 | 082N | 040W | 7/26/2012 | | H | 11.00 |
| 14-090-120957 | CORN | 214422-0 | CRAWFORD | 33 | 083N | 040W | 7/26/2012 | | H | 15.40 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 4 | 082N | 040W | 7/26/2012 | | H | 14.20 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 4 | 082N | 040W | 7/26/2012 | | H | 11.10 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 3 | 082N | 040W | 7/26/2012 | | H | 12.40 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 3 | 082N | 040W | 7/26/2012 | | H | 19.30 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 6 | 082N | 040W | 7/26/2012 | | H | 8.00 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 5 | 082N | 040W | 7/26/2012 | | H | 11.00 |
| 14-090-120957 | CORN | 214422-1 | CRAWFORD | 33 | 083N | 040W | 7/26/2012 | | H | 15.40 |
| 14-090-120960 | CORN | 214423-0 | CRAWFORD | 34 | 083N | 040W | 7/25/2012 | | H | 8.50 |
| 14-090-120960 | CORN | 214423-1 | CRAWFORD | 4 | 082N | 040W | 7/25/2012 | | H | 8.00 |
| 14-090-120960 | CORN | 214423-1 | CRAWFORD | 7 | 082N | 040W | 7/25/2012 | | H | 8.00 |
| 14-090-120960 | CORN | 214423-1 | CRAWFORD | 12 | 082N | 041W | 7/25/2012 | | H | 8.00 |
| 14-090-120960 | CORN | 214423-1 | CRAWFORD | 34 | 083N | 040W | 7/25/2012 | | H | 8.50 |
| 14-090-120960 | CORN | 214423-1 | CRAWFORD | 11 | 082N | 040W | 7/25/2012 | | H | 8.00 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 5 | 082N | 039W | 8/16/2012 | | H | 74.20 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 21 | 082N | 039W | 8/16/2012 | | H | 55.40 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 26 | 082N | 040W | 8/16/2012 | | H | 41.40 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 16 | 082N | 039W | 8/16/2012 | | H | 30.20 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 29 | 083N | 039W | 8/16/2012 | | H | 42.80 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 23 | 082N | 039W | 8/16/2012 | | H | 69.90 |
| 14-090-125241 | SBEAN | 216683-0 | CRAWFORD | 31 | 083N | 039W | 8/16/2012 | | H | 48.80 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 5 | 082N | 039W | 8/16/2012 | | H | 74.20 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 21 | 082N | 039W | 8/16/2012 | | H | 55.40 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 26 | 082N | 040W | 8/16/2012 | | H | 41.40 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 16 | 082N | 039W | 8/16/2012 | | H | 30.20 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 29 | 083N | 039W | 8/16/2012 | | H | 42.80 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 23 | 082N | 039W | 8/16/2012 | | H | 69.90 |
| 14-090-125241 | SBEAN | 216683-1 | CRAWFORD | 31 | 083N | 039W | 8/16/2012 | | H | 48.80 |
| 14-090-129145 | CORN | 220066-0 | CRAWFORD | 11 | 082N | 040W | 9/5/2012 | | H | 8.00 |
| 14-090-558186 | CORN | 216460-0 | CRAWFORD | 12 | 083N | 041W | 8/8/2012 | | W | 24.80 |
| 14-090-915670 | SBEAN | 206494-0 | CRAWFORD | 1 | 085N | 041W | 5/24/2012 | | H | 4.80 |

