

TRIAL EX. 37

# The Falls Village Resort

200 Creekside Road
Branson, Missouri 65616
Fax Number 417-239-2006
Voice Number 417-239-2000

## FAX TRANSMITTAL SHEET

Date  11-5-12

To:  Al Drahn

Company:

Fax Number:  712-883-2141

From:  Galen Sornson

EXHIBIT

31

Number of pages including cover:  5

**MESSAGE:**

Proof of Loss — Copy

402
416
5915

307 290 0092
Wayne Wilson

2) 1,000
1) 710.93

THIS MESSAGE IS INTENDED ONLY FOR USE BY THE INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED, AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL, AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION
OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (417) 239-2000
AND RETURN THE ORIGINAL MESSAGE TO US VIA THE U.S. POSTAL SERVICE. THANK YOU!

PLF 58

RURAL COMMUNITY INSURANCE COMPANY

**RCIS** SM

10 712-883-3141
2012 PROOF OF LOSS
FIREMAN'S FUND INSURANCE

H/ Bruhn

| POLICY NO. IA-090-1208 53 | CLAIM 219247-00 | AUTHORIZED REPRESENTATIVE: None | AGENT: |
|---|---|---|---|

| INSURED: | | AGENT: |
|---|---|---|
| BRUHN FARMS JOINT VENTURE<br><br>14535 WALNUT AVE<br>MAPLETON, IA 51034<br>(712) 882-2735<br>Cell 712-880-2639 | Copy | 141252<br>TERRY NIELSEN AGENCY<br>205 MAIN<br>PO BOX 87<br>IDA GROVE, IA 51445-0087<br><br>(712) 364-2431 |

| DATE OF LOSS: 09/11/2012 | Loss # 5 |
|---|---|

| LINE ITEM | COUNTY | QTR. BLOCK | SEC. NO. | TWP. OR DIST. | RANGE | OPT. PROV. | CROP | PERIL | NO. ACRES | LIMIT PER ACRE | AGREED % OF LOSS | PREV. LOSS OR DED | FACTOR OR CLA | NET % LOSS | AMOUNT OF INS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | 133 | | 25 | 084N | 043W | BASIC | RYE | HAIL | 300 | 500 | | | | | |
| 1.1 | 133 | | 25 | 084N | 043W | BASIC | RYE | HAIL | 300 | 250 | | | | | |
| 2.0 | 133 | | 25 | 085N | 042W | BASIC | CORN | HAIL | 8 | 500 | | | | | |
| 3.0 | 133 | | 18 | 085N | 042W | BASIC | CORN | HAIL | 235 | 500 | | | | | |
| 4.0 | 133 | | 10 | 085N | 043W | BASIC | CORN | HAIL | 150 | 500 | | | | | |
| 5.0 | 133 | | 10 | 085N | 043W | BASIC | CORN | HAIL | 60 | 500 | | | | | |
| 6.0 | 133 | | 1 | 084N | 043W | BASIC | CORN | HAIL | 156 | 500 | | | | | |
| 7.0 | 133 | | 21 | 085N | 042W | BASIC | CORN | HAIL | 154 | 500 | | | | | |
| 8.0 | 133 | | 2 | 085N | 043W | BASIC | CORN | HAIL | 150 | 500 | | | | | |
| 9.0 | 133 | | 9 | 085N | 043W | BASIC | CORN | HAIL | 120 | 500 | | | | | |
| 10.0 | 133 | | 16 | 085N | 043W | BASIC | CORN | HAIL | 155 | 500 | | | | | |
| 11.0 | 133 | | 23 | 084N | 043W | BASIC | CORN | HAIL | 655 | 500 | | | | | |
| 12.0 | 133 | | 23 | 085N | 042W | BASIC | CORN | HAIL | 20 | 500 | | | | | |
| 13.0 | 133 | | 23 | 085N | 042W | BASIC | CORN | HAIL | 130 | 500 | | | | | |
| 14.0 | 133 | | 23 | 085N | 043W | BASIC | CORN | HAIL | 315 | 500 | | | | | |
| 15.0 | 133 | | 3 | 085N | 043W | BASIC | CORN | HAIL | 155 | 500 | | | | | |
| 16.0 | 133 | | 8 | 084N | 043W | BASIC | CORN | HAIL | 123.5 | 500 | | | | | |
| 17.0 | 133 | | 8 | 082N | 042W | BASIC | CORN | HAIL | 72 | 500 | | | | | |

