

September 12, 2012  Denison, IA

| Time | Dir | Wind | Precip | Conditions |
|---|---|---|---|---|
| 6:15 PM | NNE | 18.4 mph | N/A | Overcast |
| 6:35 PM | NNE | 17.3 mph | N/A | Overcast |
| 6:55 PM | NE | 6.9 mph | 15.0 mph 0.01 in | Rain Light Rain |
| 7:15 PM | NNE | 10.4 mph | 17.3 mph N/A | Rain Light Rain |
| 7:35 PM | NNE | 9.2 mph | 16.1 mph N/A | Overcast |
| 7:55 PM | NE | 6.9 mph | 0.12 in | rain  Rain |
| 8:15 PM | NNE | 8.1 mph | N/A | Rain Heavy Rain |
| 8:35 PM | NNE | 12.7 mph | N/A | Rain Light Rain |
| 8:55 PM | NNE | 12.7 mph | 18.4 mph 0.12 in | Rain Heavy Rain |
| 9:15 PM | NE | 13.8 mph | N/A | Rain Light Rain |
| 9:55 PM | NE | 9.2 mph | 0.06 in | Rain Light Rain |
| 10:15 PM | NE | 11.5 mph | 17.3 mph N/A | Rain Heavy Rain |
| 10:35 PM | East | 10.4 mph | 20.7 mph N/A | Rain Light Rain |
| 10:55 PM | NE | 4.6 mph | 0.06 in | Unknown |
| 11:15 PM | NE | 6.9 mph | N/A rain | Overcast |
| 11:35 PM | NE | 10.4 mph | N/A | Light Rain |
| 11:55 PM | ENE | 9.2 mph | 0.01 in | Rain Light Rain |



NEXRAD Level-III GENERAL STATUS MESSAGE
FILE: KOAX_NXUS63_GSMOAX_201209050000
LEVEL-III PRODUCT (BUILD) VERSION: 13.0
MODE: Precipitation / Severe Weather Mode
VCP: 212
RDA OP. STATUS: Online
RDA STATUS: Operate
RDA ALARMS: No Alarms Present
RPG OP. STATUS: On-line
RPG STATUS: Operate
RPG ALARMS: No Alarms

NUMBER OF ELEVATION CUTS: 14
ELEVATION CUT[0] : 0.5
ELEVATION CUT[1] : 0.9
ELEVATION CUT[2] : 1.3
ELEVATION CUT[3] : 1.8
ELEVATION CUT[4] : 2.4
ELEVATION CUT[5] : 3.1
ELEVATION CUT[6] : 4.0
ELEVATION CUT[7] : 5.1
ELEVATION CUT[8] : 6.4
ELEVATION CUT[9] : 8.0
ELEVATION CUT[10] : 10.0
ELEVATION CUT[11] : 12.5
ELEVATION CUT[12] : 15.6
ELEVATION CUT[13] : 19.5

DATA TRANSMISSION ENABLED: Reflectivity
RPG NARROWBAND STATUS: No Message
REFLECTIVITY CALIBRATION CORRECTION: 0.25
RDA CHANNEL NUMBER: 0



This is a mosaic illustrating the total precipitation for the September 12 storm event. Note that the image date is 9/13/12. The time of this image is Greenwich Mean Time (GMT) or about 5 hours ahead of CST. Thus, this image is 11:19 PM CST.





Yellow pins represent Bruhn Farm fields and Red pins represent three control farms with hail injury. SB= Soybeans  C= Corn.  Note the variability in storm intensity across the landscape.

















By 10PM CST the heavy rain had past for most of the Bruhn Farms.



TRIAL EX. 81
Case No. 13-CV-4106 CJW