PRODUCERS AG INS - Des Moines
7601 Office Plaza Dr N, Ste 125
West Des Moines, IA 50266

**LOSS ADJUSTMENT CERTIFICATION FORM**

Crop Year: 2012    Date: 05/30/12    Page 1 of 2

Complete and mail this form within (5) days (or within the timeframe specified by your Approved Insurance Provider) after: (1) all acreage in the unit has been put to another use, (2) completion of replanting on the unit for replanting payment, (3) for nursery, all Zero Market Value (ZMV) plants on the unit have been destroyed, or (4) any action to which you have certified as stated on this form.

Date Originated: _____    Return to (Adjuster's Name, AIP Name, Address, City, State, Zip):

| INSURED'S NAME: BRUHN FARMS JOINT VENTURE | | AGENCY: TERRY NIELSEN AGENCY | | AGENCY CODE: 141252-00 | CROP YEAR/POLICY NUMBER: 2012-18-087-733381 |
|---|---|---|---|---|---|
| STREET ADDRESS: 14535 WALNUT AVENUE | | ADDRESS: PO BOX 87 | | | FSA FN: |
| CITY: MAPLETON | STATE: IA | ZIP: 51034 | CITY: IDA GROVE | STATE: IA  ZIP: 51445 | CROP(S): |
| PHONE: (712)882-2735 | CELL: | | PHONE: (712)364-2431 | | UNIT NUMBER/UNIT ACRES: |
| IDENTIFICATION NUMBER: xx-xxx3925 | IDENTIFICATION NUMBER TYPE/PERSON TYPE: EIN  Joint operations/ventures | | INSURED'S AUTHORIZED REPRESENTATIVE: ALAN BRUHN | | |

Replant, destruction, or other use of acreage (plants of nursery) identified was completed on the date(s) shown.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0001-0005EU | Replant | 60.0 | REPL | 60 | 0 | 6-1 | 50.00 | NIR |
| 0001-0006EU | Replas | 105.0 | Replas | 105.80 | 0 | 6-2 | 50.00 | NIR |
| 0001-0807EU | Replas | 55 0 | Replant | 50 0 | 5-24 | 50.00 | NIR |
| 0001-0007EU | Replas | 40 0 | Replans | 50 0 | 6-3 | 50.00 | NIR |
| 0001-0086EU | Replas | 175 00 | Replas | 175 0 | 6-1 | 50.00 | NIR |

Remarks:

Refer to the crop policy qualifications for replanting payments.

I certify that the damaged acreage cannot be mechanically harvested with normal harvest equipment and will not be harvested. If the crop is harvested after this certification, I understand I may be subject to the misrepresentation provisions in the crop insurance policy.

I certify that the acreage in Unit _____ will not be harvested and that the acreage will be put to use as stated in _____ (item location above) when there is sufficient soil moisture. I understand the acreage will not be reappraised by the AIP.

I certify that the damaged acreage that cannot be mechanically harvested with normal harvest equipment will not be harvested and if the acreage is gleaned it will be gleaned by the organization shown in the narrative of the claim form (or other USDA approved charitable organizations) and the insured will not receive any compensation from the organization. If I harvest the crop after this certification or receive compensation from the charitable organization, I understand I may be subject to the misrepresentation provisions in the crop insurance policy.

Version 1.0
Revised: December 20, 2011

The insurance products offered by Producers Ag Insurance Group, Inc. d/b/a ProAg® may not be a complete list of all products offered and may not be offered in all states. ProAg prohibits discrimination on the basis of race, color, national origin, sex, religion, disability, political belief, and marital or familial status.

© 2012 ProAg. All Rights Reserved.
ProAG-11500

Exhibit AAA, Pg. 134
Case 5:13-cv-04106-CJW    Document 149-23    Filed 03/13/17    Page 1 of 3

**PA PRO**

PRODUCERS AG INS- Des Moines
7601 Office Plaza Dr N, Ste 125
West Des Moines, IA 50266

Complete and mail this form within (5) days (or within the timeframe specified by your Approved Insurance Provider) after: (1) all acreage in the unit has been put to another use, (2) completion of replanting on the unit for replanting payment, (3) for nursery, all Zero Market Value (ZMV) plants on the unit have been destroyed, or (4) any action to which you have certified as stated on this form.