FFIC 672

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-915670 | CORN | 206494-1 | CRAWFORD | 1 | 085N | 041W | 5/24/2012 | | H | 13.90 |
| 14-090-915670 | CORN | 206494-1 | CRAWFORD | 6 | 085N | 040W | 5/24/2012 | | H | 18.30 |
| 14-090-068314 | SBEAN | 205498-1 | MONONA | 29 | 083N | 044W | 5/19/2012 | | H | 2.80 |
| 14-090-068314 | SBEAN | 205498-1 | MONONA | 36 | 083N | 045W | 5/19/2012 | | H | 1.20 |
| 14-090-068316 | SBEAN | 205499-1 | MONONA | 29 | 083N | 044W | 5/19/2012 | | H | 2.80 |
| 14-090-068316 | SBEAN | 205499-1 | MONONA | 36 | 083N | 045W | 5/19/2012 | | H | 1.20 |
| 14-090-068319 | CORN | 205496-1 | MONONA | 20 | 083N | 044W | 5/19/2012 | | H | 1.10 |
| 14-090-068326 | CORN | 205508-1 | MONONA | 20 | 083N | 044W | 5/19/2012 | | H | 1.10 |
| 14-090-080797 | CORN | 216714-0 | MONONA | 28 | 085N | 042W | 8/16/2012 | | H | 14.20 |
| 14-090-080797 | SBEAN | 216714-0 | MONONA | 27 | 085N | 042W | 8/16/2012 | | H | 15.20 |
| 14-090-083946 | SBEAN | 208979-0 | MONONA | 20 | 083N | 045W | 5/25/2012 | | H | 1.80 |
| 14-090-083946 | SBEAN | 208979-0 | MONONA | 29 | 083N | 045W | 5/25/2012 | | H | 3.30 |
| 14-090-085086 | SBEAN | 216997-0 | MONONA | 27 | 085N | 047W | 7/25/2012 | | H | 21.00 |
| 14-090-085086 | SBEAN | 216997-0 | MONONA | 22 | 085N | 047W | 7/25/2012 | | H | 17.20 |
| 14-090-085086 | CORN | 216997-0 | MONONA | 27 | 085N | 047W | 7/25/2012 | | H | 22.60 |
| 14-090-085086 | CORN | 216997-0 | MONONA | 27 | 085N | 047W | 7/25/2012 | | H | 24.20 |
| 14-090-085087 | SBEAN | 216951-0 | MONONA | 22 | 085N | 047W | 7/25/2012 | | H | 17.20 |
| 14-090-085087 | CORN | 216951-0 | MONONA | 27 | 085N | 047W | 7/25/2012 | | H | 23.40 |
| 14-090-085087 | SBEAN | 216951-0 | MONONA | 27 | 085N | 047W | 7/25/2012 | | H | 21.00 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 10 | 083N | 042W | 8/16/2012 | | H | 21.80 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 4 | 083N | 042W | 8/16/2012 | | H | 18.00 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 33 | 085N | 043W | 8/16/2012 | | H | 17.20 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 15 | 085N | 042W | 8/16/2012 | | H | 8.50 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 24 | 083N | 042W | 8/16/2012 | | H | 4.80 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 25 | 085N | 042W | 8/16/2012 | | H | 8.50 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 26 | 084N | 042W | 8/16/2012 | | H | 39.30 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 31 | 082N | 043W | 8/16/2012 | | H | 19.70 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 7 | 083N | 042W | 8/16/2012 | | H | 6.30 |
| 14-090-109464 | CORN | 216685-0 | MONONA | 36 | 082N | 044W | 8/16/2012 | | H | 19.00 |
| 14-090-109464 | SBEAN | 216685-0 | MONONA | 3 | 084N | 042W | 8/16/2012 | | H | 26.80 |
| 14-090-109464 | SBEAN | 216685-0 | MONONA | 12 | 084N | 042W | 8/16/2012 | | H | 19.10 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 10 | 083N | 042W | 8/16/2012 | | H | 70.26 |

FFIC 673

Hail Claim Summary
Crawford, Woodbury, Monona Counties

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|----------|------|---------|--------|---------|--------|-------|---------------|---------|-------|----------|
| 14-090-109464 | CORN | 216685-1 | MONONA | 4 | 083N | 042W | 8/16/2012 | | H | 61.17 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 33 | 085N | 043W | 8/16/2012 | | H | 59.18 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 15 | 085N | 042W | 8/16/2012 | | H | 32.94 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 24 | 083N | 042W | 8/16/2012 | | H | 14.39 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 25 | 085N | 042W | 8/16/2012 | | H | 29.21 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 26 | 084N | 042W | 8/16/2012 | | H | 100.00 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 31 | 082N | 043W | 8/16/2012 | | H | 63.36 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 7 | 083N | 042W | 8/16/2012 | | H | 20.61 |
| 14-090-109464 | CORN | 216685-1 | MONONA | 36 | 082N | 044W | 8/16/2012 | | H | 61.08 |
| 14-090-109464 | SBEAN | 216685-1 | MONONA | 3 | 084N | 042W | 8/16/2012 | | H | 64.07 |
| 14-090-109464 | SBEAN | 216685-1 | MONONA | 12 | 084N | 042W | 8/16/2012 | | H | 45.83 |
| 14-090-113024 | CORN | 214753-0 | MONONA | 22 | 085N | 042W | 7/25/2012 | | H | 22.30 |
| 14-090-113024 | CORN | 219847-0 | MONONA | 22 | 085N | 042W | 7/26/2012 | | H | 22.30 |
| 14-090-114662 | CORN | 219933-0 | MONONA | 8 | 082N | 042W | 7/26/2012 | | W | 8.00 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 25 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 26 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 35 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 36 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 25 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 26 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 35 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | RYE | 208696-0 | MONONA | 36 | 084N | 043W | 5/23/2012 | BRUHN FARMS JOINT VENTURE | H | 20.10 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 32 | 084N | 042W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 4.20 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 33 | 084N | 042W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 4.20 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 23 | 084N | 043W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 6.60 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 25 | 084N | 043W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 6.60 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 26 | 084N | 043W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 6.60 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 35 | 084N | 043W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 6.60 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 36 | 084N | 043W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 6.60 |
| 14-090-120853 | SBEAN | 213205-0 | MONONA | 2 | 083N | 043W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 5.00 |
| 14-090-120853 | CORN | 219247-0 | MONONA | 23 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 7.80 |
| 14-090-120853 | CORN | 219247-0 | MONONA | 25 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 7.80 |