PLF 59

**RCIS** 6M

2012 PROOF OF LOSS
FIREMAN'S FUND INSURANCE

Copy

| POLICY NO. | CLAIM: | AUTHORIZED REPRESENTATIVE: | |
|---|---|---|---|
| IA-000-120853 | 219247-00 | None | |
| INSURED: | | | AGENT: |
| BRUHN FARMS JOINT VENTURE | **Loss # 5** | | TERRY NIELSEN AGENCY |

| LINE ITEM | COUNTY | QTR. BLOCK | SEC. NO. | TWP. OR DIST. | RANGE | OPT. PROV. | CROP | PERIL | NO. ACRES | LIMIT PER ACRE | AGREED % OF LOSS | PREV. LOSS OR DED | FACTOR OR CLA | NET % LOSS | AMOUNT OF INS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18.0 | 133 | sw33-08 | 4 | 085N | 044W | BASIC | CORN | HAIL | 210 | 500 | | | | | |
| 19.0 | 047 | | 28 | 085N | 041W | BASIC | CORN | HAIL | 155 | 500 | | | | | |
| 20.0 | 193 | | 20 | 086N | 043W | BASIC | CORN | HAIL | 200 | 500 | | | | | |
| 21.0 | 193 | | 20 | 086N | 043W | BASIC | CORN | HAIL | 100 | 500 | | | | | |
| 22.0 | 193 | | 4 | 087N | 045W | BASIC | CORN | HAIL | 140 | 500 | | | | | |
| 23.0 | 193 | | 4 | 087N | 045W | BASIC | CORN | HAIL | 1.2 | 500 | | | | | |
| 24.0 | 133 | Home | 25 | 085N | 042W | BASIC | SBEAN | HAIL | 142 | 500 | 6.8 | .5% | | | |
| | 133 | Iduiton | 6 | 083N | 042W | BASIC | SBEAN | HAIL | 260 | 500 | 52.2 | 75% | 3.5 | | |
| 26.0 | 133 | | 31 | 085N | 042W | BASIC | SBEAN | HAIL | 475 | 500 | | | | | |
| 27.0 | 133 | | 31 | 085N | 042W | BASIC | SBEAN | HAIL | 89 | 500 | | | | | |
| 28.0 | 133 | W.side | 32 | 084N | 042W | BASIC | SBEAN | HAIL | 620 | 500 | 32.5 | | | | |
| 29.0 | 133 | Mayor | 8 | 084N | 042W | BASIC | SBEAN | HAIL | 230 | 500 | 9.4 | | | | |
| 30.0 | 133 | Meyer | 9 | 084N | 042W | BASIC | SBEAN | HAIL | 150.3 | 500 | 5.6 | | | | |
| 31.0 | 133 | Thorscu | 1 | 084N | 043W | BASIC | SBEAN | HAIL | 101 | 500 | 2.6 | | | | |
| 32.0 | 133 | Dahms | 1 | 084N | 043W | BASIC | SBEAN | HAIL | 255 | 500 | 5.2 | | | | |
| 33.0 | 133 | | 6 | 084N | 043W | BASIC | SBEAN | HAIL | 20 | 500 | 0 | | | | |
| 34.0 | 133 | Thorson 35-085N | 2 | 084N | 043W | BASIC | SBEAN | HAIL | 70 | 500 | 11.8 | | | | |
| 35.0 | 133 | | 9 | 085N | 043W | BASIC | SBEAN | HAIL | 110 | 500 | 0 | | | | |
| 36.0 | 133 | 31,32,33 | 4 | 085N | 043W | BASIC | SBEAN | HAIL | 1278.5 | 500 | 0 | | | | |
| 37.0 | 133 | Barnett | 5 | 084N | 042W | BASIC | SBEAN | HAIL | 290 | 500 | 3.6 | | | | |
| 38.0 | 133 | Meyer | 7 | 085N | 043W | BASIC | SBEAN | HAIL | 230 | 500 | 1.9 | | | | |
| - | 133 | Wills | 23 | 084N | 043W | BASIC | SBEAN | HAIL | 1120 | 500 | 22.2 | | | | |