Date Originated: _____

Return to (Adjuster's Name, AIP Name, Address, City, State, Zip):

| | |
|---|---|
| **INSURED'S NAME:** BRUHN FARMS JOINT VENTURE | **AGENCY:** TERRY NIELSEN AGENCY |
| **STREET ADDRESS:** 14535 WALNUT AVENUE | **ADDRESS:** PO BOX 87 |
| **CITY:** MAPLETON   **STATE:** IA   **ZIP:** 51034 | **CITY:** IDA GROVE |
| **PHONE:** (712)882-2735   **CELL:** | **PHONE:** (712)364-2431 |

| | |
|---|---|
| **IDENTIFICATION NUMBER:** xx-xxx9925 | **AGENCY CODE:** 141252-00 |
| | **CROP YEAR/POLICY NUMBER:** 2012-18-987-733381 |

**IDENTIFICATION NUMBER TYPE:** EIN

**PERSON TYPE:** Joint operations/ventures

**STATE:** IA   **ZIP:** 51445   **FSA FN:**   **CROP(S):**

**INSURED'S AUTHORIZED REPRESENTATIVE:** ALAN BRUHN

**UNIT NUMBER/UNIT ACRES:**

| Field Identification Symbol | Intended Use | Acres | Actual Use | Acres | Date | Replant Costs per Acre | Practice/Type or Class |
|---|---|---|---|---|---|---|---|
| 0801-001966 | Replant | 40.0 | Replant 40.0 | 40.0 | 5-29 | 50.00 | NIR |
| 0801-00127 | Replant | 220.0 | Replant 220.0 | 220.0 | 6-4 | 50.00 | NIR |
| 0801-8031 | Replant | 70.0 | Replant 70.0 | 70.0 | 6-4 | 50.00 | NIR |
| **Totals** | | 765.00 | | 765.00 | | | |

Replant, destruction, or other use of acreage (plants of nursery) identified was completed on the date(s) shown.

**Remarks:**

Refer to the crop policy qualifications for replanting payments:

I certify that the damaged acreage cannot be mechanically harvested with normal harvest equipment and will not be harvested. If the crop is harvested after this certification, I understand I may be subject to the misrepresentation provisions in the crop insurance policy.

I certify that the acreage in Unit _____ will not be harvested and that the acreage will be put to use as stated in _____ (item location above) when there is sufficient soil moisture. I understand the acreage will not be reappraised by the AIP.

I certify that the damaged acreage that cannot be mechanically harvested with normal harvest equipment will not be harvested and if the acreage is gleaned it will be gleaned by the organization shown in the narrative of the claim form (or other USDA approved charitable organizations) and the insured will not receive any compensation from the organization. If I harvest the crop after this certification or receive compensation from the charitable organization, I understand I may be subject to the misrepresentation provisions in the crop insurance policy.

Version 1.0
Revised: December 20, 2011

The insurance products offered by Producers Ag Insurance Group, Inc. d/b/a ProAg® may not be a complete list of all products offered and may not be offered in all states. ProAg prohibits discrimination on the basis of race, color, national origin, sex, religion, disability, political beliefs, and marital or familial status.

© 2012 ProAg. All Rights Reserved.
PROAG-11500



**PRODUCERS AG INS- Des Moines**
7601 Office Plaza Dr N, Ste 125
West Des Moines, IA 50266

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT

### AGENTS, LOSS ADJUSTERS AND POLICYHOLDERS

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to collect the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistras, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC. Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political belief, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to: USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

### PRODUCERS AG INSURANCE GROUP PRIVACY NOTICE

The Producers Ag Insurance Group ( ProAg Group ) is committed to respecting the individual privacy of our policyholders and their significant beneficial interest owners (Customers). We collect nonpublic personal information about Customers from information we receive from them such as information provided on applications or other forms, which may include name, address and social security numbers and from third parties such as a consumer reporting agency. To serve our Customers and to service our business our employees have access to Customers personal information in the course of doing their job and we may share or disclose non-public personal information about the Customers to affiliates within the ProAg Group or with non affiliated third parties with whom we have a contractual relationship such as agencies within the United States Department of Agriculture, with your insurance agent and other insurance companies or with banks where a written permission to transfer such information has been granted by the policyholder. We may also share nonpublic personal information with affiliates and non-affiliated third parties as permitted by law. The ProAg Group will not sell or share your personal information with anyone for purposes unrelated to our business functions without our offering to the Customer the opportunity to "opt-out" or to "opt-in" as required by law.

---

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties.(18 U.S.C 1006 and 1014; 7 U.S.C. 1506; 31 U.S.C. 3729, 3730 and any other applicable federal statues).

**I understand that the information on this form may be used for processing the claim which I previously signed.**

X _____

| Insured's Printed Name | Insured's Signature | Date |
|---|---|---|

**For Office Use Only:**

| | | |
|---|---|---|
| Accepted | Rejected | Second Inspection |

Loss Adjuster's Printed Name    Loss Adjuster's Signature    Loss Adjuster Code    Date

Version 1.0
Revised: December 20, 2011

The insurance products offered by Producers Ag Insurance Group, Inc. d/b/a ProAg® may not be a complete list of all products offered and may not be offered in all states.
ProAg prohibits discrimination on the basis of race, color, national origin, sex, religion, disability, political beliefs, and marital or familial status.

© 2012 ProAg. All Rights Reserved.
PROAG-11500