FFIC 674

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-120853 | CORN | 219247-0 | MONONA | 26 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 7.80 |
| 14-090-120853 | CORN | 219247-0 | MONONA | 35 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 7.80 |
| 14-090-120853 | CORN | 219247-0 | MONONA | 36 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 7.80 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 25 | 085N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 6.80 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 6 | 083N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 52.20 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 7 | 083N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 52.20 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 32 | 084N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 35.30 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 33 | 084N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 35.30 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 8 | 084N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 4.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 9 | 084N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 4.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 9 | 084N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 5.60 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 1 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 2.60 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 1 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 5.20 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 12 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 5.20 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 2 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 11.80 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 5 | 084N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 3.60 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 7 | 085N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 1.90 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 8 | 085N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 1.90 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 18 | 085N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 1.90 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 23 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 27.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 25 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 27.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 26 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 27.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 35 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 27.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 36 | 084N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 27.40 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 2 | 083N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 34.20 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 14 | 083N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 70.90 |
| 14-090-120853 | SBEAN | 219247-0 | MONONA | 27 | 085N | 044W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 2.70 |
| 14-090-123036 | SBEAN | 216617-0 | MONONA | 1 | 084N | 044W | 8/15/2012 | | H | 4.50 |
| 14-090-125241 | SBEAN | 216683-0 | MONONA | 6 | 084N | 042W | 8/16/2012 | | H | 43.50 |
| 14-090-125241 | SBEAN | 216683-0 | MONONA | 11 | 084N | 043W | 8/16/2012 | | H | 32.10 |
| 14-090-125241 | SBEAN | 216683-0 | MONONA | 32 | 085N | 042W | 8/16/2012 | | H | 29.20 |
| 14-090-125241 | SBEAN | 216683-0 | MONONA | 2 | 084N | 042W | 8/16/2012 | | H | 19.90 |

FFIC 675

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-125241 | SBEAN | 216683-1 | MONONA | 6 | 084N | 042W | 8/16/2012 | | H | 43.50 |
| 14-090-125241 | SBEAN | 216683-1 | MONONA | 11 | 084N | 043W | 8/16/2012 | | H | 32.10 |
| 14-090-125241 | SBEAN | 216683-1 | MONONA | 32 | 085N | 042W | 8/16/2012 | | H | 29.20 |
| 14-090-125241 | SBEAN | 216683-1 | MONONA | 2 | 084N | 042W | 8/16/2012 | | H | 19.90 |
| 14-090-126496 | SBEAN | 219165-0 | MONONA | 14 | 083N | 043W | 9/4/2012 | | H | 60.30 |
| 14-090-127424 | CORN | 214281-0 | MONONA | 26 | 085N | 043W | 7/25/2012 | | W | 77.10 |
| 14-090-127424 | CORN | 214281-0 | MONONA | 26 | 085N | 043W | 7/25/2012 | | W | 8.00 |
| 14-090-127424 | SBEAN | 214281-0 | MONONA | 26 | 085N | 043W | 7/25/2012 | | H | 5.50 |
| 14-090-725844 | SBEAN | 206568-0 | MONONA | 15 | 084N | 043W | 5/23/2012 | | H | 2.10 |
| 14-090-725844 | SBEAN | 206568-0 | MONONA | 17 | 084N | 043W | 5/23/2012 | | H | 8.00 |
| 14-090-725844 | SBEAN | 206568-0 | MONONA | 17 | 084N | 043W | 5/23/2012 | | H | 3.60 |
| 14-090-725844 | SBEAN | 206568-0 | MONONA | 21 | 084N | 043W | 5/23/2012 | | H | 3.50 |
| 14-090-725844 | SBEAN | 206568-0 | MONONA | 28 | 084N | 043W | 5/23/2012 | | H | 5.90 |
| 14-090-725844 | SBEAN | 206568-0 | MONONA | 28 | 084N | 043W | 5/23/2012 | | H | 2.10 |
| 14-090-852050 | SBEAN | 206577-0 | MONONA | 34 | 085N | 042W | 5/23/2012 | | H | 6.40 |
| 14-090-852050 | CORN | 206577-1 | MONONA | 34 | 085N | 042W | 5/23/2012 | | H | 13.00 |
| 14-090-871627 | SBEAN | 206576-0 | MONONA | 34 | 085N | 042W | 5/23/2012 | | H | 6.00 |
| 14-090-872589 | CORN | 214473-0 | MONONA | 30 | 085N | 046W | 7/25/2012 | | H | 21.20 |
| 14-090-872592 | SBEAN | 206611-0 | MONONA | 33 | 084N | 043W | 5/23/2012 | | H | 3.30 |
| 14-090-872592 | SBEAN | 206611-0 | MONONA | 33 | 084N | 043W | 5/23/2012 | | H | 2.30 |
| 14-090-903817 | SBEAN | 206438-0 | MONONA | 19 | 083N | 044W | 5/23/2012 | | H | 4.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 19 | 083N | 044W | 7/26/2012 | | W | 14.80 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 19 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 24 | 084N | 045W | 7/26/2012 | | W | 3.50 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 24 | 084N | 045W | 7/26/2012 | | W | 8.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 32.50 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 2.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | H | 21.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 8 | 083N | 044W | 7/26/2012 | | W | 16.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 8 | 083N | 044W | 7/26/2012 | | W | 8.00 |