PLF 60



**Burkhart, Larry   (RCIS)**

| | |
|---|---|
| From: | Grieme, Larry L   (RCIS) |
| Sent: | Monday, December 17, 2012 10:40 AM |
| To: | Burkhart, Larry   (RCIS) |
| Subject: | RE: Al Bruhn |

The only claim I was involved with on Al, was this last shatter claim. Galen Sornson was assigned the claim and found that there were 6500 acres to look at. There were six of us that went to help get over all of these acres. I did not talk with Al at all, since I have had dealings with him in the past and thought it would be best. Al's hired man tagged along to show us the fields. As we would finish one he would take us to another. The hired man did not go out and see how we were counting the loss as I don't think he really cared. There were many sample areas to count in all parts of the fields, which was surprising. Most of these fields were big, some 640 acres and one 1100 acres. The loss on these varied a lot from one side to the other. One section had 55% on one side and 2 to 5 % on the other. When he looks at the average loss percentage for the whole field he probably feels we are short. There was previous loss to carry forward from earlier claims. The earlier claims were worked by Kansas adjusters and I don't think Al went to the field on those claims either. Jim Baldwin could fill you in on what went on with the previous claims.

Larry Grieme

FFIC 0090

# ADJUSTER'S SPECIAL REPORT

Loss No. _219247_
Policy No. _IA-090-120853_

RCIS _____ INSURANCE COMPANY

Date _1-11-13_

Name of Insured _Al Bruhn – Bruhn Farms Joint Venture_
Address _14535 Walnut Ave_ City _Mapleton_ State _Ia._
Agency Name & Address _Terry Nielsen Agency    Ida Grove, Ia._
To _Claims_

Six adjusters met with the insured (Al Bruhn) on Oct 22 & 23rd to work his hail shatter loss on several large fields. Prior to those dates I tried to contact Al on his cell phone with little success. His mailbox was full, then I tried his land line, same results (full). Finally I called his agent Terry Nielsen who said I'll try and get him. It didn't take long before Al called me.

Our 1st conversation centered on prior claims this year (2012), one was a replant claim on Sbeans & a corn claim. Insured was not satisfied with them. Finally our conversation turned to his shatter loss claim. He felt it should have been worked before he had to leave samples. I told him I could not work this alone because of all the acres and I was waiting for other adjuster work loads to ease up so they could help.

One thing he told me more than once he would not go along with us to witness the procedure, instead he sent a hired hand to show us the fields

_____ Adjuster

©NCIS®7101 Rev. 96

Trial Ex. 39
Page 001
Case No. 13-CV-4106 CJW

Case 5:13-cv-04106-CJW   Document 149-16   Filed 03/13/17   Page 5 of 23

FFIC 1126

# ADJUSTER'S SPECIAL REPORT

Loss No. _____

Policy No. *120 853*

*R C I S* _____ **INSURANCE COMPANY**

Date *1-11-13*

Name of Insured _____ *Bruhn Farms* _____

Address _____ City _____ State _____

Agency Name & Address _____

To *Claims* _____

The insured always told me he would wait till we we done adjusting and then we would look at the BIG picture of settlement.

After completing the claim on Oct 23rd I had intended to go and see Al but his hired man (our guide) Told us he had been really sick that day so I cancelled on that. 2or 3 days later I called Al and talked to him about the proof and he wanted me to send it to his agent so they could go over it, which I did.