FFIC 676

## Hail Claim Summary
### Crawford, Woodbury, Monona Counties

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-903817 | CORN | 214794-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 18.90 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903817 | CORN | 214794-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 29.50 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 32.50 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 2.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 21.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 6 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 8 | 083N | 044W | 7/26/2012 | | W | 16.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 8 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 18.90 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 21.50 |
| 14-090-903858 | CORN | 214797-0 | MONONA | 7 | 083N | 044W | 7/26/2012 | | W | 8.00 |
| 14-090-977432 | SBEAN | 206458-0 | MONONA | 19 | 083N | 044W | 4/23/2012 | | H | 4.00 |
| 14-090-977432 | CORN | 219493-0 | MONONA | 19 | 083N | 044W | 7/26/2012 | | H | 14.80 |
| 14-090-977432 | CORN | 219493-0 | MONONA | 4 | 084N | 045W | 7/26/2012 | | H | 8.00 |
| 14-090-977432 | CORN | 219493-0 | MONONA | 24 | 084N | 045W | 7/26/2012 | | H | 3.50 |
| 14-090-078183 | SBEAN | 208988-0 | WOODBURY | 20 | 087N | 044W | 5/26/2012 | | H | 1.30 |
| 14-090-078183 | CORN | 214385-0 | WOODBURY | 20 | 087N | 044W | 7/25/2012 | | W | 8.00 |
| 14-090-081185 | SBEAN | 214380-0 | WOODBURY | 5 | 087N | 044W | 7/25/2012 | | H | 7.40 |
| 14-090-083948 | CORN | 216952-0 | WOODBURY | 32 | 086N | 045W | 8/3/2012 | | H | 10.60 |
| 14-090-101813 | CORN | 217935-1 | WOODBURY | 22 | 089N | 043W | 9/4/2012 | | H | 3.50 |
| 14-090-107010 | SBEAN | 219205-1 | WOODBURY | 1 | 089N | 045W | 9/4/2012 | | H | 5.20 |
| 14-090-109126 | SBEAN | 218862-0 | WOODBURY | 19 | 089N | 042W | 9/4/2012 | | H | 1.60 |
| 14-090-109126 | SBEAN | 218862-0 | WOODBURY | 1 | 089N | 043W | 9/4/2012 | | H | 6.50 |
| 14-090-109126 | SBEAN | 218862-0 | WOODBURY | 19 | 089N | 043W | 9/4/2012 | | H | 33.60 |
| 14-090-109126 | CORN | 218862-0 | WOODBURY | 11 | 089N | 043W | 9/4/2012 | | H | 16.10 |
| 14-090-109126 | CORN | 218862-0 | WOODBURY | 24 | 089N | 043W | 9/4/2012 | | H | 11.40 |
| 14-090-109126 | CORN | 218862-0 | WOODBURY | 11 | 089N | 043W | 9/4/2012 | | H | 6.20 |
| 14-090-109126 | SBEAN | 218862-1 | WOODBURY | 19 | 089N | 042W | 9/4/2012 | | H | 1.60 |
| 14-090-109126 | SBEAN | 218862-1 | WOODBURY | 1 | 089N | 043W | 9/4/2012 | | H | 6.50 |