Days later I met with the agent Terry Nilse, he told me Al would like the loss percentages raised on certain fields. I told the agent there was no way that was going to happen. End of meeting.

_____ **Adjuster**

©NCIS®7101 Rev. 96

Trial Ex. 39
Page 002

Case 5:13-cv-04106-CJW   Document 149-16   Filed 03/13/17   Page 6 of 23
Case No. 13-CV-4106 CJW

FFIC 1128

**Burkhart, Larry  (RCIS)**

| | |
|---|---|
| **From:** | Bird, Dan L  (RCIS) |
| **Sent:** | Monday, December 31, 2012 2:32 PM |
| **To:** | Eldredge, Chuck L  (RCIS); Poverud, Rick D  (RCIS) |
| **Cc:** | Burkhart, Larry  (RCIS) |
| **Subject:** | Bruhn Hail Claim |

Chuck and Rick,

I just talked to Larry about this claim.  I'm not sure how much either of you know, but we have a disputed claim amount in the neighborhood of $700,000. Additionally, we have no signed documents because the adjusters couldn't seem to get in contact with the policyholder.  I told Larry that I'd like to see our entire claims file, including all contact logs from the adjusters involved, pictures, etc, etc.  I'm hoping that given the size of claim and their inability to contact the policyholder that they have an extremely well documented file.  Also, I understand that Rod had some contact with the policyholder, either before or after settlement. We will need to know exactly why he was involved and what was discussed.  Once we have all of the information, I will likely ask for a legal opinion before we proceed.  Our attorney may want to interview those involved, again, depending on the level of documentation.

Unfortunately, I'm going to be out of the office until January 21st.  Therefore, I would ask that you guys gather and review the information that we have in our file and set up a meeting with me that week to discuss what we have or what it missing if anything. For obvious reasons, I would ask that you keep your emails to a minimum as they would be discoverable in the event that we end up in litigation or arbitration.  After our meeting, I will visit with Rod about his conversations with the policyholder.

Thanks in advance and Happy New Year.

Dan

**From:** Burkhart, Larry (RCIS)
**Sent:** Monday, December 17, 2012 9:36 AM
**To:** Grieme, Larry L (RCIS)
**Subject:** Al Bruhn

Please take a few minutes and write back with anything you can think of about the claims with Bruhn. I cannot get into QUEST right now to check the special report. I have to call Al and need to know what all happened this summer. Did he ever go to the field, how many fields does he think we owe him more on, is he arguing about beans or corn or both, did he have anyone go to the field for adjustments, anything else you can fill me in on would be helpful. Thanks Larry, I think all the adjusting was correct, but you know Al....................

**Burkhart, Larry   (RCIS)**

| | |
|---|---|
| **From:** | Burkhart, Larry   (RCIS) |
| **Sent:** | Monday, November 19, 2012 3:00 PM |
| **To:** | Cerven, Edward D   (RCIS); Longman, Edward J   (RCIS) |
| **Subject:** | RE: Hail Claim  Al Bruhn # 120853 |

Only thing I know would be another attempt at a phone call nad leave message if possible—hate to give this guy anything to complain about, like no signature.  Don't know what his angle might be.

## Burkhart, Larry (RCIS)

| | |
|---|---|
| From: | Burkhart, Larry (RCIS) |
| Sent: | Monday, November 19, 2012 2:52 PM |
| To: | Longman, Edward J (RCIS) |
| Cc: | Cerven, Edward D (RCIS) |
| Subject: | RE: Hail Claim Al Bruhn # 120853 |

Any idea why the insured has not been available to sign for ½ M $ check. Any possible reason he has something to argue about, be pretty gutsy if he does.