FFIC 677

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-090-109126 | SBEAN | 218862-1 | WOODBURY | 19 | 089N | 043W | 9/4/2012 | | H | 33.60 |
| 14-090-109126 | CORN | 218862-1 | WOODBURY | 11 | 089N | 043W | 9/4/2012 | | H | 16.10 |
| 14-090-109126 | CORN | 218862-1 | WOODBURY | 24 | 089N | 043W | 9/4/2012 | | H | 11.40 |
| 14-090-109126 | CORN | 218862-1 | WOODBURY | 11 | 089N | 043W | 9/4/2012 | | H | 6.20 |
| 14-090-109376 | SBEAN | 215978-1 | WOODBURY | 13 | 089N | 042W | 8/8/2012 | | H | 1.20 |
| 14-090-109376 | SBEAN | 215978-2 | WOODBURY | 13 | 089N | 042W | 8/8/2012 | | H | 1.20 |
| 14-090-111213 | CORN | 207406-1 | WOODBURY | 19 | 087N | 042W | 5/27/2012 | | H | 6.00 |
| 14-090-111213 | CORN | 207406-1 | WOODBURY | 15 | 087N | 043W | 5/27/2012 | | H | 5.00 |
| 14-090-120853 | SBEAN | 213205-0 | WOODBURY | 30 | 086N | 042W | 6/14/2012 | BRUHN FARMS JOINT VENTURE | H | 2.30 |
| 14-090-120853 | SBEAN | 219247-0 | WOODBURY | 30 | 086N | 042W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 2.30 |
| 14-090-120853 | SBEAN | 219247-0 | WOODBURY | 25 | 086N | 043W | 9/11/2012 | BRUHN FARMS JOINT VENTURE | H | 2.10 |
| 14-090-123464 | SBEAN | 212017-1 | WOODBURY | 24 | 087N | 047W | 6/18/2012 | | H | 16.40 |
| 14-090-123464 | CORN | 212017-1 | WOODBURY | 24 | 087N | 047W | 6/18/2012 | | H | 9.10 |
| 14-090-123467 | CORN | 212019-1 | WOODBURY | 25 | 087N | 047W | 6/18/2012 | | H | 5.30 |
| 14-090-123467 | SBEAN | 212019-1 | WOODBURY | 25 | 087N | 047W | 6/18/2012 | | H | 6.50 |
| 14-090-641467 | CORN | 215351-0 | WOODBURY | 19 | 086N | 042W | 7/25/2012 | | W | 10.00 |
| 14-090-641467 | CORN | 215351-0 | WOODBURY | 19 | 086N | 042W | 7/25/2012 | | W | 8.80 |
| 14-090-641467 | CORN | 215351-0 | WOODBURY | 18 | 086N | 042W | 7/25/2012 | | W | 10.40 |
| 14-090-816770 | SBEAN | 208980-0 | WOODBURY | 13 | 087N | 044W | 5/25/2012 | | H | 5.90 |
| 14-090-840632 | CORN | 217365-0 | WOODBURY | 13 | 087N | 045W | 7/23/2012 | | W | 8.00 |
| 14-090-840632 | CORN | 217365-0 | WOODBURY | 35 | 087N | 045W | 7/23/2012 | | W | 8.00 |
| 14-090-840632 | CORN | 217365-0 | WOODBURY | 24 | 087N | 045W | 7/23/2012 | | W | 8.00 |
| 14-090-840632 | CORN | 217365-0 | WOODBURY | 2 | 086N | 045W | 7/23/2012 | | W | 8.00 |
| 14-090-860396 | CORN | 206724-0 | WOODBURY | 17 | 087N | 043W | 5/26/2012 | | H | 2.10 |
| 14-090-860396 | CORN | 206724-0 | WOODBURY | 19 | 087N | 043W | 5/26/2012 | | H | 2.10 |
| 14-090-860396 | SBEAN | 206724-0 | WOODBURY | 17 | 087N | 043W | 5/26/2012 | | H | 4.40 |
| 14-090-860396 | SBEAN | 206724-0 | WOODBURY | 17 | 087N | 043W | 5/26/2012 | | H | 4.50 |
| 14-090-860396 | SBEAN | 206724-0 | WOODBURY | 17 | 087N | 043W | 5/26/2012 | | H | 4.00 |
| 14-090-973323 | CORN | 214611-0 | WOODBURY | 3 | 087N | 042W | 7/25/2012 | | H | 7.50 |
| 14-090-973323 | SBEAN | 214611-0 | WOODBURY | 18 | 087N | 044W | 7/25/2012 | | H | 8.40 |
| 14-090-973323 | SBEAN | 214611-0 | WOODBURY | 22 | 088N | 045W | 7/25/2012 | | H | 2.70 |
| 14-090-973323 | SBEAN | 214611-0 | WOODBURY | 24 | 087N | 045W | 7/25/2012 | | H | 12.50 |

FFIC 678

## Hail Claim Summary
### Crawford, Woodbury, Monona Counties

| Policy # | Crop | Claim # | County | Section | Twnshp | Range | Reported D/L* | Insured | Peril | Agreed % |
|----------|------|---------|--------|---------|--------|-------|---------------|---------|-------|----------|
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 13 | 087N | 043W | 9/14/2012 | | H | 14.70 |
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 20 | 087N | 043W | 9/14/2012 | | H | 14.40 |
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 18 | 087N | 044W | 9/14/2012 | | H | 14.40 |
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 22 | 088N | 045W | 9/14/2012 | | H | 16.80 |
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 22 | 088N | 045W | 9/14/2012 | | H | 13.90 |
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 2 | 086N | 046W | 9/14/2012 | | H | 7.60 |
| 14-090-973323 | SBEAN | 217837-0 | WOODBURY | 30 | 088N | 046W | 9/14/2012 | | H | 12.40 |
| 14-090-984253 | SBEAN | 214382-0 | WOODBURY | 13 | 087N | 045W | 7/25/2012 | | H | 7.20 |
| 14-090-994751 | SBEAN | 214438-0 | WOODBURY | 34 | 088N | 045W | 7/25/2012 | | H | 3.40 |

Notes:

Claim numbers ending in "-0" are original claims.