**EXHIBIT**
129
mab 1-12-17
PENGAD 800-631-6989

**☰RCIS**™ | WWW.RCIS.COM

3501 THURSTON AVENUE • ANOKA, MN 55303-1060
PHONE: 1-800-328-9143

We grow stronger everyday—together ℠

January 25, 2013

CERTIFIED MAIL:  7007-1490-0004-4948-1833

Bruhn Farms Joint Venture
14535 Walnut Avenue
Mapleton, IA  51034

RE:    2012 Crop Hail Policy
       Policy: IA-090-120853
       Claim: 219247-00

Dear Mr. Bruhn:

Rural Community Insurance Services (RCIS) has reviewed the documentation relative to the hail claim submitted under the above-captioned policy. RCIS has concluded that it adjusted and processed the claim in accordance with procedure and correctly paid you for this claim. If you disagree with RCIS's determination, please provide a written explanation and all supporting documentation. Thank you.

Sincerely,

*Larry Burkhart/bds*

Larry Burkhart
RCIS Crop Hail / Named Peril Field Claims Manager
Larry.Burkhart@RCIS.com

cc:    Terry Nielsen Agency (14-1252)
       Ed Longman, RCIS Field Claims Manager
       Ed Cerven, RCIS Regional Claims Manager
       Steve Kevorkian, RCIS Areas Claims Supervisor
       Rod Nelson, RCIS Regional Service Manager
       File

FFIC 0665

## Burkhart, Larry (RCIS)

| | |
|---|---|
| From: | Burkhart, Larry (RCIS) |
| Sent: | Thursday, December 20, 2012 11:05 AM |
| To: | Poverud, Rick D (RCIS) |
| Subject: | RE: Al Bruhn |

This just in, I didn't look far enough down, we did have a notice on 9/26 and the adjuster

**From:** Poverud, Rick D (RCIS)
**Sent:** Thursday, December 20, 2012 9:45 AM
**To:** Burkhart, Larry (RCIS)
**Subject:** RE: Al Bruhn

I have been always curious on that as you know..
We should be able to track the whole process once we talk to mgrs.—or you may be able to see some of it as you are looking.
I am cautious to throw adjuster under bus until I know we had a timely NOL and had a chance to work. Also, all the he said she said stuff, you just dont know.
We need to have all sides of story to understand or at least attempt to understand—however may not change outcome

**From:** Burkhart, Larry (RCIS)
**Sent:** Thursday, December 20, 2012 9:40 AM
**To:** Poverud, Rick D (RCIS)
**Subject:** RE: Al Bruhn

I have found something interesting though, in looking at the 400 it doesn't appear there was a loss reported after July.....rather curious. We may be throwing rocks at the wrong people, the adjusters, maybe it's the agent we need to stone-----investigating further now.

**From:** Poverud, Rick D (RCIS)
**Sent:** Thursday, December 20, 2012 9:36 AM
**To:** Burkhart, Larry (RCIS)
**Subject:** RE: Al Bruhn

Fyi.. if you push "alt" then print screen your second monitor wont show and the print will be normal/full screen.. tip of day.

**From:** Burkhart, Larry (RCIS)
**Sent:** Thursday, December 20, 2012 9:28 AM
**To:** Poverud, Rick D (RCIS)
**Subject:** Al Bruhn

This gives the policy information......total premium is almost ¼ M

FFIC 0495

1

TRIAL EX. 53

**Burkhart, Larry   (RCIS)**

| | |
|---|---|
| **From:** | Burkhart, Larry   (RCIS) |
| **Sent:** | Friday, January 04, 2013 9:58 AM |
| **To:** | Kevorkian, Steven A   (RCIS) |
| **Subject:** | Al Bruhn |

I need a little help, Please review all the claims for 2012 for Al Bruhn and then provide the following.....

For each claim........DOL----date reported-----date assigned to adjuster------date worked
                List of every adjuster involved with each claim and their contact information
                Need all documentation from each adjuster related to any contact with agent or insured regarding each claim---dates, times, left message, was call returned etc.