Where claim number ends in "-1," the original claim was deferred and given the same claim number with "-0" replaced with "-1."

Where claim number ends in "-2," the claim was deferred for a second time and "-1" was replaced with "-2."

FFIC 679

TATE

Cty _____ Twp 85 Rge 47

| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 21 17A | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

Cty _____ Twp _____ Rge _____

| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |

Cty _____ Twp 85 Rge 46

| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

Cty _____ Twp _____ Rge _____

| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |

FFIC 0181

Cty _____ Twp 85 Rge 45

| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

Cty _____ Twp 84 Rge 45

| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |



twp-rge-map

HA-4001 (01-02)

FFIC 0182



FFIC 0183

TATE



Cty \_\_\_\_ Twp 85 Rge 44

| | | | | | |
|---|---|---|---|---|---|
| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

Cty \_\_\_\_ Twp 84 Rge 44

| | | | | | |
|---|---|---|---|---|---|
| 6 | 5 | 4 | 3 | 2 | 4,5 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |

Cty \_\_\_\_ Twp 85 Rge 43

Cty \_\_\_\_ Twp 84 Rge 43

Cty \_\_\_\_ Twp 85 Rge 42

Cty \_\_\_\_ Twp 84 Rge 42

Neighbor
Lower
Red's
E-west

FFIC 0184

## Burkhart, Larry   (RCIS)

| | |
|---|---|
| **From:** | Burkhart, Larry   (RCIS) |
| **Sent:** | Friday, January 04, 2013 9:15 AM |
| **To:** | Eldredge, Chuck L   (RCIS) |
| **Cc:** | Poverud, Rick D   (RCIS) |
| **Subject:** | RE: Bruhn (the endless hail claim) |

Thanks, I'm trying to get claim numbers now so I can check into what was paid and where.

**From:** Eldredge, Chuck L (RCIS)
**Sent:** Friday, January 04, 2013 9:14 AM
**To:** Burkhart, Larry (RCIS)
**Cc:** Poverud, Rick D (RCIS)
**Subject:** FW: Bruhn (the endless hail claim)

In case you need this for your documentation gathering project.

**From:** Nelson, Rodney L (RCIS)
**Sent:** Thursday, January 03, 2013 5:17 PM
**To:** Burkhart, Larry (RCIS)
**Cc:** Eldredge, Chuck L (RCIS); Bird, Dan L (RCIS)
**Subject:** Bruhn (the endless hail claim)

I know you are continuing to work on this nightmare. Just something you should know, for some reason and I do not know how Al Bruhn knows, there is a neighbor that has an HPP policy with us written by FCS of America. The neighbor is Hans Hoffmeier (#125241) and he has a couple of fields across the road from some of Al's soybeans.

One field is section 2 T 84 R 43 paid Hans 19.9% on soybeans and Al in section 1 paid 2.6%. The system says the township is R 42, but Terry Nielsen says that is wrong as Terry knows all about this, which is how I know.

The other field is in section 11 T 84 R 43 paid Hans 32.1% on soybeans and Al in section 12 paid 5.2%. It could be both claims were worked correctly and paid correctly, but this is why Al does not agree with our adjustment of his soybeans. Al heard someone in town say that Hans was paid a 39% hail loss on his soybeans by RCIS.

Also, do not bring up Hans Hoffmeier with Al as Al cannot stand the man as they compete for rent on some of the land each of them farm.



EXHIBIT

30

PENGAD 800-631-6989

FFIC 0536

## Burkhart, Larry (RCIS)

| | |
|---|---|
| From: | Burkhart, Larry (RCIS) |
| Sent: | Thursday, November 01, 2012 8:53 AM |
| To: | Buckingham, Tim (RCIS) |
| Subject: | Re: Bruhn Farms 219247-00 |

Thanks. Thought I recognized the name   My only concern is delaying a shatter loss for any reason.....they only get worse.......nothing to do about it now though.

Larry

On Nov 1, 2012, at 8:48 AM, "Buckingham, Tim (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:

> It looks like the 5 previous loses were assigned to Jim Baldwin, Craig Polson, Mike Gamber, and Clay Manes and show Randy Feldman currently that needs to be added to this one.  Galen Sorenson has claim # 6 and called me yesterday. I asked him why we waited so long and he said the insured was too busy and kept putting it off. Larry Grieme said Galen called him and asked for help so he took 6 guys down and worked it in pairs. He said plenty of good sample areas were left. One field had 25 sample areasI  I asked Larry to do the review since he has been involved in it.  He is going to send to me to look at before it goes in. The proof shows DOL of 9-11-12 with Randy as the adjuster.
>
> From: Burkhart, Larry (RCIS)
> Sent: Thursday, November 01, 2012 8:10 AM
> To: Buckingham, Tim (RCIS)
> Subject: Re: Bruhn Farms 219247-00
>
> When was the claim worked and who was the adjuster............have you looked at it or is there anything to look at ?.
>
> Larry
>
> On Oct 31, 2012, at 9:32 PM, "Buckingham, Tim (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:
>
> > 9 15 for this claim # 5
> >
> > From: Burkhart, Larry (RCIS)
> > Sent: Wednesday, October 31, 2012 09:29 PM
> > To: Buckingham, Tim (RCIS)
> > Subject: Re: Bruhn Farms 219247-00
> >
> > OMG no, had not heard.  When was the loss date ?
> >
> > Larry
> >
> > On Oct 31, 2012, at 2:10 PM, "Buckingham, Tim (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:

1

FFIC 0101

I found out today that we have a high dollar loss on this policy from shatter loss on 6000 acres. Sounds like the estimate is $422,000. Didn't know if you were aware of it already or not?