I really need this by the end of next week, please call if you have any questions.   Thank you

FFIC 0537

1

**Burkhart, Larry   (RCIS)**

| | |
|---|---|
| **From:** | Burkhart, Larry   (RCIS) |
| **Sent:** | Wednesday, January 09, 2013 7:23 PM |
| **To:** | Kevorkian, Steven A   (RCIS) |
| **Subject:** | Adjuster reports |

One thing I need from each adjuster is a description of their efforts to contact mr bruhn. Was it easy, difficult, impossible.  How did they finally resolve contact.   Again, all must be professional and factual, no opinions or assumptions needs.  Just the facts. Thanks Steve. Need tomorrow.

Larry

FFIC 0540

1

**From:** "Cerven, Edward D (RCIS)" <Edward.Cerven@rcis.com>
**Date:** November 19, 2012 2:35:24 PM CST
**To:** "Longman, Edward J (RCIS)" <Ed.Longman@RCIS.COM>
**Subject: FW: RE: Hail Claim Al Bruhn # 120853**

Normally I would say send it up without signatures but….. This is the policy which had rye on it with big loss, the insured was one that kicked Grieme off farm about 3 years ago and also the one that Nelson took liab for corn and soybeans when effective date was questionable. High dollar review is complete paying about $450K. What should we do with it??

## Burkhart, Larry   (RCIS)

| From: | Burkhart, Larry   (RCIS) |
|---|---|
| Sent: | Saturday, December 15, 2012 7:48 PM |
| To: | Eldredge, Chuck L   (RCIS) |
| Cc: | Poverud, Rick D   (RCIS) |
| Subject: | Re: Troubled IA insured |

I can.  It's a long story and we have a history with this insured. I'll need to get the details, I think we had 6 or 8 adjusters on his claims this year.

Larry

FFIC 489

Al Bruhn loss-Bruhn Farms Joint Venture   14-090-120853

There were six claims on this policy for the year. See attachment for the dates recorded on the AS 400. All of the claims except the last were worked by out of state adjusters. It was thought to be the best, since all of the Iowa adjusters have had problems with this insured and this operation.

Claim 208696 was on Rye. It was a non-waiver claim since there was a question as to the date insurance went into effect.

Claim 213205 was a light loss on corn and beans, there was a field of corn with a very light loss that was deferred.

Claim 213205-01 and 213205-02 –corn was adjusted for the deferral- additional loss was applied to this 655 acre field of corn.

Claim 216639 was worked and withdrawn.

Claim 219247 was the last. It was worked by a group of Iowa adjusters since it was on shatter for 6500 acres of beans. See review form.

Adjusters said it was extremely hard to make contact with this insured to make arrangements to work the claims and then again when it was time to present our findings and try to get it signed. I cannot give you specific dates on each attempt for the last claim or the others since they were worked by Kansas adjusters. I am sure they probably had the same problem with making contact.

By checking all losses on Quest, it looks like all losses were accounted for. All losses were carried forward to show total loss to date.

The only signature from the insured that I see is on the non-waiver which would pertain to the first two losses.

TRIAL EX. 62



Weather Station Denison, IA

Western Research Farm

BRUHN FARM LOCATIONS

14 MILES

16 MILES

DEPOSITION
EXHIBIT
# 82
01/06/17
PENGAD 800-631-6989

TRIAL EX. 64



Spatial Distribution of adjusted / Bruhn estimates.