Tim
Buckingham

QAM/ Learning and Development Consultant
Office (641) 446-6898
Cell (515) 491-6440

FFIC 0102

**Burkhart, Larry (RCIS)**

From:           Burkhart, Larry (RCIS)
Sent:           Thursday, November 01, 2012 9:26 AM
To:             Buckingham, Tim (RCIS)
Subject:        Re: Bruhn Farms 219247-00


Larry probably enough, although you being there would be better, when is he going and how far from you is it ?

Larry

On Nov 1, 2012, at 9:15 AM, "Buckingham, Tim (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:

> I agree that it should have been worked much sooner. Larry G said it was not huge loss % but rather big
> acres that made it so large. Steve Kevorkian said he had included this one in his estimates he gave
> earlier but had projected a higher number. Do you want me to go up and look or is it ok to let Larry do
> the review as planned?

>> From: Burkhart, Larry (RCIS)
>> Sent: Thursday, November 01, 2012 8:53 AM
>> To: Buckingham, Tim (RCIS)
>> Subject: Re: Bruhn Farms 219247-00

>> Thanks. Thought I recognized the name   My only concern is delaying a shatter loss for any
>> reason.....they only get worse.......nothing to do about it now though.

>> Larry

>> On Nov 1, 2012, at 8:48 AM, "Buckingham, Tim (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:

>>> It looks like the 5 previous loses were assigned to Jim Baldwin, Craig Polson, Mike
>>> Gamber, and Clay Manes and show Randy Feldman currently that needs to be added to
>>> this one. Galen Sorenson has claim # 6 and called me yesterday. I asked him why we
>>> waited so long and he said the insured was too busy and kept putting it off. Larry
>>> Grieme said Galen called him and asked for help so he took 6 guys down and worked it
>>> in pairs. He said plenty of good sample areas were left. One field had 25 sample
>>> areas! I asked Larry to do the review since he has been involved in it. He is going to
>>> send to me to look at before it goes in. The proof shows DOL of 9-11-12 with Randy as
>>> the adjuster.

>>>> From: Burkhart, Larry (RCIS)
>>>> Sent: Thursday, November 01, 2012 8:10 AM
>>>> To: Buckingham, Tim (RCIS)
>>>> Subject: Re: Bruhn Farms 219247-00

>>>> When was the claim worked and who was the adjuster...........have you looked at it or is
>>>> there anything to look at ?.

>>>> Larry

1

FFIC 0103

On Oct 31, 2012, at 9:32 PM, "Buckingham, Tim (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:

9 15 for this claim # 5

**From:** Burkhart, Larry (RCIS)
**Sent:** Wednesday, October 31, 2012 09:29 PM
**To:** Buckingham, Tim (RCIS)
**Subject:** Re: Bruhn Farms 219247-00

OMG no, had not heard. When was the loss date ?

Larry

On Oct 31, 2012, at 2:10 PM, "Buckingham, Tim (RCIS)"
<Tim.Buckingham@RCIS.COM> wrote:

I found out today that we have a high dollar loss on this
policy from shatter loss on 6000 acres. Sounds like the
estimate is $422,000. Didn't know if you were aware of
it already or not?

Tim
Buckingham

QAM/ Learning and Development
Consultant
Office (641) 446-6898
Cell (515) 491-6440

FFIC 0104

## Burkhart, Larry  (RCIS)

From:         Burkhart, Larry  (RCIS)
Sent:         Thursday, November 01, 2012 9:39 AM
To:           Buckingham, Tim  (RCIS)
Subject:      Re: Bruhn Farms 219247-00


Go ahead with that plan then......forgot it was that far.  Probably no issue.