NO LOSS

7-85-41 SB    SB 8%/31%

25-85-42 SB    SB 6.6%/2.8%

2-84-42 SB 20%

25-86-43 SB   30-86-42 SB

Danbury

SB 2.1%/8.9%

SB 4%/38%

SB 5%/38%

183

SB 52%/60%

5-84-42 SB   SB 3%/44%

SB 71%/71%

Mapleton

544 A
NO LOSS

Western Research Farm

Ute

7-85-43 SB

2 SB 1 SB   SB 2.6%/44%

SB 11%/39%

SB 27%/59%

42 SB

SB 35%/65%

14-83-43 SB

11 SB   SB 5.2%/44%

23 S

35 S

SB 34%/44%

14 SB 60%

Smithland

31

Castana, IA   Castana

175

SB 1.9%/32%    SB 2.7%/68%

Turin

27-85-44 SB

Monona

Onawa

29

DEPOSITION
EXHIBIT
01/06/17
PENGAD 800-631-6989





DEPOSITION
EXHIBIT
#88
Cnt 01/26/17
PENGAD 800-631-6989

# September 2012 Weather
## Denison, IA

| Day | Actual | Average | Precip (actual) | Precip (avg) |
|-----|--------|---------|-----------------|--------------|
| 1 | 87 | 62 | 79 | 60 | 0.00 | 0.04 |
| 2 | 89 | 57 | 79 | 59 | 0.00 | 0.05 |
| 3 | 80 | 68 | 79 | 59 | 0.01 | 0.05 |
| 4 | 95 | 62 | 78 | 58 | 0.00 | 0.05 |
| 5 | 82 | 53 | 78 | 58 | 0.00 | 0.05 |
| 6 | 86 | 46 | 78 | 57 | 0.00 | 0.05 |
| 7 | 73 | 53 | 77 | 56 | 0.03 | 0.05 |
| 8 | 82 | 41 | 77 | 56 | 0.00 | 0.05 |
| 9 | 75 | 42 | 77 | 55 | 0.00 | 0.06 |
| 10 | 82 | 50 | 76 | 55 | 0.00 | 0.06 |
| 11 | 91 | 60 | 76 | 54 | 0.00 | 0.06 |
| 12 | 77 | 51 | 75 | 53 | 0.38 | 0.06 |
| 13 | 69 | 48 | 75 | 53 | 0.06 | 0.06 |
| 14 | 78 | 48 | 76 | 52 | 0.00 | 0.06 |
| 15 | 77 | 50 | 73 | 51 | 0.00 | 0.06 |
| 16 | 73 | 53 | 73 | 51 | 0.00 | 0.06 |
| 17 | 64 | 46 | 72 | 50 | 0.05 | 0.05 |
| 18 | 66 | 33 | 71 | 50 | 0.00 | 0.05 |
| 19 | 84 | 51 | 71 | 49 | 0.00 | 0.05 |
| 20 | 69 | 41 | 71 | 49 | 0.00 | 0.05 |
| 21 | 71 | 42 | 70 | 48 | 0.00 | 0.05 |
| 22 | 60 | 33 | 70 | 48 | 0.00 | 0.05 |
| 23 | 64 | 28 | 70 | 47 | 0.00 | 0.05 |
| 24 | 75 | 42 | 70 | 47 | 0.00 | 0.05 |
| 25 | 82 | 39 | 70 | 47 | 0.00 | 0.05 |
| 26 | 73 | 41 | 69 | 46 | 0.00 | 0.05 |
| 27 | 73 | 32 | 69 | 46 | 0.00 | 0.05 |
| 28 | 75 | 33 | 68 | 46 | 0.00 | 0.05 |
| 29 | 78 | 39 | 68 | 46 | 0.00 | 0.05 |
| 30 | 80 | 41 | 68 | 45 | 0.00 | 0.05 |



# Weather data indicated the storm occurred 9/12-13/2012

| 2012 Sep | Temp. (°F) high | avg | low | Wind Speed high | avg | high | Precipitation sum |
|---|---|---|---|---|---|---|---|
| 9 | 75 | 58 | 42 | 8 | 4 | 13 | 0 |
| 10 | 82 | 66 | 50 | 20 | 8 | 32 | 0 |
| 11 | 91 | 75 | 60 | 24 | 15 | 34 | 0 |
| 12 | 77 | 64 | 51 | 24 | 12 | 32 | 0.38 Rain |
| 13 | 69 | 58 | 48 | 14 | 5 | 21 | 0.06 Rain |
| 14 | 78 | 63 | 48 | 15 | 5 | 21 | 0 |
| 15 | 77 | 64 | 50 | 14 | 7 | 22 | 0 |