Larry

On Nov 1, 2012, at 9:37 AM, "Buckingham, Tim  (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:

> Looks like about 250 miles or so from here. Not sure when but assume today or tomorrow.  Larry was
> going to send it to me to review before he submits it.
>
>
> **From:** Burkhart, Larry (RCIS)
> **Sent:** Thursday, November 01, 2012 9:26 AM
> **To:** Buckingham, Tim (RCIS)
> **Subject:** Re: Bruhn Farms 219247-00
>
> Larry probably enough, although you being there would be better, when is he going and how far from
> you is it ?
>
> Larry
>
> On Nov 1, 2012, at 9:15 AM, "Buckingham, Tim  (RCIS)" <Tim.Buckingham@RCIS.COM> wrote:
>
>> I agree that it should have been worked much sooner. Larry G said it was not huge loss
>> % but rather big acres that made it so large.  Steve Kevorkian said he had included this
>> one in his estimates he gave earlier but had  projected a higher number. Do you want
>> me to go up and look or is it ok to let Larry do the review as planned?
>>
>>
>> **From:** Burkhart, Larry (RCIS)
>> **Sent:** Thursday, November 01, 2012 8:53 AM
>> **To:** Buckingham, Tim (RCIS)
>> **Subject:** Re: Bruhn Farms 219247-00
>>
>> Thanks.  Thought I recognized the name   My only concern is delaying a shatter loss for
>> any reason.....they only get worse.......nothing to do about it now though.
>>
>> Larry
>>
>> On Nov 1, 2012, at 8:48 AM, "Buckingham, Tim  (RCIS)" <Tim.Buckingham@RCIS.COM>
>> wrote:
>>
>>> It looks like the 5 previous loses were assigned to Jim Baldwin, Craig
>>> Polson, Mike Gamber, and Clay Manes and show Randy Feldman
>>> currently that needs to be added to this one.  Galen Sorenson has claim

FFIC 0105

1

FRCIS

## 2012 Hail Field Review

| Policy Name: | | Type of Review: | Date of Loss: | Date of Adj: | Review Date: |
|---|---|---|---|---|---|
| Bruhn Farms Joint Venture | | High Dollar | 9/11/2012 | 10/22/2012 | 10/23/2012 |
| Policy No: | Authorized Signature Name: | | Claim No: | Crop Year: | Crops: |
| 14-090-120853 | Al Bruhn | | 216639 | 2012 | soybeans |
| ACS: | RCM: | | Adj. Name: | | Adj. Code: |
| Kevorkian, Steve | Cerven, Ed | | Galen Sornson | | 14483 |

Please use drop down arrow in each box to fill in answer.

A.  Is Staging Correct?  **YES**

B.  Were the correct charts/factors used?  **YES**

C.  Do the acres reflect the percent of damage?  **YES**

D.  Is complete documentation included for Non-Waiver situations?  **N/A**

E.  Are all facts noted in the fact sheet?  *Yes*

F.  Were the minimum number of counts taken?  **YES**

G.  Was loss uploaded or mailed on a timely basis?  **NO**

H.  Were NCIS procedures followed?  **YES**

I.  Was the insured or authorized representative signature verified?  *Will not sign*

J.  Was agent contacted by adjuster before and after the loss was completed?  **YES**

K.  Are all signatures and pictures included?  **YES**
(HPP may not have the applicable signature at the time of field review.)

Date Reviewed with Adjuster: 11-27-12

Comments:
This loss was not submitted to the company until 9-26. Gaylen called me on 10-17 saying he needed some help on this claim because of all the acres to be looked at. On 10-22 there were six of us that started on this claim. There was 6500 acres of shatter to count. It was finished on 10-23. There were very good samples left to look at in all of these fields except one 77 acre field where no samples were left. No loss for this one. Most of the shatter was light but the acres to the south of Mapleton had some heavy shatter. I feel the loss was worked right, only wish we could have gotten it worked sooner.

Reviewer: _Larry Greime_    Reviewer: _____
Date: 11-27-12    Date: _____

FFIC 0322

Case No. 13-CV-4106 CJW

**From:** Sornson, Galen G (RCIS)
**Sent:** Friday; January 11, 2013 11:32 PM
**To:** ,com
**Cc:** Grieme, Larry L (RCIS)
**Subject:** Bruhn Farms Joint Venture

Two dates I can be sure of when 6 adjusters met Al Bruhn on Oct,29&30th to work his hail shatter loss on several large fields.Prior to that I tried to contact Al on his cell phone with little success, His mailbox was always full so then I would call his agent Terry Nielsen who said I'll get him for you. Well it didnt take more than a few minutes and Al would call me. Our 1st conversation centerd on prior claims 2012, one was a replant claim on sbeans anda corn claim,finally conversation about this shatter loss claim. He felt it should have been worked before he had to leave samples.I told him I could not work this claim alone because of all the acres and was waiting for other adjusters work loads to ease up so they could help.One thing Al told me more than once he would not go along with us,instead he sent a hired hand to show us the fields.He always told me he would wait til we were done adjusting and then we would look at the BIG picture for settlement. After completing the claim on the afternoon of Oct. 30th I had intended to go and see Al but his hired man told us he had been really sick that day so I canceelled on that.Some days later I talked to Al about the proof and he wanted me to send it to his agent so they could go over it. In closing the agent Terry Nielsen has been very cooperative and helpful.  As far as phone call times and dates I believe I could get my phone records  and pinpoint some dates    Galen Sornson

Galen Sornson

712-249-2327



EXHIBIT
61
mab 11-15-16

FFIC 0089